# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 19–10926–tmd

Chapter No.: 7

Judge: Tony M. Davis

IN RE: **Orly Genger** , Debtor(s)

## NOTICE REGARDING NONCOMPLIANCE WITH BANKRUPTCY RULE 1007(B)(3)

Bankruptcy Rule 1007(b)(3) requires a consumer debtor who is an individual to file with the bankruptcy petition one of the following three documents:

*1. A certificate from an approved non−profit credit counseling agency confirming the debtor has received (within the 180−day period prior to filing the bankruptcy case) the briefing regarding the availability of credit counseling required by section 109(h)(1) of the Bankruptcy Code, OR*

*2. If the debtor did not receive a briefing due to exigent circumstances, as described in section 109(h)(3), a certification, signed by the debtor, that describes exigent circumstances that merit waiver, see 11 U.S.C. § 109(h)(3), OR*

*3. If the debtor did not obtain the briefing because the debtor is incapacitated, disabled, or in active military service, a request for determination of waiver, pursuant to 11 U.S.C. § 109(h)(4).*

You have not filed any of the foregoing documents in this case. By this notice, you are reminded that at least one of the foregoing documents must be filed in this case. See Rule 1007(b)(3), (c). Failure to file any of the foregoing documents affects your eligibility to be a debtor in this bankruptcy case.

Dated:  7/15/19

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

BY: Laurie Boyd

**[Rule 1007 Notice]** [Ntcnc1007BK]