IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 19-10926-TMD |
| ORLY GENBER | § | |
| | § | CHAPTER 7 PROCEEDING |
| DEBTOR | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned attorneys of THE LAW OFFICES OF RAY BATTAGLIA, PLLC, appearing on behalf of Eric Herschmann **("Herschman"),** request service of all notices and papers herein upon the address listed below, pursuant to section 1109 of Title 11 of the United States Code, 11 U.S.C. § 101 *et seq.*, and rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure.

> Ray Battaglia
> LAW OFFICES OF RAY BATTAGLIA, PLLC
> 66 Granburg Circle
> San Antonio, TX 78218
> (210) 601-9405
> rbattaglialaw@outlook.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes all pleadings of any kind, including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property, or its estate. The undersigned requests that its name be added to the mailing matrix.

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Request for Service of Papers* (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after *de novo* review by a District Judge; (ii) the right to trial by jury in any proceeding triable in

this case or any case, controversy, or proceeding related to this case; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; (v) an election of remedy; and (vi) any other rights, claims, actions, defenses, setoffs, and recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: July 19, 2019

By: */s/ Raymond Battaglia*
Raymond W. Battaglia
Texas Bar No. 01918055
**LAW OFFICES OF RAY BATTAGLIA, PLLC**
66 Granburg Circle San Antonio, Texas 78218
Tel.: (210) 601-9405
Fax: (210) 855-0126
rbattaglialaw@outlook.com

*COUNSEL TO ERIC HERSCHMANN*

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system on July 19, 2019

*/s/ Raymond W. Battaglia*