IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | CHAPTER 7 |
| ORLY GENGER, | § § | CASE NO. 19-10926-TMD |
| Debtor. | § § | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE OF THE FOLLOWING MATTER:**

Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned counsel hereby appears on behalf of Arie Genger and requests copies of all notice, pleadings, orders, and other documents brought before this Court with respect to the above-captioned case, whether formal or informal, be served on Arie Genger by and through his counsel, as follows:

>   Deborah D. Williamson
>   Danielle N. Rushing
>   **DYKEMA GOSSETT PLLC**
>   112 East Pecan Street, Suite 1800
>   San Antonio, Texas 78205
>   Telephone: (210) 554-5500
>   Facsimile: (210) 226-8395
>   dwilliamson@dykema.com
>   drushing@dykema.com

>   and

>   Aaron M. Kaufman
>   **DYKEMA GOSSETT PLLC**
>   Comerica Bank Tower
>   1717 Main Street, Suite 4200
>   Dallas, Texas 75201
>   Telephone: (214) 462-6400
>   Facsimile: (214) 462-6401
>   akaufman@dykema.com

Further, pursuant to Rule 2002 of the Bankruptcy Rules, this request includes the documents referenced above and also includes, without limitation, notices of any order, pleadings, motions, applications, complaints, demands, hearings, requests, or petitions, disclosure statements, answering or reply papers, memoranda, and briefs in support of any of the foregoing and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, electronic mail, delivery, telephone, telecopy, or otherwise.

Dated: July 25, 2019

Respectfully submitted,

**DYKEMA GOSSETT PLLC**

By: */s/ Deborah D. Williamson*
    Deborah D. Williamson
    State Bar No. 21617500
    dwilliamson@dykema.com
    Danielle N. Rushing
    State Bar No. 24086961
    drushing@dykema.com
    112 East Pecan Street, Suite 1800
    San Antonio, Texas 78205
    Telephone: (210) 554-5500
    Facsimile: (210) 226-8395

and

Aaron M. Kaufman
State Bar No. 24060067
akaufman@dykema.com
Comerica Bank Tower
1717 Main Street, Suite 4200
Dallas, Texas 75201
Telephone: (214) 462-6400
Facsimile: (214) 462-6401

**ATTORNEYS FOR ARIE GENGER**

## CERTIFICATE OF SERVICE

    I hereby certify that on July 25, 2019, a true and correct copy of the foregoing document was served by electronic notification by the Electronic Case Filing system for the United States Bankruptcy Court for the Western District of Texas.

    */s/ Danielle N. Rushing*
    Danielle N. Rushing