## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| ORLY GENGER, | § | Case Number 19-10926-tmd |
| | § | |
| Debtor. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Sagi Genger, creditor herein, requests, pursuant to Bankruptcy Rules 2002(g) and 9010(b), that copies of all notices, documents, and pleadings filed and/or served in the above referenced bankruptcy case be sent to its attorneys of record, STREUSAND, LANDON, OZBURN & LEMMON, LLP, as addressed below:

> Sabrina L. Streusand
> Streusand, Landon, Ozburn & Lemmon, LLP
> 1801 S. MoPac Expressway
> Suite 320
> Austin, Texas 78746
> (512) 236-9904 (Facsimile)
> streusand@slollp.com

This request includes all papers, reports, orders, notices, applications, motions, petitions, disclosure statements, plans of readjustment of debts or reorganization, pleadings, appendices, exhibits, requests or demands, whether formal or informal, whether written or oral, and transmitted or conveyed by mail, courier service, telephone, facsimile, electronically, or otherwise.

Dated: July 25, 2019

Respectfully submitted,

By: /s/ *Sabrina L. Streusand*
    Sabrina L. Streusand
    **Streusand, Landon, Ozburn & Lemmon, LLP**
    State Bar No. 11701700
    1801 S. MoPac Expressway, Ste. 320
    Austin, Texas 78746
    Telephone: (512) 236-9901
    Facsimile: (512) 236-9904
    streusand@slollp.com

**ATTORNEYS FOR SAGI GENGER**

## CERTIFICATE OF SERVICE

    The undersigned hereby certified that a true and correct copy of the foregoing instrument has been served on this 25th day of July, 2019 upon all parties requesting service via CM/ECF notification.

    */s/ Sabrina L. Streusand*
    Sabrina L. Streusand