UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

In Re: Orly Genger § Case No. 19-10926-TMD
§
§
Debtor § Chapter 7

## **RESPONSE TO MOTION TO EXTEND TIME**

Ron Satija, Chapter 7 Trustee, files this Response to the Motion of the Debtor to Extend Time to file Schedules and Statements.

1. The Trustee has no knowledge of the factual basis for any statement in the pleading besides the jurisdiction, venue, and basic information regarding the date and chapter of the filing and therefore cannot admit or deny any other statement in the motion.

2. The Trustee objects to an extension of the Debtor's section 521 deadlines beyond August 8, 2019. The Meeting of Creditors in this case is set for August 15, 2019, and the Trustee needs to perform his duties under section 704, including investigating and gaining control over any estate assets.

WHEREFORE PREMISES CONSIDERED, Ron Satija, Chapter 7 Trustee, prays that the Court deny the relief requested, and for other just relief.

Respectfully submitted,

/s/ Ron Satija
Ron Satija, Trustee
State Bar No. 24039158
PO Box 660208
Austin, Texas 78766-7208
Tel/Fax: (512) 733-1311
Email: rsatija@satijatrustee.com

## **CERTIFICATE OF SERVICE**
The signature above certifies that a true and correct copy of the foregoing document has been served by CM/ECF or by first class U.S. mail within two business

days of July 26, 2019, on:

| | |
|---|---|
| United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd Ste 230<br>Austin, TX 78701-2450 | Orly Genger<br>210 Lavaca St.<br>Unit 1903<br>Austin, TX 78701 |
| Eric J. Taube<br>Waller Lansden Dortch & Davis<br>100 Congress Ave, Suite 1800<br>Austin, TX 78701 | |