## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| | § | |
| IN RE: | § | Chapter 7 |
| | § | |
| ORLY GENGER, | § | CASE NO. 19-10926-TMD |
| | § | |
| Debtor. | § | |
| | § | |

## MOTION FOR PRO HAC VICE

COMES NOW, John Dellaportas ("<u>Applicant</u>") and moves this Court to grant admission to the United States Bankruptcy Court for the Western District of Texas *pro hac vice* as proposed counsel to Sagi Genger, Creditor in this case, and would respectfully show the Court as follows:

1.     Applicant is an attorney and of counsel to the law firm of Emmet, Marvin & Martin, LLP with an office at:

> John Dellaportas
> Emmet, Marvin & Martin, LLP
> 120 Broadway, 32nd Floor
> New York, NY 10271
> (212) 238-3092 (Telephone)
> (212) 238-3100 (Facsimile)
> jdellaportas@emmetmarvin.com

2.     Since 1995, Applicant has been and presently is a member of and in good standing with the Bar of the State of New York. Applicant's New York registration number is 2688976.

3.     Applicant has been admitted to practice before the following state and federal courts:

| Court | Admission Date | Bar Number |
|-------|----------------|------------|
| State of South Carolina (inactive) | December 5, 1994 | N/A |
| State of New York | May 22, 1995 | 2688976 |
| U.S. District Court for the Southern District of New York | February 27, 1996 | JD5427 |
| U.S. District Court for the Eastern District of New York | February 29, 1996 | N/A |
| U.S. District Court for the Northern District of New York | March 8, 2004 | N/A |
| U.S. Court of Appeals for the Second Circuit | November 30, 2006 | N/A |
| U.S. Court of Appeals for the Fifth Circuit | October 2016 | N/A |
| U.S. Court of Appeals for the Tenth Circuit | November 7, 2011 | N/A |
| U.S. Court of Appeals for the Federal Circuit | March 31, 2011 | N/A |

4.      Applicant is presently a member in good standing of the bars of the courts listed above, and is not currently suspended or disbarred in any other court, except as noted above.

5.      Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

6.      Applicant is eligible to practice in the Bankruptcy Court.

7.      Applicant has read and is familiar with the Local Rules of the Western District of Texas Bankruptcy Court and is also subject to all rules of practice of the U.S. District Court for the Western District of Texas and will comply with the standards of practice set out therein.

8.      Applicant has not requested admission *pro hac vice* in the Bankruptcy Court for the Western District of Texas in the preceding twelve months.

WHEREFORE, Applicant prays that this Court enter an order permitting the admission of John Dellaportas to the U.S. Bankruptcy Court for the Western District of Texas *pro hac vice* for this case only.

Dated: July 29, 2019          Respectfully submitted,

_____
[SIGNATURE OF APPLICANT]

John Dellaportas
Emmet, Marvin & Martin, LLP
120 Broadway, 32nd Floor
New York, NY 10271
(212) 238-3092 (Telephone)
(212) 238-3100 (Facsimile)
jdellaportas@emmetmarvin.com

**COUNSEL FOR SAGI GENGER**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this motion has been served upon each attorney of record by first class mail and/or ECF notification and filed with the Court on this the 29th day of July, 2019.

Eric Herschmann
210 Lavaca St., Unit 1903
Austin, TX 78701-4582

Eric Herschmann
c/o Raymond Battaglia
66 Granburg Circle
San Antonio, TX 78218-3010

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Kasowitz, Benson, Torres LLP
Attn: Daniel Benson, Esq.
1633 Broadway, 21st Floor
New York, NY 10019-6708

United States Trustee
903 San Jacinto, Suite 230
Austin, TX 78701-2450

Zeichner Ellman & Krause LLP
1211 Avenue of the Americas, 40th Floor
New York, NY 10036-6149

Eric J. Taube
Waller Lansden Dortch & Davis, LLP
100 Congress Ave., Suite 1800
Austin, TX 78701-4042

Orly Genger
210 Lavaca St., Unit 1903
Austin, TX 78701-4582

Ron Satija
P.O. Box 660208
Austin, TX 78766-7208

Deborah D. Williamson
Danielle N. Rushing
Dykema Gossett PLLC
112 East Pecan St., Suite 1800
San Antonio, TX 78205

Aaron M. Kaufman
Dykema Gossett PLLC
Comerica Bank Tower
1717 Main St., Suite 4200
Dallas, TX 75201

Arie Genger
19111 Collins Ave., Apt. 706
Sunny Isles, FL 33160-2379

/s/ Sabrina L. Streusand
Sabrina L. Streusand