Certificate Number: 14751-TXW-DE-033182131

Bankruptcy Case Number: 19-10926


14751-TXW-DE-033182131

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 30, 2019</u>, at <u>2:46</u> o'clock <u>PM PDT</u>, <u>Orly Genger</u> completed a course on personal financial management given <u>by internet</u> by <u>$0$ BK Class Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Texas</u>.

Date: <u>July 30, 2019</u>

By: <u>/s/AMEY AIONO</u>

Name: <u>AMEY AIONO</u>

Title: <u>Certified Credit Counselor</u>