**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**



**Dated: July 29, 2019.**

_____
**TONY M. DAVIS**
**UNITED STATES BANKRUPTCY JUDGE**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ORLY GENGER, | § | Case No. 19-10926-TMD |
| *(Debtor)* | § | Chapter 7 |

### ORDER GRANTING EXTENSION OF TIME TO FILE (I) SCHEDULES OF ASSETS AND LIABILITIES, AND (II) STATEMENTS OF FINANCIAL AFFAIRS

Upon consideration of the motion (the "***Motion***")[1] for entry of an order (this "***Order***") filed by the above-captioned Debtor pursuant to sections 105 of title 11 of the United States Code (the "***Bankruptcy Code***"), Rules 1007 and 9006 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), and Rule 1007 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Western District of Texas (the "***Local Rules***"); and the Court having found that it has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that

---

[1]    Capitalized terms not otherwise defined herein shall have the meaning given to them in the Motion.

venue of this proceeding in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtor's estate, her creditors, and other parties in interest; and notice of the Motion and the opportunity for a hearing on the Motion was appropriate under the particular circumstances; and the Court having reviewed the Motion and having considered the statements in support of the relief requested; and the Court having determined that the legal and factual bases set forth in the Motion establishes just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED:**

1.     The Motion is granted as set forth herein.

2.     The Debtor is granted an extension of time provided for under Bankruptcy Rule 1007(c) to file the Schedules and Statements.

3.     The Debtor's Schedules and Statements shall be due **August 8, 2019**.

4.     Entry of this Order shall be without prejudice to the Debtor's right to seek further extensions of time within which to file their Schedules and Statements or to seek other relief from the Court regarding the filing of, or waiver of the requirement to file, the Schedules and Statements.

3.     The Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation, enforcement and/or interpretation of this Order.

# # #

United States Bankruptcy Court
Western District of Texas

In re:                                                    Case No. 19-10926-tmd
Orly Genger                                               Chapter 7
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0542-1        User: boydl          Page 1 of 1          Date Rcvd: Jul 29, 2019
                            Form ID: pdfintp     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2019.
db            +Orly Genger,   210 Lavaca St.,   Unit 1903,   Austin, TX 78701-4582

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2019

Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2019 at the address(es) listed below:
            Deborah D. Williamson    on behalf of Creditor Arie  Genger dwilliamson@dykema.com,
            mlongoria@dykema.com;docketsat@dykema.com
            Eric J. Taube    on behalf of Debtor Orly  Genger eric.taube@wallerlaw.com,
            sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com
            Raymond W. Battaglia    on behalf of Creditor Eric  Herschmann rbattaglialaw@outlook.com
            Ron  Satija    rsatija@satijatrustee.com,
            ecf@satijatrustee.com;rs135@trustesolutions.com;RS135@trustesolutions.net;rsatija@ecf.inforuptcy.
            com;laura@satijatrustee.com
            Sabrina L. Streusand    on behalf of Creditor Sagi  Genger streusand@slollp.com,
            prentice@slollp.com
            United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
                                                                              TOTAL: 6