**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

Dated: August 01, 2019.



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | Chapter 7 |
| ORLY GENGER, | § § | CASE NO. 19-10926-TMD |
| Debtor. | § § § | |

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

BE IT REMEMBERED that there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by John Dellaportas ("Applicant"), as counsel for creditor Sagi Genger, and the Court, having reviewed the motion, has decided it is meritorious. ACCORDINGLY,

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of Sagi Genger in the above case.

{01519/0001/00237983.1}

This order shall not be considered admission to practice generally before this Court or the U.S. District Court for the Western District of Texas.

###

**Proposed Order Submitted by:**

**STREUSAND, LANDON, OZBURN & LEMMON, LLP**

Sabrina L. Streusand
State Bar No. 11701700
G. James Landon
State Bar No. 24002445
1801 S. Mopac Expressway, Suite 320
Austin, Texas 78746
(512) 236-9901
(512) 236-9904 (Fax)
streusand@slollp.com

**COUNSEL FOR SAGI GENGER**

```
                           United States Bankruptcy Court
                            Western District of Texas
In re:                                                              Case No. 19-10926-tmd
Orly Genger                                                         Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0542-1         User: boydl              Page 1 of 1           Date Rcvd: Aug 01, 2019
                             Form ID: pdfintp         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2019.
db             +Orly Genger,    210 Lavaca St.,    Unit 1903,    Austin, TX 78701-4582
aty            +John Dellaportas,    Emmet Marvin & Martin LLP,     120 Broadway  32nd FL,
                 New York, NY 10271-3291

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2019 at the address(es) listed below:
          Deborah D. Williamson    on behalf of Creditor Arie  Genger dwilliamson@dykema.com,
           mlongoria@dykema.com;docketsat@dykema.com
          Eric J. Taube    on behalf of Debtor Orly  Genger eric.taube@wallerlaw.com,
           sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com
          Raymond W. Battaglia    on behalf of Creditor Eric  Herschmann rbattaglialaw@outlook.com
          Ron Satija    rsatija@satijatrustee.com,
           ecf@satijatrustee.com;rs135@trustesolutions.com;RS135@trustesolutions.net;rsatija@ecf.inforuptcy.
           com;laura@satijatrustee.com
          Sabrina L. Streusand    on behalf of Creditor Sagi  Genger streusand@slollp.com,
           prentice@slollp.com
          United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
                                                                                              TOTAL: 6