IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Orly Genger, | § | Chapter 7 |
| | § | Case No. 19-10926-tmd |
| Debtor. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES, PLEADINGS AND ORDERS

TO ALL PARTIES:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel to the Orly Genger 1993 Trust (the "Trust"), a party in interest in the above-captioned, Chapter 7 case, and, pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010, requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be served upon the Trust by and through service on the following counsel:

Jay H. Ong, Esq.
Munsch Hardt Kopf & Harr, P.C.
303 Colorado Street, Suite 2600
Austin, Texas 78701
Telephone: (512) 391-6100
Facsimile: (512) 391-6149
jong@munsch.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, but is not limited to, all pleadings, orders, notices, and other papers referred to in any rule of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, order, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone or otherwise.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby further requests that the Debtor and her counsel, the Chapter 7 Trustee, the United States Trustee, and the Clerk of the Court, and all parties filing a notice of appearance herein place the undersigned's name and address, as counsel to the Trust on any mailing matrix to be prepared or existing in the above referenced case.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is not intended to be, and shall not constitute, a consent by the Trust to the Bankruptcy Court's subject matter jurisdiction, personal jurisdiction, venue, or core jurisdiction, shall not constitute a waiver of strict service in connection with any adversary proceeding related to this case, and shall not constitute a waiver of any: (i) right to have final orders in non-core matters entered only after de novo review by a District Court judge; (ii) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related in this case; (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Trust is or may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Respectfully submitted:

By:    */s/ Jay H. Ong*
     Jay H. Ong
     Texas State Bar No. 24028756
     MUNSCH HARDT KOPF & HARR, P.C.
     303 Colorado Street, Suite 2600
     Austin, Texas 78701
     Telephone: (512) 391-6100
     Facsimile: (512) 391-6149
     Email: jong@munsch.com

*Counsel for The Orly Genger 1993 Trust*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 22nd day of August, 2019, I personally caused to be served a true and correct copy of the above and foregoing document, by electronically filing it with the Court using the Court's CM/ECF system, which sent notification to all parties of interest receiving notice in this case through the CM/ECF system, and upon the parties shown on the attached service list, via first class U.S. Mail.

                    */s/ Jay H. Ong*
                    Jay H. Ong

| Label Matrix for local noticing<br>0542-1<br>Case 19-10926-tmd<br>Western District of Texas<br>Austin<br>Thu Aug 22 10:08:04 CDT 2019 | U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 | Arie Genger<br>19111 Collins Ave.<br>Apt. 706<br>Sunny Isles, FL 33160-2379 |
|---|---|---|
| Arie Genger<br>c/o Deborah D. Williamson<br>Dykema Gossett PLLC<br>112 East Pecan St #1800<br>San Antonio, TX 78205-1521 | Eric Herschmann<br>210 Lavaca St., Unit 1903<br>Austin, TX 78701-4582 | Eric Herschmann<br>c/o Raymond Battaglia<br>66 Granburg Circle<br>San Antonio TX 78218-3010 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Kasowitz, Benson, Torres LLP<br>Attn: Daniel Benson, Esq.<br>1633 Broadway, 21st Floor<br>New York, NY 10019-6708 | Sagi Genger<br>c/o John Dellaportas<br>Emmt Marvin & Martin LLP<br>120 Broadway 32nd Fl<br>New York NY 10271-3291 |
| Sagi Genger<br>c/o Sabrina Streusand<br>Streusand Landon Ozburn & Lemmon LLP<br>1801 S Mopac Expwy #320<br>Austin TX 78746 | United States Trustee<br>903 San Jacinto, Ste. 230<br>Austin, TX 78701-2450 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 |
| Zeichner Ellman & Krause LLP<br>1211 Avenue of the Americas<br>40th Floor<br>New York, NY 10036-6149 | Eric J. Taube<br>Waller Lansden Dortch & Davis, LLP<br>100 Congress Ave, Suite 1800<br>Austin, TX 78701-4042 | Orly Genger<br>210 Lavaca St.<br>Unit 1903<br>Austin, TX 78701-4582 |
| Ron Satija<br>P.O. Box 660208<br>Austin, TX 78766-7208 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | End of Label Matrix<br>Mailable recipients   15<br>Bypassed recipients    0<br>Total                 15 |
|---|---|