IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

AUG 2 3 2019

U.S. BANKRUPTCY COURT
BY_____DEPUTY

| IN RE: | § | |
| | § | |
| Orly Genger, | § | Chapter 7 |
| | § | Case No. 19-10926-tmd |
| Debtor. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
## OF ALL NOTICES, PLEADINGS AND ORDERS

TO ALL PARTIES:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel to the Orly

Genger 1993 Trust (the "Trust"), a party in interest in the above-captioned, Chapter 7 case, and,

pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010, requests that all

notices given or required to be given in these cases, and all papers served or required to be

served in these cases, be served upon the Trust by and through service on the following counsel:

Jay H. Ong, Esq.
Munsch Hardt Kopf & Harr, P.C.
303 Colorado Street, Suite 2600
Austin, Texas 78701
Telephone:     (512) 391-6100
Facsimile:     (512) 391-6149
jong@munsch.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, but is not

limited to, all pleadings, orders, notices, and other papers referred to in any rule of the Federal

Rules of Bankruptcy Procedure and Local Bankruptcy Rules and additionally includes, without

limitation, notices of any application, complaint, demand, hearing, motion, petition, order,

pleading or request, whether formal or informal, whether written or oral, and whether transmitted

or conveyed by mail, telephone or otherwise.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby further requests that the Debtor and her counsel, the Chapter 7 Trustee, the United States Trustee, and the Clerk of the Court, and all parties filing a notice of appearance herein place the undersigned's name and address, as counsel to the Trust on any mailing matrix to be prepared or existing in the above referenced case.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is not intended to be, and shall not constitute, a consent by the Trust to the Bankruptcy Court's subject matter jurisdiction, personal jurisdiction, venue, or core jurisdiction, shall not constitute a waiver of strict service in connection with any adversary proceeding related to this case, and shall not constitute a waiver of any: (i) right to have final orders in non-core matters entered only after de novo review by a District Court judge; (ii) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related in this case; (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Trust is or may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Respectfully submitted:

By: ___/s/ Jay H. Ong_____
Jay H. Ong
Texas State Bar No. 24028756
MUNSCH HARDT KOPF & HARR, P.C.
303 Colorado Street, Suite 2600
Austin, Texas 78701
Telephone: (512) 391-6100
Facsimile: (512) 391-6149
Email: jong@munsch.com

*Counsel for The Orly Genger 1993 Trust___*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August, 2019, I personally caused to be served a true and correct copy of the above and foregoing document, by electronically filing it with the Court using the Court's CM/ECF system, which sent notification to all parties of interest receiving notice in this case through the CM/ECF system, and upon the parties shown on the attached service list, via first class U.S. Mail.

_____/s/ Jay H. Ong_____
Jay H. Ong