# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 19−10926−tmd

Chapter No.: 7

Judge: Tony M. Davis

IN RE: **Orly Genger** , Debtor(s)

## ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIM, COMBINED WITH NOTICE THEREOF

Notice having been previously given that creditors of the above−named debtors were not required to file proofs of claim, and it now appearing that a possible dividend may be declared for creditors at a later date, it is ORDERED, AND NOTICE HEREBY GIVEN THAT

**12/9/19** is hereby fixed as the last date for filing of proofs of claim by any creditor of the above−named debtors who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. A proof of claim filed by a governmental unit is timely filed if it is filed not later than 180 days after the date of the order for relief. Creditors and governmental units must file a claim, whether or not they are included in the list of creditors filed by the debtors, no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed using the court's Online Claim Filing System without having to complete a paper proof claim form. This is located on the Bankruptcy Court's Website: http://www.txwb.uscourts.gov.

*Those filers who do not have access to the internet may obtain an official B410 Proof of Claim form at any bankruptcy clerk's office and submit it to the following:*

MAIL ORIGINAL PROOF OF CLAIM TO:

U. S. BANKRUPTCY COURT
903 SAN JACINTO, SUITE 322
AUSTIN, TX 78701−0

MAIL COPY OF PROOF OF CLAIM TO:

Ron Satija
P.O. Box 660208
Austin, TX 78766

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of, and an opportunity to object to, the trustee's final report and accounting.

*\*\*\*\* ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE−FILE SAME AND MAY DISREGARD THIS NOTICE.*

Dated: 9/3/19

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

**[Set Bar Date Notice/Order]** [Ntcosbrdtapac]

# United States Bankruptcy Court
## Western District of Texas

In re:  
Orly Genger  
    Debtor

Case No. 19-10926-tmd  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0542-1     User: boydl     Page 1 of 1     Date Rcvd: Sep 03, 2019  
Form ID: 148     Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2019.

```
db              +Orly Genger,    210 Lavaca St.,    Unit 1903,    Austin, TX 78701-4582
17809177        +Arie Genger,    19111 Collins Ave.,    Apt. 706,    Sunny Isles, FL 33160-2379
17814731        +Eric Herschmann,    c/o Raymond Battaglia,    66 Granburg Circle,    San Antonio TX 78218-3010
17809178        +Eric Herschmann,    210 Lavaca St., Unit 1903,    Austin, TX 78701-4582
17809180        +Kasowitz, Benson, Torres LLP,    c/o Daniel Benson Esq,    1633 Broadway 21st Fl,
                  New York NY 10019-6708
17809181        +Sagi Genger,    c/o John Dellaportas,    Emmt Marvin & Martin LLP,    120 Broadway 32nd Fl,
                  New York NY 10271-3291
17817649         Sagi Genger,    c/o Sabrina Streusand,    Streusand Landon Ozburn & Lemmon LLP,
                  1801 S Mopac Expwy #320,    Austin TX 78746
17844191        +SureTec Insurance Co,    c/o Clark Hill Strasburger,    901 Main St #6000,    Dallas TX 75202-3748
17842213        +The Orly Genger 1993 Trust,    c/o Jay H Ong,    Munsch Hardt Kopf & Harr PC,
                  303 Colorado St #2600,    Austin TX 78701-0021
17809183        +Zeichner Ellman & Krause LLP,    1211 Avenue of the Americas,    40th Floor,
                  New York, NY 10036-6149
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
17817589        +E-mail/Text: dwilliamson@coxsmith.com Sep 04 2019 01:08:35      Arie Genger,
                  c/o Deborah D. Williamson,    Dykema Gossett PLLC,    112 East Pecan St #1800,
                  San Antonio, TX 78205-1521
17809179         E-mail/Text: cio.bncmail@irs.gov Sep 04 2019 01:08:41      Internal Revenue Service,
                  P.O. Box 21126,    Philadelphia, PA 19114
17809182        +E-mail/Text: ustpregion07.au.ecf@usdoj.gov Sep 04 2019 01:08:58      United States Trustee,
                  903 San Jacinto, Ste. 230,    Austin, TX 78701-2450
                                                                                              TOTAL: 3
```

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2019                                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2019 at the address(es) listed below:

```
              Brian Talbot Cumings    on behalf of Trustee Ron   Satija bcumings@gdhm.com,   ctrickey@gdhm.com
              Deborah D. Williamson    on behalf of Creditor Arie   Genger dwilliamson@dykema.com,
               mlongoria@dykema.com;docketsat@dykema.com
              Eric J. Taube    on behalf of Debtor Orly   Genger eric.taube@wallerlaw.com,
               sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com
              Jay Ong    on behalf of Interested Party    The Orly Genger 1993 Trust jong@munsch.com,
               amays@munsch.com
              Raymond W. Battaglia    on behalf of Creditor Eric   Herschmann rbattaglialaw@outlook.com
              Ron Satija    rsatija@satijatrustee.com,
               ecf@satijatrustee.com;rs135@trustesolutions.com;RS135@trustesolutions.net;rsatija@ecf.inforuptcy.
               com;laura@satijatrustee.com
              Ryan Brent DeLaune    on behalf of Attorney    SureTec Insurance Company
               ryan.delaune@clarkhillstrasburger.com
              Sabrina L. Streusand    on behalf of Creditor Sagi   Genger streusand@slollp.com,
               prentice@slollp.com
              United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
                                                                                              TOTAL: 9
```