**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CHAPTER 7** |
| **ORLY GENGER,** | § | |
| | § | **CASE NO. 19-10926-TMD** |
| **Debtor.** | § | |

**ORDER GRANTING SAGI GENGER'S AND THE ORLY GENGER 1993 TRUST'S
MOTION TO EXTEND THE DEADLINE TO OBJECT TO
DISCHARGE/DISCHARGEABILITY**

The Court has considered the *Motion to Extend the Deadline to Object to Discharge/Dischargeability* (the "Motion"). The Court, having considered the Motion, the responses, if any, the documents, motions, and pleadings on file, and arguments of counsel, if any, is of the opinion that the Motion is meritorious and, therefore, it is hereby GRANTED.

**IT IS THEREFORE ORDERED** that the Motion is hereby GRANTED;

**IT IS FURTHER ORDERED** that the deadline to file objections to discharge and dischargeability is re-set to January 20, 2020.

###

**Proposed Order Submitted by:**

**STREUSAND, LANDON, OZBURN & LEMMON, LLP**

Sabrina L. Streusand
State Bar No. 11701700
1801 S. MoPac Expressway, Suite 320
Austin, Texas 78746
(512) 236-9900
(512) 236-9904 (Fax)
streusand@slollp.com

**ATTORNEYS FOR JUDGMENT CREDITOR**
**SAGI GENGER**

and

**MUNSCH HARDT KOPF & HARR, P.C.**

Jay H. Ong
State Bar No. 24028756
303 Colorado Street, Suite 2600
Austin, Texas 78701
(512) 391-6100 (Telephone)
(512) 391-6149 (Facsimile)
jong@munsch.com

**ATTORNEYS FOR CREDITOR**
**THE ORLY GENGER 1993 TRUST**