# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 19–10926–tmd

Chapter No.: 7

Judge: Tony M. Davis

IN RE: **Orly Genger** , Debtor(s)

# NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at     Austin Courtroom 1, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on     **10/21/19 at 10:30 AM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 31 Motion for an Order, Pursuant to Bankruptcy Rule 9018 and Section 107(b) of the Bankruptcy Code, Authorizing Sagi Genger to File Under Seal Certain of the Exhibits and Portions of the Motion to Dismiss Bankruptcy Case or, Alternatively, to Transfer Venue, and Memorandum of Law in Support filed by Sabrina L. Streusand for Creditor Sagi Genger ) Hearing Scheduled For 10/21/2019 at 10:30 AM at Austin Courtroom 1 .....IF TIME ESTIMATE FOR BOTH SIDES EXCEEDS 30 MINUTES, PLEASE E–MAIL THE COURTROOM DEPUTY AT JENNIFER_LOPEZ@TXWB.USCOURTS.GOV AND ALL AFFECTED PARTIES FOR A SPECIAL SETTING. (Lopez, Jennifer)

Dated: 9/18/19

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

```
In re:                                                    Case No. 19-10926-tmd
Orly Genger                                               Chapter 7
          Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0542-1        User: lopezj        Page 1 of 1         Date Rcvd: Sep 18, 2019
                           Form ID: 132        Total Noticed: 4
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2019.
db              +Orly Genger,   210 Lavaca St.,   Unit 1903,   Austin, TX 78701-4582
aty             +John Dellaportas,   Emmet Marvin & Martin LLP,   120 Broadway  32nd FL,
                 New York, NY 10271-3291
aty             +SureTec Insurance Company,   CLARK HILL STRASBURGER,   901 Main Street,   Suite 6000,
                 Dallas, TX 75202,   US 75202-3748
cr               Sagi Genger,   c/o Streusand Landon Ozburn & Lemmon LLP,   1801 S. Mopac Expressway,
                 Suite 320,   Austin, TX 78746
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2019 at the address(es) listed below:
          Brian Talbot Cumings   on behalf of Trustee Ron  Satija bcumings@gdhm.com,   ctrickey@gdhm.com
          Deborah D. Williamson   on behalf of Creditor Arie  Genger dwilliamson@dykema.com,
          mlongoria@dykema.com;docketsat@dykema.com
          Eric J. Taube   on behalf of Debtor Orly  Genger eric.taube@wallerlaw.com,
          sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com
          Jay  Ong   on behalf of Interested Party   The Orly Genger 1993 Trust jong@munsch.com,
          amays@munsch.com
          Raymond W. Battaglia   on behalf of Creditor Eric  Herschmann rbattaglialaw@outlook.com
          Ron  Satija   rsatija@satijatrustee.com,
          ecf@satijatrustee.com;rs135@trustesolutions.com;RS135@trustesolutions.net;rsatija@ecf.inforuptcy.
          com;laura@satijatrustee.com
          Ryan Brent DeLaune   on behalf of Attorney   SureTec Insurance Company
          ryan.delaune@clarkhillstrasburger.com
          Sabrina L. Streusand   on behalf of Creditor Sagi  Genger streusand@slollp.com,
          prentice@slollp.com
          United States Trustee - AU12   ustpregion07.au.ecf@usdoj.gov
                                                                            TOTAL: 9
```