# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 19–10926–tmd

Chapter No.: 7

Judge: Tony M. Davis

IN RE: **Orly Genger** , Debtor(s)

# NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at     Austin Courtroom 1, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on     **10/21/19 at 10:30 AM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 32 Motion to Dismiss Case, or, in the alternative Motion to Transfer Case Out of Western District (Transferring To: Southern District of New York ), filed by Sabrina L. Streusand for Creditor Sagi Genger (Related Document(s): 31 Motion for an Order, Pursuant to Bankruptcy Rule 9018 and Section 107(b) of the Bankruptcy Code, Authorizing Sagi Genger to File Under Seal Certain of the Exhibits and Portions of the Motion to Dismiss Bankruptcy Case or, Alternatively, to Transfer Venue, and Memorandum of Law in Support filed by Sabrina L. Streusand for Creditor Sagi Genger )) Hearing Scheduled For 10/21/2019 at 10:30 AM at Austin Courtroom 1 .....IF TIME ESTIMATE FOR BOTH SIDES EXCEEDS 30 MINUTES, PLEASE E–MAIL THE COURTROOM DEPUTY AT JENNIFER_LOPEZ@TXWB.USCOURTS.GOV AND ALL AFFECTED PARTIES FOR A SPECIAL SETTING. (Lopez, Jennifer)

Dated: 9/18/19

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

In re:                                                                    Case No. 19-10926-tmd
Orly Genger                                                               Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-1         User: lopezj           Page 1 of 2           Date Rcvd: Sep 18, 2019
                            Form ID: 134            Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2019.
```
db        +Orly Genger,   210 Lavaca St.,   Unit 1903,   Austin, TX 78701-4582
aty       +John Dellaportas,   Emmet Marvin & Martin LLP,   120 Broadway 32nd FL,
           New York, NY 10271-3291
aty       +SureTec Insurance Company,   CLARK HILL STRASBURGER,   901 Main Street,   Suite 6000,
           Dallas, TX  75202,   US 75202-3748
cr         Sagi Genger,   c/o Streusand Landon Ozburn & Lemmon LLP,   1801 S. Mopac Expressway,
           Suite 320,   Austin, TX  78746
17809177  +Arie Genger,   19111 Collins Ave.,   Apt. 706,   Sunny Isles, FL 33160-2379
17814731  +Eric Herschmann,   c/o Raymond Battaglia,   66 Granburg Circle,   San Antonio TX 78218-3010
17809178  +Eric Herschmann,   210 Lavaca St., Unit 1903,   Austin, TX 78701-4582
17809180  +Kasowitz, Benson, Torres LLP,   c/o Daniel Benson Esq,   1633 Broadway 21st Fl,
           New York NY 10019-6708
17809181  +Sagi Genger,   c/o John Dellaportas,   Emmt Marvin & Martin LLP,   120 Broadway 32nd Fl,
           New York NY 10271-3291
17817649  +c/o Sabrina Streusand,   Streusand Landon Ozburn & Lemmon LLP,
           1801 S Mopac Expwy #320,   Austin TX 78746
17844191  +SureTec Insurance Co,   c/o Clark Hill Strasburger,   901 Main St #6000,   Dallas TX 75202-3748
17842213  +The Orly Genger 1993 Trust,   c/o Jay H Ong,   Munsch Hardt Kopf & Harr PC,
           303 Colorado St #2600,   Austin TX 78701-0021
17809183  +Zeichner Ellman & Krause LLP,   1211 Avenue of the Americas,   40th Floor,
           New York, NY 10036-6149

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17817589  +E-mail/Text: dwilliamson@coxsmith.com Sep 19 2019 00:15:30     Arie Genger,
           c/o Deborah D. Williamson,   Dykema Gossett PLLC,   112 East Pecan St #1800,
           San Antonio, TX 78205-1521
17809179   E-mail/Text: cio.bncmail@irs.gov Sep 19 2019 00:15:36     Internal Revenue Service,
           P.O. Box 21126,   Philadelphia, PA 19114
17809182  +E-mail/Text: ustpregion07.au.ecf@usdoj.gov Sep 19 2019 00:15:51     United States Trustee,
           903 San Jacinto, Ste. 230,   Austin, TX 78701-2450
                                                                                    TOTAL: 3
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 20, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2019 at the address(es) listed below:
```
          Brian Talbot Cuminos   on behalf of Trustee Ron  Satija bcumings@gdhm.com,   ctrickey@gdhm.com
          Deborah D. Williamson   on behalf of Creditor Arie  Genger dwilliamson@dykema.com,
          mlongoria@dykema.com;docketsat@dykema.com
          Eric J. Taube   on behalf of Debtor Orly  Genger eric.taube@wallerlaw.com,
          sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com
          Jay  Ong   on behalf of Interested Party   The Orly Genger 1993 Trust jong@munsch.com,
          amays@munsch.com
          Raymond W. Battaglia   on behalf of Creditor Eric  Herschmann rbattaglialaw@outlook.com
          Ron  Satija   rsatija@satijatrustee.com,
          ecf@satijatrustee.com;rs135@trustesolutions.com;RS135@trustesolutions.net;rsatija@ecf.inforuptcy.
          com;laura@satijatrustee.com
          Ryan Brent DeLaune   on behalf of Attorney   SureTec Insurance Company
          ryan.delaune@clarkhillstrasburger.com
          Sabrina L. Streusand   on behalf of Creditor Sagi  Genger streusand@slollp.com,
          prentice@slollp.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
                                                                                        TOTAL: 9