# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 19–10926–tmd

Chapter No.: 7

Judge: Tony M. Davis

IN RE: **Orly Genger**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at    Austin Courtroom 1, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on    **10/31/19 at 09:00 AM**

SPECIAL Hearing to Consider and Act Upon the Following: (Related Document(s): 31 Motion for an Order, Pursuant to Bankruptcy Rule 9018 and Section 107(b) of the Bankruptcy Code, Authorizing Sagi Genger to File Under Seal Certain of the Exhibits and Portions of the Motion to Dismiss Bankruptcy Case or, Alternatively, to Transfer Venue, and Memorandum of Law in Support filed by Sabrina L. Streusand for Creditor Sagi Genger , 32 Motion to Dismiss Case, or, in the alternative Motion to Transfer Case Out of Western District (Transferring To: Southern District of New York ), filed by Sabrina L. Streusand for Creditor Sagi Genger ) SPECIAL Hearing Scheduled For 10/31/2019 at 09:00 AM at Austin Courtroom 1 (Lopez, Jennifer)

Dated: 9/23/19

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)] [NtchrgBKap]