**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CHAPTER 7 |
| ORLY GENGER, | § | |
| | § | CASE NO. 19-10926-TMD |
| Debtor. | § | |

**ORDER GRANTING MOTION FOR ORDER TO SHOW CAUSE**

Came on for consideration the Motion for Order to Show Cause (the "Motion") filed by Final Judgment Creditor and party in interest Sagi Genger. After considering the Motion, the response, if any, the pleadings, the evidence, and the arguments of counsel, the Court will GRANT the Motion in its entirety.

Accordingly, IT IS THEREFORE ORDERED that Chapter 7 Trustee Ron Satija is required to appear before this court on _____ \_\_\_, 2019 at \_\_:\_\_ \_\_.m. and show cause as to why he should be allowed to retain conflicted counsel.

###

**SUBMITTED BY:**

**STREUSAND, LANDON, OZBURN & LEMMON, LLP**
Sabrina L. Streusand
State Bar No. 11701700
streusand@slollp.com
Stephen W. Lemmon
State Bar No. 12194500
lemmon@slollp.com
1801 S. MoPac Expressway, Suite 320
Austin, Texas 78746
Telephone: (512) 236-9900
Facsimile: (512) 236-9904