**Expedited hearing shall be held on 10/11/2019 at 09:30 AM in Austin Courtroom 1. Movant is responsible for notice.**



**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 25, 2019**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CHAPTER 7** |
| ORLY GENGER, | § | |
| | § | **CASE NO. 19-10926-TMD** |
| Debtor. | § | |

### ORDER GRANTING MOTION FOR ORDER TO SHOW CAUSE

Came on for consideration the Motion for Order to Show Cause (the "Motion") filed by Final Judgment Creditor and party in interest Sagi Genger. After considering the Motion, the response, if any, the pleadings, the evidence, and the arguments of counsel, the Court will GRANT the Motion in its entirety.

Accordingly, IT IS THEREFORE ORDERED that Chapter 7 Trustee Ron Satija is required to appear before this court on October 11, 2019 at 9:30 a.m. and show cause as to why he should be allowed to retain conflicted counsel.

###

**SUBMITTED BY:**

**STREUSAND, LANDON, OZBURN & LEMMON, LLP**
Sabrina L. Streusand
State Bar No. 11701700
streusand@slollp.com
Stephen W. Lemmon
State Bar No. 12194500
lemmon@slollp.com
1801 S. MoPac Expressway, Suite 320
Austin, Texas 78746
Telephone: (512) 236-9900
Facsimile: (512) 236-9904