# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 19–10926–tmd
Chapter No.: 7
Judge: Tony M. Davis

IN RE: **Orly Genger** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at  Austin Courtroom 1, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on  **10/31/19 at 09:00 AM**

SPECIAL Hearing to Consider and Act Upon the Following: (Related Document(s): 31 Motion for an Order, Pursuant to Bankruptcy Rule 9018 and Section 107(b) of the Bankruptcy Code, Authorizing Sagi Genger to File Under Seal Certain of the Exhibits and Portions of the Motion to Dismiss Bankruptcy Case or, Alternatively, to Transfer Venue, and Memorandum of Law in Support filed by Sabrina L. Streusand for Creditor Sagi Genger , 32 Motion to Dismiss Case, or, in the alternative Motion to Transfer Case Out of Western District (Transferring To: Southern District of New York ), filed by Sabrina L. Streusand for Creditor Sagi Genger ) SPECIAL Hearing Scheduled For 10/31/2019 at 09:00 AM at Austin Courtroom 1 (Lopez, Jennifer)

Dated:  9/23/19

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKap]

```
                    United States Bankruptcy Court
                     Western District of Texas
In re:                                                      Case No. 19-10926-tmd
Orly Genger                                                 Chapter 7
         Debtor              CERTIFICATE OF NOTICE

District/off: 0542-1         User: lopezj           Page 1 of 1           Date Rcvd: Sep 23, 2019
                             Form ID: 132           Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2019.
db            +Orly Genger,    210 Lavaca St.,   Unit 1903,    Austin, TX 78701-4582
aty           +John Dellaportas,    Emmet Marvin & Martin LLP,    120 Broadway 32nd FL,
                New York, NY 10271-3291
aty           +SureTec Insurance Company,    CLARK HILL STRASBURGER,    901 Main Street,    Suite 6000,
                Dallas, TX 75202,    US 75202-3748
cr             Sagi Genger,   c/o Streusand Landon Ozburn & Lemmon LLP,     1801 S. Mopac Expressway,
                Suite 320,   Austin, TX  78746

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2019 at the address(es) listed below:
              Brian Talbot Cumings    on behalf of Trustee Ron  Satija bcumings@gdhm.com, ctrickey@gdhm.com
              Deborah D. Williamson    on behalf of Creditor Arie  Genger dwilliamson@dykema.com,
               mlongoria@dykema.com;docketsat@dykema.com
              Eric J. Taube    on behalf of Debtor Orly  Genger eric.taube@wallerlaw.com,
               sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com
              Jay Ong    on behalf of Interested Party    The Orly Genger 1993 Trust jong@munsch.com,
               amays@munsch.com
              Raymond W. Battaglia    on behalf of Creditor Eric  Herschmann rbattaglialaw@outlook.com
              Ron Satija     rsatija@satijatrustee.com,
               ecf@satijatrustee.com;rs135@trustesolutions.com;RS135@trustesolutions.net;rsatija@ecf.inforuptcy.
               com;laura@satijatrustee.com
              Ryan Brent DeLaune    on behalf of Attorney    SureTec Insurance Company
               ryan.delaune@clarkhillstrasburger.com
              Sabrina L. Streusand    on behalf of Creditor Sagi  Genger streusand@slollp.com,
               prentice@slollp.com
              United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
                                                                                             TOTAL: 9
```