**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 26, 2019.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-10926-tmd |
| ORLY GENGER, | § | |
|     DEBTOR. | § | CHAPTER 7 |

### ORDER REQUIRING SUPPLEMENTAL INFORMATION FILED UNDER SEAL

On September 13, 2019, Sagi Genger filed a motion asking the court to file under seal portions of a motion to dismiss [ECF No. 31] that are confidential under a protective order. To assist in ruling on the motion, the Court finds that the following order should be entered.

ACCORDINGLY, IT IS THEREFORE ORDERED that:

1. By 5:00 p.m. (CT) on September 30, 2019, Sagi Genger's counsel shall file under seal a chart specifically identifying the language redacted in the motion to dismiss, or a description of the redacted document with the document attached as an exhibit to the chart, and shall also provide the chart and unredacted documents to counsel for the parties asserting that the information or documents are confidential ("Opposing Counsel").

2. By 5:00 p.m. (CT) on October 3, 2019, Opposing Counsel shall file under seal a responsive chart with respect to each of the redacted statements or documents that describes any privilege that applies and any other basis for why the information should remain confidential and shall provide the chart to Sagi Genger's counsel.

3. By 5:00 p.m. (CT) on October 8, 2019, Sagi Genger's counsel may file an equally detailed response under seal and shall provide the response to Opposing Counsel.

4. By 5:00 p.m. (CT) on October 10, 2019, the Opposing Counsel may file an equally detailed reply under seal and shall provide the reply to Sagi Genger's counsel.

5. The provisions of Local Rule 9018 shall apply, except that no motion to seal the supplemental information required by this order is necessary.

6. The supplemental information submitted in response to this order shall remain under seal until further order of the Court.

7. The only entities permitted to review the supplemental information placed under seal are those entities specified in the order, except that the following entities shall also have access to matters placed under seal:

   i. the judge presiding over the case,

   ii. the law clerks to whom the matter is assigned internally by the presiding judge,

   iii. the Courtroom Deputy responsible for the matter,

   iv. the Clerk of the Court, and

   v. the presiding judge and staff of any appellate tribunal.

# # #