IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CHAPTER 7 |
| ORLY GENGER, | § | |
| | § | CASE NO. 19-10926-TMD |
| Debtor. | § | |

**JOINDER OF TPR INVESTMENT ASSOCIATES, INC. TO SAGI GENGER'S AND THE ORLY GENGER 1993 TRUST'S MOTION TO EXTEND THE DEADLINE TO OBJECT TO DISCHARGE/DISCHARGEABILITY**

[Relating to Docket No. 36]

TO THE HONORABLE JUDGE OF SAID COURT:

TPR Investment Associates, Inc. ("TPR"), by and through its counsel of record, hereby joins with Sagi Genger and The Orly Genger 1993 Trust in their Motion to Extend the Deadline to Object to Discharge/Dischargeability [Dkt. No. 36] (the "Motion"), and respectfully states as follows:

1. For the convenience of the Court and in the interests of judicial economy, TPR has adopted and incorporated the arguments set forth in the Motion.

2. Based on the foregoing, the Court should enter an order (i) extending the deadline to file objections to discharge and dischargeability through January 20, 2020, (ii) setting a hearing, if necessary, on the Motion, and (iii) granting such other relief as is just and proper.

Dated: September 27, 2019

/s/ Sabrina L. Streusand
Sabrina L. Streusand
Texas Bar No. 11701700
Streusand, Landon, Ozburn & Lemmon, LLP
1801 S. Mopac Expressway, Ste. 320
Austin, Texas 78746
Telephone: (512) 236-9901
Facsimile: (512) 236-9904
streusand@slollp.com

**ATTORNEY FOR TPR INVESTMENT ASSOCIATES, INC.**

# CERTIFICATE OF SERVICE

The undersigned hereby certified that a true and correct copy of the foregoing instrument has been served on this 27th day of September, 2019 upon the parties listed below and all parties requesting service via ECF notification:

Eric Herschmann
210 Lavaca St., Unit 1903
Austin, TX 78701-4582

Eric Herschmann
c/o Raymond Battaglia
66 Granburg Circle
San Antonio, TX 78218-3010

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Kasowitz, Benson, Torres LLP
Attn: Daniel Benson, Esq.
1633 Broadway, 21st Floor
New York, NY 10019-6708

United States Trustee
903 San Jacinto, Suite 230
Austin, TX 78701-2450

Zeichner Ellman & Krause LLP
1211 Avenue of the Americas, 40th Floor
New York, NY 10036-6149

Eric J. Taube
Waller Lansden Dortch & Davis, LLP
100 Congress Ave., Suite 1800
Austin, TX 78701-4042

Orly Genger
210 Lavaca St., Unit 1903
Austin, TX 78701-4582

Ron Satija
P.O. Box 660208
Austin, TX 78766-7208

D&K GP LLC
c/o Shelby A. Jordan
Jordan Holzer & Ortiz, P.C.
6207 Bee Cave Road, Suite 120
Austin, Texas 78746

Arie Genger
c/o Deborah D. Williamson
Dykema Gossett PLLC
112 East Pecan St., Suite 1800
San Antonio, TX 78205

Aaron M. Kaufman
Dykema Gossett PLLC
Comerica Bank Tower
1717 Main St., Suite 4200
Dallas, TX 75201

Arie Genger
19111 Collins Ave., Apt. 706
Sunny Isles, FL 33160-2379

SureTec Insurance Co.
c/o Clark Hill Strasburger
901 Main Street, #6000
Dallas, Texas 75202

Sagi Genger
c/o John Dellaportas
Emmt Marvin & Martin LLP
120 Broadway, 32nd Floor
New York, NY 10271-3291

The Orly Genger 1993 Trust
c/o Jay Ong
Munsch Hardt Kopf & Harr PC
303 Colorado Street, #2600
Austin, Texas 78701

                */s/ Sabrina L. Streusand*
                Sabrina L. Streusand