Expedited hearing shall be held on 10/11/2019 at 09:30 AM in Austin Courtroom 1. Movant is responsible for notice.



**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

Dated: September 25, 2019

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CHAPTER 7 |
| ORLY GENGER, § | |
| § | CASE NO. 19-10926-TMD |
| Debtor. § | |

### ORDER GRANTING MOTION FOR ORDER TO SHOW CAUSE

Came on for consideration the Motion for Order to Show Cause (the "Motion") filed by Final Judgment Creditor and party in interest Sagi Genger. After considering the Motion, the response, if any, the pleadings, the evidence, and the arguments of counsel, the Court will GRANT the Motion in its entirety.

Accordingly, IT IS THEREFORE ORDERED that Chapter 7 Trustee Ron Satija is required to appear before this court on October 11, 2019 at 9:30 a.m. and show cause as to why he should be allowed to retain conflicted counsel.

###

{01519/0001/00240500.1}  1

**SUBMITTED BY:**

**STREUSAND, LANDON, OZBURN & LEMMON, LLP**
Sabrina L. Streusand
State Bar No. 11701700
streusand@slollp.com
Stephen W. Lemmon
State Bar No. 12194500
lemmon@slollp.com
1801 S. MoPac Expressway, Suite 320
Austin, Texas 78746
Telephone: (512) 236-9900
Facsimile: (512) 236-9904

```
                            United States Bankruptcy Court
                             Western District of Texas
In re:                                                             Case No. 19-10926-tmd
Orly Genger                                                        Chapter 7
         Debtor                  CERTIFICATE OF NOTICE
District/off: 0542-1           User: wallacea                Page 1 of 1                 Date Rcvd: Sep 25, 2019
                               Form ID: pdfintp              Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2019.
db             +Orly Genger,    210 Lavaca St.,    Unit 1903,    Austin, TX 78701-4582
aty            +John Dellaportas,    Emmet Marvin & Martin LLP,    120 Broadway 32nd FL,
                 New York, NY 10271-3291
aty            +SureTec Insurance Company,    CLARK HILL STRASBURGER,    901 Main Street,    Suite 6000,
                 Dallas, TX 75202,    US 75202-3748
cr              Sagi Genger,   c/o Streusand Landon Ozburn & Lemmon LLP,    1801 S. Mopac Expressway,
                 Suite 320,    Austin, TX  78746
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2019 at the address(es) listed below:
              Brian Talbot Cumings    on behalf of Trustee Ron  Satija bcumings@gdhm.com, ctrickey@gdhm.com
              Deborah D. Williamson    on behalf of Creditor Arie  Genger dwilliamson@dykema.com,
               mlongoria@dykema.com;docketsat@dykema.com
              Eric J. Taube    on behalf of Debtor Orly  Genger eric.taube@wallerlaw.com,
               sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com
              Jay Ong   on behalf of Interested Party   The Orly Genger 1993 Trust jong@munsch.com,
               amays@munsch.com
              Raymond W. Battaglia    on behalf of Creditor Eric  Herschmann rbattaglialaw@outlook.com
              Ron Satija    rsatija@satijatrustee.com,
               ecf@satijatrustee.com;rs135@trustesolutions.com;RS135@trustesolutions.net;rsatija@ecf.inforuptcy.
               com;laura@satijatrustee.com
              Ryan Brent DeLaune    on behalf of Attorney   SureTec Insurance Company
               ryan.delaune@clarkhillstrasburger.com
              Sabrina L. Streusand    on behalf of Creditor Sagi  Genger streusand@slollp.com,
               prentice@slollp.com
              United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
                                                                                              TOTAL: 9
```