**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

Dated: September 26, 2019.



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-10926-tmd |
| ORLY GENGER, | § | |
|     DEBTOR. | § | CHAPTER 7 |

### ORDER REQUIRING SUPPLEMENTAL INFORMATION FILED UNDER SEAL

On September 13, 2019, Sagi Genger filed a motion asking the court to file under seal portions of a motion to dismiss [ECF No. 31] that are confidential under a protective order. To assist in ruling on the motion, the Court finds that the following order should be entered.

ACCORDINGLY, IT IS THEREFORE ORDERED that:

1. By 5:00 p.m. (CT) on September 30, 2019, Sagi Genger's counsel shall file under seal a chart specifically identifying the language redacted in the motion to dismiss, or a description of the redacted document with the document attached as an exhibit to the chart, and shall also provide the chart and unredacted documents to counsel for the parties asserting that the information or documents are confidential ("Opposing Counsel").

1

2. By 5:00 p.m. (CT) on October 3, 2019, Opposing Counsel shall file under seal a responsive chart with respect to each of the redacted statements or documents that describes any privilege that applies and any other basis for why the information should remain confidential and shall provide the chart to Sagi Genger's counsel.

3. By 5:00 p.m. (CT) on October 8, 2019, Sagi Genger's counsel may file an equally detailed response under seal and shall provide the response to Opposing Counsel.

4. By 5:00 p.m. (CT) on October 10, 2019, the Opposing Counsel may file an equally detailed reply under seal and shall provide the reply to Sagi Genger's counsel.

5. The provisions of Local Rule 9018 shall apply, except that no motion to seal the supplemental information required by this order is necessary.

6. The supplemental information submitted in response to this order shall remain under seal until further order of the Court.

7. The only entities permitted to review the supplemental information placed under seal are those entities specified in the order, except that the following entities shall also have access to matters placed under seal:

    i. the judge presiding over the case,

    ii. the law clerks to whom the matter is assigned internally by the presiding judge,

    iii. the Courtroom Deputy responsible for the matter,

    iv. the Clerk of the Court, and

    v. the presiding judge and staff of any appellate tribunal.

# # #

```
                              United States Bankruptcy Court
                                Western District of Texas
In re:                                                          Case No. 19-10926-tmd
Orly Genger                                                     Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

District/off: 0542-1          User: boydl              Page 1 of 1              Date Rcvd: Sep 26, 2019
                              Form ID: pdfintp         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2019.
db             +Orly Genger,    210 Lavaca St.,    Unit 1903,    Austin, TX 78701-4582

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2019                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2019 at the address(es) listed below:
              Brian Talbot Cumings    on behalf of Trustee Ron  Satija bcumings@gdhm.com,    ctrickey@gdhm.com
              Deborah D. Williamson    on behalf of Creditor Arie  Genger dwilliamson@dykema.com,
               mlongoria@dykema.com;docketsat@dykema.com
              Eric J. Taube    on behalf of Debtor Orly  Genger eric.taube@wallerlaw.com,
               sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com
              Jay Ong    on behalf of Interested Party    The Orly Genger 1993 Trust jong@munsch.com,
               amays@munsch.com
              Raymond W. Battaglia    on behalf of Creditor Eric  Herschmann rbattaglialaw@outlook.com
              Ron Satija     rsatija@satijatrustee.com,
               ecf@satijatrustee.com;rs135@trustesolutions.com;RS135@trustesolutions.net;rsatija@ecf.inforuptcy.
               com;laura@satijatrustee.com
              Ryan Brent DeLaune    on behalf of Attorney    SureTec Insurance Company
               ryan.delaune@clarkhillstrasburger.com,   yvette.squirrell@clarkhillstrasburger.com
              Sabrina L. Streusand    on behalf of Creditor Sagi  Genger streusand@slollp.com,
               prentice@slollp.com
              United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
                                                                                             TOTAL: 9