IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CHAPTER 7 |
| ORLY GENGER, | § | |
| | § | CASE NO. 19-10926-TMD |
| Debtor. | § | |

RESPONSE TO ORDER REQUIRING SUPPLEMENTAL INFORMATION FILED UNDER SEAL AND NOTICE THEREOF

FILED

SEP 30 2019

U.S. BANKRUPTCY COURT
BY _____ DEPUTY