**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 19-10926-tmd |
| | § | |
| ORLY GENGER, | § | |
| | § | |
| Debtor. | § | Chapter 7 |

**NOTICE OF CORRECTION TO APPLICATION UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 AND LOCAL RULE 9019 TO APPROVE COMPROMISE**

COMES NOW Ron Satija, Trustee ("Trustee"), the duly appointed and acting trustee in the above-captioned bankruptcy case, and hereby provides notice that his *Application Under Federal Rule of Bankruptcy Procedure 9019 and Local Rule 9019 to Approve Compromise* (the "Application") [Dkt. No. 52] mistakenly refers to an Exhibit B. There is no Exhibit B to that document.

Respectfully submitted,

/s/ *Ron Satija*
Ron Satija, Trustee


GRAVES, DOUGHERTY, HEARON & MOODY
401 Congress Avenue, Suite 2700
Austin, TX 78701
Telephone: 512.480.5626
Facsimile: 512.536.9926
bcumings@gdhm.com

By:/s/ *Brian T. Cumings*
      Brian T. Cumings

COUNSEL FOR RON SATIJA, CHAPTER 7 TRUSTEE

# **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 30th day of September, 2019, I electronically filed this Notice of Correction with the Clerk of Court using the CM/ECF system which will send notification of such filing to those receiving electronic service, and service was made via U.S. First Class Mail within two business days to those listed below and those listed on the Service List appended to this Application.

| | |
|---|---|
| United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd., Suite 230<br>Austin, TX 78701-2450 | Orly Genger<br>210 Lavaca St., Unit 1903<br>Austin, TX 78701-4582<br>*Debtor* |
| Ron Satija<br>Chapter 7 Trustee<br>P.O. Box 660208<br>Austin, TX 78766-7208<br>*Chapter 7 Trustee* | Eric Taube<br>Waller Lansden Dortch & Davis, LLP<br>100 Congress Ave., Suite 1800<br>Austin, TX 78701<br>*Debtor's Counsel* |
| Sabrina L. Streusand<br>Streusand Landon Ozburn & Lemmon, LLP<br>1801 S. MoPac Expressway, Suite 320<br>Austin, TX 78746 | John Dellaportas<br>Emmet Marvin & Martin, LLP<br>120 Broadway<br>New York, NY 10280 |
| The Orly Genger 1993 Trust<br>c/o Jay Ong<br>Munsch Hardy Kopf & Harr PC<br>303 Colorado St., #2600<br>Austin, TX 78701 | Eric Herschmann<br>210 Lavaca St., Unit 1903<br>Austin, TX 78701 |
| Kasowitz Benson Torres LLP<br>1633 Broadway, 21st Floor<br>New York, NY 10019 | Ray Battaglia<br>66 Granburg Circle<br>San Antonio, TX 78218-3010 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7246 | Zeichner Ellman & Krause LLP<br>1211 Avenue of the Americas, 40th Fl.<br>New York, NY 10036-6149 |
| Arie Genger<br>19111 Collins Ave., Apt. 706<br>Sunny Isles, FL 33160-2379 | Deborah Williamson<br>Dykema Gossett PLLC<br>112 East Pecan St., Suite 1800<br>San Antonio, TX 78205 |
| Chris Gartman<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza, 16th Fl.<br>New York, NY 10004-1482 | SureTex Insurance Co.<br>c/o Clark Hill Strasburger<br>901 Main Street, #6000<br>Dallas, TX 75202 |

D&K GP LLC
c/o Shelby Jordan
Jordan Holzer & Ortiz, PC
6207 Bee Cave Road, Suite 120
Austin, TX 78746