UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 19-10926-tmd |
| | § | |
| ORLY GENGER, | § | |
| | § | |
| Debtor. | § | Chapter 7 |

### APPLICATION FOR RETENTION OF KASOWITZ BENSON TORRES LLP AS ATTORNEYS FOR A SPECIAL PURPOSE PURSUANT TO 11 U.S.C §327(e)

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely response is necessary for a hearing to be held.**

COMES NOW Ron Satija, Trustee ("Applicant"), the duly appointed and acting trustee in the above-captioned bankruptcy case, and hereby files his *Application for Retention of Kasowitz Benson Torres LLP as Attorneys for a Special Purpose Pursuant to 11 U.S.C. §327(e)* (the "Application"), and would show the Court as follows:

1. The applicant is Ron Satija, Chapter 7 Trustee in this case which was filed on July 12, 2019 (the "Petition Date").

2. Included in the Debtor's bankruptcy estate are various fraud related claims (the "Litigation") relating to the actions of Dalia Genger ("Dalia"), the trustee of a trust of which Debtor is a beneficiary, and Sagi Genger ("Sagi"), Debtor's brother.

3. The applicant seeks to employ Kasowitz Benson Torres LLP (the "KBT") as his attorneys for a specified special purpose to represent him with respect to the Litigation. KBT has been involved in the Litigation for years, and therefore possesses significant knowledge and expertise with respect to the issues in the Litigation. No other counsel possesses the same requisite experience or background as KBT. Additionally, KBT has agreed to take on this representation on a contingency fee basis, which other firms have been unwilling to do. For

these reasons, it is in the best interest of the estate for KBT to be employed to represent the Trustee in pursuing the Litigation. The Trustee believes that it is in the best interest of the estate to employ KBT on these issues only, but not to represent the Trustee generally.

4. The primary attorney for KBT with respect to the Litigation will be Michael Paul Bowen, who is a Licensed Attorney in good standing with the State Bar of New York. KBT's primary office for the practice of law is located at 1633 Broadway, New York, NY 10019. KBT also maintains other offices for the practice of law, including one located at 1415 Louisiana Street, Suite 2100, Houston, TX 77002.

5. KBT is a creditor of the bankruptcy estate, but KBT does not represent or hold any interest adverse to the debtor or to the estate with respect to the matter on which KBT is to be employed. Attached hereto as **Exhibits "A" and "B"**, respectively, are the Disclosure of Compensation under 11 U.S.C. § 329 and Bankruptcy Rule 2016(b) and the affidavit of Michael Paul Bowen that KBT has no interest adverse to this estate with respect to the Litigation.

6. KBT will be compensated on a contingency fee basis of thirty-three and one-third percent (33.33%) of any recovery in Litigation. The attorneys will also be entitled to reimbursement of reasonable expenses. Attached hereto as **Exhibit "C"** is the fee agreement of KBT, which includes four specific matters named therein which are currently pending in courts in the State of New York. No compensation will be paid until a fee application has been filed and approved by the court, pursuant to 11 U.S.C. § 328(a) and the requirements of any other applicable law. Further, KBT has been instructed that any settlement of the Litigation requires approval from this Court pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure. KBT has also been instructed that the terms of any settlement must call for all settlement funds to be paid to the Trustee for administration through the estate.

WHEREFORE PREMISES CONSIDERED, Ron Satija, Chapter 7 Trustee, prays that he be authorized to retain Kasowitz Benson Torres, LLP as his attorneys for a special purpose, and for other just relief.

          Respectfully submitted,

          /s/ *Ron Satija*
          Ron Satija, Trustee


          GRAVES, DOUGHERTY, HEARON & MOODY
          401 Congress Avenue, Suite 2700
          Austin, TX 78701
          Telephone: 512.480.5626
          Facsimile: 512.536.9926
          bcumings@gdhm.com

          By: */s/ Brian T. Cumings*
               Brian T. Cumings

          COUNSEL FOR RON SATIJA, CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of October 2019, I electronically filed this Application with the Clerk of Court using the CM/ECF system which will send notification of such filing to those receiving electronic service, and service was made via U.S. First Class Mail within two business days to those listed below and those listed on the Service List appended to this Application.

| | |
|---|---|
| United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd., Suite 230<br>Austin, TX 78701-2450 | Orly Genger<br>210 Lavaca St., Unit 1903<br>Austin, TX 78701-4582<br>*Debtor* |
| Ron Satija<br>Chapter 7 Trustee<br>P.O. Box 660208<br>Austin, TX 78766-7208<br>*Chapter 7 Trustee* | Eric Taube<br>Waller Lansden Dortch & Davis, LLP<br>100 Congress Ave., Suite 1800<br>Austin, TX 78701<br>*Debtor's Counsel* |
| Sabrina L. Streusand<br>Streusand Landon Ozburn & Lemmon, LLP<br>1801 S. MoPac Expressway, Suite 320<br>Austin, TX 78746 | John Dellaportas<br>Emmet Marvin & Martin, LLP<br>120 Broadway<br>New York, NY 10280 |

| | |
|---|---|
| The Orly Genger 1993 Trust<br>c/o Jay Ong<br>Munsch Hardy Kopf & Harr PC<br>303 Colorado St., #2600<br>Austin, TX 78701 | Eric Herschmann<br>210 Lavaca St., Unit 1903<br>Austin, TX 78701 |
| Kasowitz Benson Torres LLP<br>1633 Broadway, 21st Floor<br>New York, NY 10019 | Ray Battaglia<br>66 Granburg Circle<br>San Antonio, TX 78218-3010 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7246 | Zeichner Ellman & Krause LLP<br>1211 Avenue of the Americas, 40th Fl.<br>New York, NY 10036-6149 |
| Arie Genger<br>19111 Collins Ave., Apt. 706<br>Sunny Isles, FL 33160-2379 | Deborah Williamson<br>Dykema Gossett PLLC<br>112 East Pecan St., Suite 1800<br>San Antonio, TX 78205 |
| Chris Gartman<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza, 16th Fl.<br>New York, NY 10004-1482 | SureTex Insurance Co.<br>c/o Clark Hill Strasburger<br>901 Main Street, #6000<br>Dallas, TX 75202 |
| D&K GP LLC and Dalia Genger<br>c/o Shelby Jordan<br>Jordan Holzer & Ortiz, PC<br>6207 Bee Cave Road, Suite 120<br>Austin, TX 78746 | |

By: */s/ Brian T. Cumings*
       Brian T. Cumings