**Exhibit "A"**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 19-10926-tmd |
| | § | |
| ORLY GENGER, | § | |
| | § | |
| Debtor. | § | Chapter 7 |

**DISCLOSURE OF COMPENSATION UNDER 11 U.S.C. §329 AND BANKRUPTCY RULE 2016(b)**

I certify that I am the special counsel for the Trustee in this case, and that the compensation paid or agreed to be paid to me for services rendered or to be rendered in such capacity in or in connection with a case under Title 11 of the United States Code, such payment or agreement having been made after one year before the date of the filing of the petition, is as follows:

| | |
|---|---|
| Amount paid: | $00.00 |
| Amount to be paid: | Contingency fee basis 1/3 of any recovery, plus reasonable expenses. |
| Property transferred to attorney: | N/A |
| Collateral held by attorney: | N/A |
| The source of the compensation already paid: | N/A |

I have not agreed to share this compensation with any other person unless they are members and associates of this law firm.

Dated: October 1, 2019

By: */s/ Michael Paul Bowen*
Michael Paul Bowen
NY State Bar No. 2534576