**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 19-10926-tmd |
| | § | |
| **ORLY GENGER,** | § | |
| | § | |
| Debtor. | § | Chapter 7 |

**NOTICE OF EMPLOYMENT OF PROFESSIONAL PURSUANT TO 11 U.S.C §327(e)**

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely response is necessary for a hearing to be held.**

| | |
|---|---|
| Name of client: | Ron Satija, Trustee |
| Identity of professional: | Attorneys, Kasowitz Benson Torres, LLP |
| Proposed compensation: | Contingency fee basis of 33.33 percent (33.33%) of any recovery, plus reasonable expenses. |
| List of other professionals: | Graves Dougherty Hearon & Moody, PC (counsel) |

*/s/ Ron Satija*
Ron Satija
State Bar No. 24039158

GRAVES, DOUGHERTY, HEARON & MOODY
401 Congress Avenue, Suite 2700
Austin, TX 78701
Telephone: 512.480.5626
Facsimile: 512.536.9926
bcumings@gdhm.com

By:*/s/ Brian T. Cumings*
    Brian T. Cumings

COUNSEL FOR RON SATIJA, CHAPTER 7 TRUSTEE

## **CERTIFICATE OF SERVICE**

The signature above certifies that a true and correct copy of the foregoing document will be served by first class U.S. mail on those listed on the attached matrix and those listed in the certificate of service for the Application within two business days of October 1, 2019