## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | **Case No. 19-10926-tmd** |
| **ORLY GENGER,** | § | |
| | § | **Chapter 7** |
| Debtor. | § | |

### ORDER GRANTING APPLICATION FOR RETENTION OF KASOWITZ BENSON TORRES LLP AS ATTORNEYS FOR A SPECIAL PURPOSE PURSUANT TO 11 U.S.C. § 327(e)

ON THIS DAY, the Court considered the *Application For Retention of Kasowitz Benson Torrers LLP as Attorneys for a Special Purpose for the Estate Pursuant to 11 U.S.C. §327(e)* [Dkt. No. __] (the "Application"), and the Court, being of the opinion that the Application is well taken, will hereby approve same. It is, therefore,

**ORDERED**, that the employment of Kasowitz Benson Torres LLP, as special counsel for the Trustee, be, and it is hereby, approved; and,

**ORDERED**, that compensation will be paid upon application to this Court only after

3321593.v1

notice and hearing, pursuant to 11 U.S.C. §330 and the requirements of any other applicable law; and

**ORDERED** that unless otherwise ordered by this Court any recovery obtained by Kasowitz Benson Torres LLP in its representation of the Trustee shall be made payable directly to the Trustee by the party from whom that recovery is being realized and shall remain subject to the provisions of Rule 9019 of the Federal Rules of Bankruptcy Procedure.

# # #

*Order Prepared by Counsel for Ch. 7 Trustee*

Brian T. Cumings
SBN 24082882
Graves Dougherty Hearon & Moody, P.C.
401 Congress Ave., Suite 2700
Austin, Texas 78701
512.480.5626
512.536.9926 (Fax)
Email: bcumings@gdhm.com