**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | **Case No. 19-10926-tmd** |
| **ORLY GENGER,** | § | |
| | § | **Chapter 7** |
| Debtor. | § | |

## ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO QUASH SUBPOENA

ON THIS DAY, the Court considered the *Chapter 7 Trustee's Motion to Quash Subpoena* [Dkt. No. \_\_] (the "Motion"), and the Court, being of the opinion that the Motion is well taken, will hereby approve same. It is, therefore,

**ORDERED**, that the Motion to Quash is GRANTED; and

**ORDERED**, that the Subpoena is hereby quashed.

# # #

*Order Prepared by Counsel for Ch. 7 Trustee*

Brian T. Cumings
SBN 24082882
Graves Dougherty Hearon & Moody, P.C.

401 Congress Ave., Suite 2700
Austin, Texas 78701
512.480.5626
512.536.9926 (Fax)
Email: bcumings@gdhm.com