# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| IN RE: | § |
| | §    **CHAPTER 7** |
| ORLY GENGER, | § |
| | §    **CASE NO. 19-10926-TMD** |
| Debtor. | § |

## **CERTIFICATE OF SERVICE**

I, Shelby Jordan, certify that a true and correct copy of the documents listed below were served via email on Brian T. Cumings of Graves, Dougherty, Hearon & Moody and Sabrina L. Streusand of Streusand Landon Ozburn & Lemmon, LLP via email on September 29, 2019 as counsel of record in the referenced contested matters set out in the Subpoenas and the accompanying correspondence.

I, Shelby Jordan, further certify that a copy of the Subpoenas have been served to the parties on the attached list via U.S. First Class Mail, postage prepaid as shown on October 1, 2019.

**Documents Served**:

1. Party Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case to Ron Satija, Chapter 7 Trustee and subject to the accompanying correspondence attached hereto.

2. Party Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case to Sagi Genger and subject to the accompanying correspondence attached hereto..

                                                             Respectfully submitted,

                                                             /s/ *Shelby A. Jordan*
                                                             Shelby A. Jordan
                                                            Texas Bar No. 11016700
                                                            **JORDAN HOLZER & ORTIZ, P.C.**
                                                            500 N. Shoreline Blvd., Suite 900
                                                            Corpus Christi, Texas 78401
                                                            Telephone: (361) 884-5678
                                                           Facsimile: (361) 888-5555
                                                           sjordan@jhwclaw.com
                                                           **ATTORNEYS FOR D&K GP LLC**

United States Trustee – AU12
United States Trustee
903 San Jacinto Blvd., Suite 230
Austin, Texas 78701

Kasowitz, Benson, Torres LLP
Attn: Daniel Benson, Esq.
1633 Broadway, 21st Floor
New York, NY 10019-6708

Zeichner Ellman & Krause LLP
1211 Avenue of the Americas, 40th Floor
New York, NY 10036-6149

Arie Genger
c/o Deborah D. Williamson
Dykema Gossett PLLC
112 East Pecan St., Suite 1800
San Antonio, TX 78205

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

The Orly Genger 1993 Trust
c/o Jay Ong
Munsch Hardt Kopf & Harr PC
303 Colorado Street, #2600
Austin, Texas 78701

Eric Herschmann
c/o Raymond Battaglia
66 Granburg Circle
San Antonio, TX 78218-3010

**Via E-Mail**
Sagi Genger
c/o Sabrina Streusand & TPR Investment
Streusand, Landon, Ozburn & Lemmon, LLP
1801 S. MoPac Expressway, Suite 320
Austin, Texas 78746

Eric J. Taube
Waller Lansden Dortch & Davis, LLC
100 Congress Ave, Suite 1800
Austin, Texas 78701

Aaron M. Kaufman
Dykema Gossett PLLC
Comerica Bank Tower
1717 Main St., Suite 4200
Dallas, TX 75201

SureTec Insurance Co.
c/o Ryan Brent DeLaune
Clark Hill Strasburger
901 Main Street, Suite 6000
Dallas, Texas 75202

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

United States Trustee
903 San Jacinto, Suite 230
Austin, TX 78701-2450

Ron Satija
P.O. Box 660208
Austin, TX 78766-7208

**Via E-Mail**
c/o Trustee Ron Satija
Brian Talbot Cumings
Graves, Dougherty, Hearon & Moody
401 Congress Avenue, Suite 2700
Austin, Texas 78701
Sagi Genger
c/o John Dellaportas
Emmt Marvin & Martin LLP
120 Broadway, 32nd Floor
New York, NY 10271-3291