# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 19–10926–tmd
Chapter No.: 7
Judge: Tony M. Davis

IN RE: **Orly Genger**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

- at  Austin Courtroom 1, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

- on  **10/23/19 at 02:00 PM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 60 Motion to Quash Subpoena filed by Brian Talbot Cumings for Trustee Ron Satija , 62 Motion to Quash Subpoenas filed by Eric J. Taube for Debtor Orly Genger ) Hearing Scheduled For 10/23/2019 at 02:00 PM at Austin Courtroom 1 ...COURT REQUEST THE HEARING... (Lopez, Jennifer)

Dated: 10/3/19

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)] [NtchrgBKap]