**Continued hearing shall be held on 10/23/2019 at 02:00 PM in Austin Courtroom 1. Movant is responsible for notice.**



**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 03, 2019**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | Case No. 19-10926-tmd |
| ORLY GENGER, | § § | |
| Debtor. | § | Chapter 7 |

**ORDER GRANTING CONTINUANCE OF HEARINGS ON (A) EXPEDITED MOTION FOR ORDER TO SHOW CAUSE [DOCKET NO. 42] AND (B) MOTION FOR AN ORDER, PURSUANT TO BANKRUPTCY RULE 9018 AND SECTION 107(B) OF THE BANKRUPTCY CODE, AUTHORIZING SAGI GENGER TO FILE UNDER SEAL CERTAIN OF THE EXHIBITS AND PORTIONS OF THE MOTION TO DISMISS BANKRUPTCY CASE OR, ALTERNATIVELY, TO TRANSFER VENUE [DOCKET NO. 31]**

Before the Court is the Motion filed by Eric Herschmann requesting continuance of the October 11, 2019 Hearings on the (a) Expedited Motion for Order to Show Cause [Docket No. 42] and (b) Motion for an Order, Pursuant to Bankruptcy Rule 9018 and Section 107(b) of the Bankruptcy Code, Authorizing Sagi Genger to File Under Seal Certain of the Exhibits and Portions

of the Motion to Dismiss Bankruptcy Case or, Alternatively, to Transfer Venue [Docket No. 31] filed on September 27, 2019. The Court finds that the Motion should be granted.

ACCORDINGLY, IT IS ORDERED that the Hearings on the (a) Expedited Motion for Order to Show Cause [Docket No. 42] and (b) Motion for an Order, Pursuant to Bankruptcy Rule 9018 and Section 107(b) of the Bankruptcy Code, Authorizing Sagi Genger to File Under Seal Certain of the Exhibits and Portions of the Motion to Dismiss Bankruptcy Case or, Alternatively, to Transfer Venue are continued to the date and time listed above.

### End of Order ###

Submitted by:

Raymond W. Battaglia
Texas Bar I.D. 01918055
rbattaglialaw@outlook.com
Law Offices of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX 78218
Telephone: (210) 601-9405

*Counsel for the Eric Herschmann*