IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ORLY GENGER, | § | Case No. 19-10926-TMD |
| *(Debtor)* | § | Chapter 7 |

## NOTICE REGARDING SUPPLEMENTAL INFORMATION FILED UNDER SEAL

**PLEASE TAKE NOTICE** that, pursuant the Order Requiring Supplemental Information Filed Under Seal [Doc. No. 49] (the "Order for Information"), entered by the Bankruptcy Court in the above-referenced Bankruptcy Case, pursuant to Rule 9018 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 107, Orly Genger ("Debtor" or "Orly") hereby responds:

1. The Order for Information relates to the *Motion for an Order, Pursuant to Bankruptcy Rule 9018 and Section 107(b) of the Bankruptcy Code, Authorizing Sagi Genger to File Under Seal Certain of the Exhibits and Portions of the Motion to Dismiss Bankruptcy Case or, Alternatively, to Transfer Venue, and Memorandum of Law in Support* [Doc. No. 31] (the "Motion to File Under Seal"), filed by Sagi on September 13, 2019. Orly reserves the right to more fully respond to the Motion to File Under seal through separate briefing. In particular, Orly believes and asserts that the documents attached to the Motion to File Under Seal are largely irrelevant, inadmissible and should not be considered or reviewed by the Court in connection with any pending matter (the "Evidentiary Objections"). Attaching documents to a motion does not make them appropriate for consideration by the Court as evidence.

2. Additionally, on February 7, 2019, a Protective Order was entered in the case styled *Genger v. Genger,* pending in the United States District Court for the Southern District of New York under Cause No. 17-cv-8181-vsb-dcf (the "SDNY Protective Order").

3. Orly does not believe that this Court can effectively over-rule an order of another Federal Court by motion before this Court, and does not waive any rights that she may have in connection with the SDNY Protective Order. It is clear that the Motion to File Under Seal was designed to effect such a waiver and to have the Court consider otherwise irrelevant and inadmissible "evidence".

4. However, and specifically reserving the Evidentiary Objections and subject to the effectiveness of the SDNY Protective Order, in direct response to paragraph 2 of the Order for Information, Orly does not assert that any privilege applies to the matters listed on the chart provided by Sagi's counsel and is not attaching or filing under seal, a responsive chart for that purpose. Sagi and his counsel have previously made agreements regarding the redaction of certain personal information from certain credit card statements attached, and Orly requests that such agreements be adhered to.

Respectfully submitted,

WALLER LANSDEN DORTCH & DAVIS, LLP

By: */s/ Eric J. Taube*
    Eric J. Taube
    State Bar No. 19679350
    Mark C. Taylor
    State Bar No. 19713225
100 Congress Avenue, Suite 1800
Austin, Texas 78701
(512) 685-6400
(512) 685-6417 (FAX)
eric.taube@wallerlaw.com
mark.taylor@wallerlaw.com

COUNSEL FOR DEBTOR

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was served on the parties listed on the attached Service List via the Court's ECF e-mail notification and via United States First Class Mail on October 3, 2019:

                                                _/s/ Eric J. Taube_
                                                Eric Taube

# SERVICE LIST

Orly Genger
210 Lavaca St., Unit 1903
Austin, TX 78701-4582

Arie Genger
17001 Collins Ave.
Apt. 2805
Sunny Isles, FL 33160

Kasowitz, Benson, Torres LLP
Attn: Matthew Stein, Esq.
1633 Broadway, 21st Floor
New York, NY 10019-6708

D&K GP LLC
c/o Ira Tokayer, Esq.
420 Lexington Ave.
New York, NY 10170

Dalia Genger
200 E. 65th St. 32w
New York, NY 10021

Markel Surety
c/o Suretec Insurance Company
5555 Garden Grove Blvd., Suite 275
Westminster, CT 92687

Orly Genger 1993 Trust
c/o Michael Oldner
86 Pleasant Valley Dr., #16
Little Rock, AK 72227

TPR Investment Associates Inc.
c/o John Dellaportas
Emmet, Marvin & Martin, LLP
120 Broadway, 32nd Floor
New York, NY 10271

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

US Trustee
903 San Jacinto, Ste. 230
Austin, TX 87701-2450

Eric Herschmann
210 Lavaca St., Unit 1903
Austin, TX 78701-4582

Sagi Genger
c/o John Dellaportas
Emmt Marvin & Martin LLP
120 Broadway, 32nd Floor
New York, NY 10271-3291

Ziechner Ellman & Krause LLP
1211 Avenue of the Americas
40th Floor
New York, NY 10036-6149

Ron Satija, Trustee
P.O. Box 660208
Austin, TX 78766-7208

**PARTIES REQUESTING NOTICE**

Raymond Battaglia
66 Granburg Circle
San Antonio, TX 78218-3010

Deborah D. Williamson
Danielle N. Rushing
Dykema Gossett PLLC
112 East Pecan Street, Suite 1800
San Antonio, TX 78205

Aaron M. Kaufman
Dykema Gossett PLLC
Comerica Bank Tower
1717 Main Street, Suite 4200
Dallas, TX 75201

Ryan B. DeLaune
Clark Hill Strasburger
901 Main Street, Suite 6000
Dallas, TX 75202

Sabrina L. Streusand
Streusand, Landon, Ozburn &
  Lemmon, LLP
1801 S. MoPac Expressway, Suite 320
Austin, TX 78746

Jay H. Ong, Esq.
Munsch Hardt Kopf & Harr, P.C.
303 Colorado Street, Suite 2600
Austin, TX 78701

035547-86267/4843-6541-2765.1