UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE: ORLY GENGER, | CASE NO: 19-10926-TMD<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 10/4/2019, I did cause a copy of the following documents, described below,

Notice of Continued Hearings

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/4/2019

/s/ Raymond W. Battaglia
Raymond W. Battaglia  01918055
Law Offices of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX  78218
210 601 9405

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE: ORLY GENGER, | CASE NO: 19-10926-TMD |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |

On 10/4/2019, a copy of the following documents, described below,

Notice of Continued Hearings

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/4/2019

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Raymond W. Battaglia
Law Offices of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX 78218

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | ARIE GENGER | SAGI GENGER |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>05421<br>CASE 19-10926-TMD<br>WESTERN DISTRICT OF TEXAS<br>AUSTIN<br>THU OCT 3 18-08-54 CDT 2019 | 19111 COLLINS AVE<br>APT 706<br>SUNNY ISLES FL 33160-2379 | CO JOHN DELLAPORTAS<br>EMMT MARVIN MARTIN LLP<br>120 BROADWAY 32ND FL<br>NEW YORK NY 10271-3291 |
| THE ORLY GENGER 1993 TRUST<br>CO JAY H ONG<br>MUNSCH HARDT KOPF HARR PC<br>303 COLORADO ST 2600<br>AUSTIN TX 78701-0021 | ZEICHNER ELLMAN KRAUSE LLP<br>1211 AVENUE OF THE AMERICAS<br>40TH FLOOR<br>NEW YORK NY 10036-6149 | RON SATIJA<br>PO BOX 660208<br>AUSTIN TX 78766-7208 |
| UNITED STATES TRUSTEE SMG17<br>UNITED STATES TRUSTEE<br>903 SAN JACINTO BLVD SUITE 230<br>AUSTIN TX 78701-2450 | ARIE GENGER<br>CO DEBORAH D WILLIAMSON<br>DYKEMA GOSSETT PLLC<br>112 EAST PECAN ST 1800<br>SAN ANTONIO TX 78205-1521 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| SAGI GENGER<br>CO SABRINA STREUSAND<br>STREUSAND LANDON OZBURN LEMMON LLP<br>1801 S MOPAC EXPWY 320<br>AUSTIN TX 78746 | ERIC J TAUBE<br>WALLER LANSDEN DORTCH DAVIS LLP<br>100 CONGRESS AVE SUITE 1800<br>AUSTIN TX 78701-4042 | KASOWITZ BENSON TORRES LLP<br>CO DANIEL BENSON ESQ<br>1633 BROADWAY 21ST FL<br>NEW YORK NY 10019-6708 |
| SURETEC INSURANCE CO<br>CO CLARK HILL STRASBURGER<br>901 MAIN ST 6000<br>DALLAS TX 75202-3748 | ORLY GENGER<br>210 LAVACA ST<br>UNIT 1903<br>AUSTIN TX 78701-4582 | |