# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 19–10926–tmd

Chapter No.: 7

Judge: Tony M. Davis

IN RE: **Orly Genger** , Debtor(s)

# NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at     Austin Courtroom 1, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on     **10/23/19  at   02:00 PM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 60 Motion to Quash Subpoena filed by Brian Talbot Cumings for Trustee Ron Satija , 62 Motion to Quash Subpoenas filed by Eric J. Taube for Debtor Orly Genger ) Hearing Scheduled For 10/23/2019 at 02:00 PM at Austin Courtroom 1 ...COURT REQUEST THE HEARING... (Lopez, Jennifer)

Dated:  10/3/19

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKap]

In re:                                                          Case No. 19-10926-tmd
Orly Genger                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-1          User: lopezj          Page 1 of 1          Date Rcvd: Oct 03, 2019
                             Form ID: 132          Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2019.
db            +Orly Genger,   210 Lavaca St.,   Unit 1903,   Austin, TX 78701-4582
aty           +John Dellaportas,   Emmet Marvin & Martin LLP,   120 Broadway  32nd FL,
               New York, NY 10271-3291
intp          +D&K GP LLC,   c/o Jordan Holzer & Ortiz, PC,   500 N. Shoreline Blvd.,   Suite 900,
               Corpus Christi, TX 78401-0341
cr            +SureTec Insurance Company,   Clark Hill Strasburger,   901 Main St #6000,
               Dallas, TX 75202-3748
cr             TPR Investment Associates, Inc.,   c/o Streusand Landon Ozburn & Lemmon,
               1801 S. MoPac Expressway,   Suite 320,   Austin, TX  78746

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2019 at the address(es) listed below:
          Brian Talbot Cumings   on behalf of Trustee Ron  Satija bcumings@gdhm.com,   ctrickey@gdhm.com
          Deborah D. Williamson   on behalf of Creditor Arie  Genger dwilliamson@dykema.com,
           mlongoria@dykema.com;docketsat@dykema.com
          Eric J. Taube   on behalf of Debtor Orly  Genger eric.taube@wallerlaw.com,
           sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com
          Jay  Ong   on behalf of Interested Party   The Orly Genger 1993 Trust jong@munsch.com,
           amays@munsch.com
          Raymond W. Battaglia   on behalf of Creditor Eric  Herschmann rbattaglialaw@outlook.com
          Ron  Satija    rsatija@satijatrustee.com,
           ecf@satijatrustee.com;rs135@trustesolutions.com;RS135@trustesolutions.net;rsatija@ecf.inforuptcy.
           com;laura@satijatrustee.com
          Ryan Brent DeLaune   on behalf of Creditor   SureTec Insurance Company
           ryan.delaune@clarkhillstrasburger.com,  yvette.squirrell@clarkhillstrasburger.com
          Sabrina L. Streusand   on behalf of Creditor   TPR Investment Associates, Inc.
           streusand@slollp.com,  prentice@slollp.com
          Sabrina L. Streusand   on behalf of Creditor Sagi  Genger streusand@slollp.com,
           prentice@slollp.com
          Shelby A. Jordan   on behalf of Interested Party   D&K GP LLC sjordan@jhwclaw.com,
           ecf@jhwclaw.com
          United States Trustee - AU12   ustpregion07.au.ecf@usdoj.gov
                                                                                TOTAL: 11