Continued hearing shall be held on 10/23/2019 at 02:00 PM in Austin Courtroom 1. Movant is responsible for notice.



**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 03, 2019**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 19-10926-tmd |
| | § | |
| ORLY GENGER, | § | |
| | § | |
| Debtor. | § | Chapter 7 |

**ORDER GRANTING CONTINUANCE OF HEARINGS ON (A) EXPEDITED MOTION FOR ORDER TO SHOW CAUSE [DOCKET NO. 42] AND (B) MOTION FOR AN ORDER, PURSUANT TO BANKRUPTCY RULE 9018 AND SECTION 107(B) OF THE BANKRUPTCY CODE, AUTHORIZING SAGI GENGER TO FILE UNDER SEAL CERTAIN OF THE EXHIBITS AND PORTIONS OF THE MOTION TO DISMISS BANKRUPTCY CASE OR, ALTERNATIVELY, TO TRANSFER VENUE [DOCKET NO. 31]**

Before the Court is the Motion filed by Eric Herschmann requesting continuance of the October 11, 2019 Hearings on the (a) Expedited Motion for Order to Show Cause [Docket No. 42] and (b) Motion for an Order, Pursuant to Bankruptcy Rule 9018 and Section 107(b) of the Bankruptcy Code, Authorizing Sagi Genger to File Under Seal Certain of the Exhibits and Portions

of the Motion to Dismiss Bankruptcy Case or, Alternatively, to Transfer Venue [Docket No. 31] filed on September 27, 2019. The Court finds that the Motion should be granted.

ACCORDINGLY, IT IS ORDERED that the Hearings on the (a) Expedited Motion for Order to Show Cause [Docket No. 42] and (b) Motion for an Order, Pursuant to Bankruptcy Rule 9018 and Section 107(b) of the Bankruptcy Code, Authorizing Sagi Genger to File Under Seal Certain of the Exhibits and Portions of the Motion to Dismiss Bankruptcy Case or, Alternatively, to Transfer Venue are continued to the date and time listed above.

### End of Order ###

Submitted by:

Raymond W. Battaglia
Texas Bar I.D. 01918055
rbattaglialaw@outlook.com
Law Offices of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX 78218
Telephone: (210) 601-9405

*Counsel for the Eric Herschmann*

```
                         United States Bankruptcy Court
                          Western District of Texas
In re:                                                         Case No. 19-10926-tmd
Orly Genger                                                    Chapter 7
       Debtor
                         CERTIFICATE OF NOTICE
District/off: 0542-1           User: boydl              Page 1 of 1             Date Rcvd: Oct 03, 2019
                               Form ID: pdfintp         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2019.
db             +Orly Genger,    210 Lavaca St.,    Unit 1903,    Austin, TX 78701-4582

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2019 at the address(es) listed below:
              Brian Talbot Cumings    on behalf of Trustee Ron  Satija bcumings@gdhm.com,    ctrickey@gdhm.com
              Deborah D. Williamson    on behalf of Creditor Arie  Genger dwilliamson@dykema.com,
               mlongoria@dykema.com;docketsat@dykema.com
              Eric J. Taube    on behalf of Debtor Orly  Genger eric.taube@wallerlaw.com,
               sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com
              Jay Ong    on behalf of Interested Party  The Orly Genger 1993 Trust jong@munsch.com,
               amays@munsch.com
              Raymond W. Battaglia    on behalf of Creditor Eric  Herschmann rbattaglialaw@outlook.com
              Ron Satija    rsatija@satijatrustee.com,
               ecf@satijatrustee.com;rs135@trustesolutions.com;RS135@trustesolutions.net;rsatija@ecf.inforuptcy.
               com;laura@satijatrustee.com
              Ryan Brent DeLaune    on behalf of Creditor  SureTec Insurance Company
               ryan.delaune@clarkhillstrasburger.com,    yvette.squirrell@clarkhillstrasburger.com
              Sabrina L. Streusand    on behalf of Creditor Sagi  Genger streusand@slollp.com,
               prentice@slollp.com
              Sabrina L. Streusand    on behalf of Creditor  TPR Investment Associates, Inc.
               streusand@slollp.com,    prentice@slollp.com
              Shelby A. Jordan    on behalf of Interested Party   D&K GP LLC sjordan@jhwclaw.com,
               ecf@jhwclaw.com
              United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
                                                                                             TOTAL: 11