# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

|  |  |
|---|---|
|  | Bankruptcy Case No.: 19–10926–tmd |
|  | Chapter No.: 7 |
|  | Judge: Tony M. Davis |

IN RE: **Orly Genger** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at     Austin Courtroom 1, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on     **10/23/19  at  02:00 PM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 59 Application to Employ Special Counsel, Kasowitz Benson Torres LLP (21 Day Objection Language) filed by Brian Talbot Cumings for Trustee Ron Satija ) Hearing Scheduled For 10/23/2019 at 02:00 PM at Austin Courtroom 1 ...COURT REQUEST THE HEARING... (Lopez, Jennifer)

Dated:  10/7/19

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKap]