**Expedited hearing shall be held on 10/23/2019 at 02:00 PM in Austin Courtroom 1. Movant is responsible for notice.**



**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 08, 2019**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CHAPTER 7 |
| ORLY GENGER, | § § | CASE NO. 19-10926-TMD |
| Debtor. | § § § | |

**ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION OF CREDITOR ARIE GENGER'S EXPEDITED MOTION FOR PROTECTIVE ORDER [ECF NO. 76]**

Came on to be considered *Motion for Expedited Consideration of Creditor Arie Genger's Expedited Motion for Protective Order* (the "Motion to Expedite"). The Court finds that good cause has been shown and that the Motion to Expedite should be **GRANTED**.

IT IS, THEREFORE, ORDERED that a hearing on the Motion to Expedite is scheduled as stated herein.

IT IS SO ORDERED.

# # #

Prepared and submitted by:

**DYKEMA GOSSETT PLLC**

Deborah D. Williamson
State Bar No. 21617500
dwilliamson@dykema.com
Danielle N. Rushing
State Bar No. 24086961
drushing@dykema.com
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 554-5500
Facsimile: (210) 226-8395

and

Aaron M. Kaufman
State Bar No. 24060067
akaufman@dykema.com
Comerica Bank Tower
1717 Main Street, Suite 4200
Dallas, Texas 75201
Telephone: (214) 462-6400
Facsimile: (214) 462-6401

**ATTORNEYS FOR ARIE GENGER**