# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | § | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| ORLY GENGER, | § | CASE NO. 19-10926-TMD |
| | § | |
| Debtor. | § | |

**<u>NOTICE OF EXPEDITED HEARING ON OCTOBER 23, 2019 AT 2:00 P.M. CENTRAL</u>**

**PLEASE TAKE NOTICE OF THE FOLLOWING MATTER:**

An expedited hearing will be held on **October 23, 2019, at 2:00 p.m. (Central)** before United States Bankruptcy Judge Tony M. Davis, Homer J. Thornberry Federal Judicial Building, 903 San Jacinto Boulevard, Courtroom 1, Austin, Texas 78701 on the following:

1. *Creditor Arie Genger's Expedited Motion for Protective Order* [ECF No. 76].

Dated: October 8, 2019                    Respectfully submitted,

**DYKEMA GOSSETT PLLC**

By: */s/ Deborah D. Williamson*
    Deborah D. Williamson
    State Bar No. 21617500
    dwilliamson@dykema.com
    Danielle N. Rushing
    State Bar No. 24086961
    drushing@dykema.com
    112 East Pecan Street, Suite 1800
    San Antonio, Texas 78205
    Telephone: (210) 554-5500
    Facsimile: (210) 226-8395

    and

    Aaron M. Kaufman
    State Bar No. 24060067
    akaufman@dykema.com
    Comerica Bank Tower
    1717 Main Street, Suite 4200
    Dallas, Texas 75201
    Telephone: (214) 462-6400
    Facsimile: (214) 462-6401

**ATTORNEYS FOR ARIE GENGER**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2019, a true and correct copy of the foregoing document was served by electronic notification by the Electronic Case Filing system for the United States Bankruptcy Court for the Western District of Texas and to the following:

Mr. John Dellaportas                                          *Via Email and Fax*
EMMET, MARVIN & MARTIN LLP
120 Broadway, 32nd Floor
New York, New York 10271
jdellaportas@emmetmarvin.com
Facsimile: (212) 238-3100


                                        */s/ Danielle N. Rushing*
                                        Danielle N. Rushing