# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 19–10926–tmd
Chapter No.: 7
Judge: Tony M. Davis

IN RE: **Orly Genger** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

    at    Austin Courtroom 1, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

    on    **10/23/19 at 02:00 PM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 59 Application to Employ Special Counsel, Kasowitz Benson Torres LLP (21 Day Objection Language) filed by Brian Talbot Cumings for Trustee Ron Satija ) Hearing Scheduled For 10/23/2019 at 02:00 PM at Austin Courtroom 1 ...COURT REQUEST THE HEARING... (Lopez, Jennifer)

Dated: 10/7/19

                                                            Yvette M. Taylor
                                                            Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKap]

# United States Bankruptcy Court
## Western District of Texas

In re:  
Orly Genger  
      Debtor

Case No. 19-10926-tmd  
Chapter 7

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0542-1 | User: lopezj | Page 1 of 1 | Date Rcvd: Oct 07, 2019 |
| | Form ID: 132 | Total Noticed: 6 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2019.

```
db          +Orly Genger,    210 Lavaca St.,    Unit 1903,    Austin, TX 78701-4582
aty         +John Dellaportas,    Emmet Marvin & Martin LLP,    120 Broadway 32nd FL,
              New York, NY 10271-3291
intp        +D&K GP LLC,    c/o Jordan Holzer & Ortiz, PC,    500 N. Shoreline Blvd.,    Suite 900,
              Corpus Christi, TX 78401-0341
intp         Dalia Genger,    c/o Jordan, Holzer & Ortiz,    500 N SHORELINE BLVD,    STE 900,
              CORPUS CHRISTI, TX  784010341
cr          +SureTec Insurance Company,    Clark Hill Strasburger,    901 Main St #6000,
              Dallas, TX 75202-3748
cr           TPR Investment Associates, Inc.,    c/o Streusand Landon Ozburn & Lemmon,
              1801 S. MoPac Expressway,    Suite 320,    Austin, TX  78746
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2019                                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2019 at the address(es) listed below:

```
          Aaron Michael Kaufman    on behalf of Creditor Arie  Genger akaufman@dykema.com,
           dandreacchi@dykema.com;pelliott@dykema.com
          Brian Talbot Cumings    on behalf of Trustee Ron  Satija bcumings@gdhm.com,   ctrickey@gdhm.com
          Danielle Nicole Rushing    on behalf of Creditor Arie  Genger drushing@dykema.com,
           lvasquez@dykema.com;docketsat@dykema.com
          Deborah D. Williamson    on behalf of Creditor Arie  Genger dwilliamson@dykema.com,
           mlongoria@dykema.com;docketsat@dykema.com
          Eric J. Taube    on behalf of Debtor Orly  Genger eric.taube@wallerlaw.com,
           sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com
          Jay Ong    on behalf of Interested Party   The Orly Genger 1993 Trust jong@munsch.com,
           amays@munsch.com
          Raymond W. Battaglia    on behalf of Creditor Eric  Herschmann rbattaglialaw@outlook.com
          Ron Satija    rsatija@satijatrustee.com,
           ecf@satijatrustee.com;rs135@trustesolutions.com;RS135@trustesolutions.net;rsatija@ecf.inforuptcy.
           com;laura@satijatrustee.com
          Ryan Brent DeLaune    on behalf of Creditor    SureTec Insurance Company
           ryan.delaune@clarkhillstrasburger.com,    yvette.squirrell@clarkhillstrasburger.com
          Sabrina L. Streusand    on behalf of Creditor    TPR Investment Associates, Inc.
           streusand@slollp.com,    prentice@slollp.com
          Sabrina L. Streusand    on behalf of Creditor Sagi  Genger streusand@slollp.com,
           prentice@slollp.com
          Shelby A. Jordan    on behalf of Interested Party Dalia  Genger sjordan@jhwclaw.com,
           ecf@jhwclaw.com
          Shelby A. Jordan    on behalf of Interested Party    D&K GP LLC sjordan@jhwclaw.com,
           ecf@jhwclaw.com
          United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
                                                                                             TOTAL: 14
```