

**IT IS HEREBY ADJUDGED and DECREED that the below described is DENIED.**

**Dated: October 11, 2019**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **IN RE:** § | |
| § | **CHAPTER 7** |
| **ORLY GENGER,** § | |
| § | **CASE NO. 19-10926-TMD** |
| Debtor. § | |

**ORDER GRANTING EXPEDITED MOTION TO EXTEND THE DEADLINE TO RESPOND TO THE APPLICATION UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 AND LOCAL RULE 9019 TO APPROVE COMPROMISE**

The Court has considered the *Motion to Extend the Deadline to Respond to the Application Under Federal Rule of Bankruptcy Procedure 9019 and Local Rule 9019 to Approve Compromise* (the "Motion"). The Court, having considered the Motion, the responses, if any, the documents, motions, and pleadings on file, and arguments of counsel, if any, is of the opinion that the Motion is meritorious and, therefore, it is hereby GRANTED.

**IT IS THEREFORE ORDERED** that the Motion is hereby GRANTED;

**IT IS FURTHER ORDERED** that the deadline for all parties to file a response to the *Application Under Federal Rule of Bankruptcy Procedure 9019 and Local Rule 9019 to Approve*

*Compromise* is November 18, 2019.

###

**Proposed Order Submitted by:**

**STREUSAND, LANDON, OZBURN & LEMMON, LLP**

Sabrina L. Streusand
State Bar No. 11701700
1801 S. MoPac Expressway, Suite 320
Austin, Texas 78746
(512) 236-9900
(512) 236-9904 (Fax)
streusand@slollp.com

**ATTORNEYS FOR JUDGMENT CREDITOR
SAGI GENGER**

and

**MUNSCH HARDT KOPF & HARR, P.C.**

Jay H. Ong
State Bar No. 24028756
303 Colorado Street, Suite 2600
Austin, Texas 78701
(512) 391-6100 (Telephone)
(512) 391-6149 (Facsimile)
jong@munsch.com

**ATTORNEYS FOR CREDITOR
THE ORLY GENGER 1993 TRUST**