# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | § | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| ORLY GENGER, | § | CASE NO. 19-10926-TMD |
| | § | |
| Debtor. | § | |
| | § | |

## NOTICE OF EXPEDITED HEARING ON OCTOBER 23, 2019 AT 2:00 P.M. CENTRAL

**PLEASE TAKE NOTICE OF THE FOLLOWING MATTER:**

An expedited hearing will be held on **October 23, 2019, at 2:00 p.m. (Central)** before United States Bankruptcy Judge Tony M. Davis, Homer J. Thornberry Federal Judicial Building, 903 San Jacinto Boulevard, Courtroom 1, Austin, Texas 78701 on the following:

1. *Creditor Arie Genger's Expedited Motion for Protective Order* [ECF No. 76].

Dated: October 11, 2019                    Respectfully submitted,

**DYKEMA GOSSETT PLLC**

By: */s/ Deborah D. Williamson*
    Deborah D. Williamson
    State Bar No. 21617500
    dwilliamson@dykema.com
    Danielle N. Rushing
    State Bar No. 24086961
    drushing@dykema.com
    112 East Pecan Street, Suite 1800
    San Antonio, Texas 78205
    Telephone: (210) 554-5500
    Facsimile: (210) 226-8395

    and

    Aaron M. Kaufman
    State Bar No. 24060067
    akaufman@dykema.com
    Comerica Bank Tower
    1717 Main Street, Suite 4200
    Dallas, Texas 75201
    Telephone: (214) 462-6400
    Facsimile: (214) 462-6401

**ATTORNEYS FOR ARIE GENGER**

# CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2019, a true and correct copy of the foregoing document was served by electronic notification by the Electronic Case Filing system for the United States Bankruptcy Court for the Western District of Texas and as follows:

| | |
|---|---|
| John Dellaportas<br>EMMET, MARVIN & MARTIN LLP<br>120 Broadway, 32nd Floor<br>New York, NY 10271<br>jdellaportas@emmetmarvin.com<br>Facsimile: (212) 238-3100 | *Via Email and Fax* |
| Shelby Jordan<br>JORDAN, HOLZER, & ORTIZ P.C.<br>500 N. Shoreline Blvd., Suite 900<br>Corpus Christi, TX 78401<br>sjordan@jhwclaw.com | *Via E-service* |
| Ron Satija<br>c/o Brian Cumings<br>GRAVES DOUGHERTY HEARON & MOODY<br>401 Congress Avenue, Suite 2700<br>Austin, TX 78701<br>bcumings@gdhm.com | *Via E-service* |
| Eric J. Taube<br>WALLER LANSDEN DORTCH & DAVIS, LLP<br>100 Congress Ave., Suite 1800<br>Austin, TX 78701-4042<br>Eric.Taube@wallerlaw.com | *Via E-service* |
| Ray Battaglia<br>66 Granburg Circle<br>San Antonio, TX 78218<br>rbattaglialaw@outlook.com | *Via E-service* |
| Shane Tobin<br>OFFICE OF THE UNITED STATES TRUSTEE<br>903 San Jacinto, Suite 230<br>Austin, TX 78701<br>Shane.P.Tobin@usdoj.gov | *Via E-service* |
| Jay Ong<br>MUNSCH HARDT KOPF & HARR PC<br>303 Colorado St #2600<br>Austin, TX 78701<br>jong@munsch.com | *Via E-service* |

*/s/ Danielle N. Rushing*
Danielle N. Rushing