# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 19–10926–tmd

Chapter No.: 7

Judge: Tony M. Davis

IN RE: **Orly Genger** , Debtor(s)

# NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at  Austin Courtroom 1, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on  **10/23/19 at 02:00 PM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 81 Motion to Extend Time to File Notices of Removal of Civil Actions filed by Brian Talbot Cumings for Trustee Ron Satija ) Hearing Scheduled For 10/23/2019 at 02:00 PM at Austin Courtroom 1 (Lopez, Jennifer)

Dated: 10/11/19

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKap]

# CERTIFICATE OF NOTICE

District/off: 0542-1        User: lopezj            Page 1 of 1            Date Rcvd: Oct 11, 2019
                            Form ID: 132            Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2019.
```
db           +Orly Genger,    210 Lavaca St.,    Unit 1903,    Austin, TX 78701-4582
aty          +John Dellaportas,    Emmet Marvin & Martin LLP,    120 Broadway 32nd FL,
               New York, NY 10271-3291
intp         +D&K GP LLC,   c/o Jordan Holzer & Ortiz, PC,    500 N. Shoreline Blvd.,    Suite 900,
               Corpus Christi, TX 78401-0341
intp          Dalia Genger,    c/o Jordan, Holzer & Ortiz,    500 N SHORELINE BLVD,   STE 900,
               CORPUS CHRISTI, TX  784010341
cr           +SureTec Insurance Company,    Clark Hill Strasburger,    901 Main St #6000,
               Dallas, TX 75202-3748
cr            TPR Investment Associates, Inc.,    c/o Streusand Landon Ozburn & Lemmon,
               1801 S. MoPac Expressway,    Suite 320,   Austin, TX  78746
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

___

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2019                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2019 at the address(es) listed below:
```
              Aaron Michael Kaufman    on behalf of Creditor Arie  Genger akaufman@dykema.com,
               dandreacchi@dykema.com;pelliott@dykema.com
              Brian Talbot Cumings    on behalf of Trustee Ron  Satija bcumings@gdhm.com,   ctrickey@gdhm.com
              Danielle Nicole Rushing    on behalf of Creditor Arie  Genger drushing@dykema.com,
               lvasquez@dykema.com;docketsat@dykema.com
              Deborah D. Williamson    on behalf of Creditor Arie  Genger dwilliamson@dykema.com,
               mlongoria@dykema.com;docketsat@dykema.com
              Eric J. Taube    on behalf of Debtor Orly  Genger eric.taube@wallerlaw.com,
               sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com
              Jay Ong    on behalf of Interested Party  The Orly Genger 1993 Trust jong@munsch.com,
               amays@munsch.com
              Raymond W. Battaglia    on behalf of Creditor Eric  Herschmann rbattaglialaw@outlook.com
              Ron Satija    rsatija@satijatrustee.com,
               ecf@satijatrustee.com;rs135@trustesolutions.com;RS135@trustesolutions.net;rsatija@ecf.inforuptcy.
               com;laura@satijatrustee.com
              Ryan Brent DeLaune    on behalf of Creditor   SureTec Insurance Company
               ryan.delaune@clarkhillstrasburger.com,  yvette.squirrell@clarkhillstrasburger.com
              Sabrina L. Streusand    on behalf of Creditor   TPR Investment Associates, Inc.
               streusand@slollp.com,   prentice@slollp.com
              Sabrina L. Streusand    on behalf of Creditor Sagi  Genger streusand@slollp.com,
               prentice@slollp.com
              Shelby A. Jordan    on behalf of Interested Party Dalia  Genger sjordan@jhwclaw.com,
               ecf@jhwclaw.com
              Shelby A. Jordan    on behalf of Interested Party   D&K GP LLC sjordan@jhwclaw.com,
               ecf@jhwclaw.com
              United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
                                                                                             TOTAL: 14
```