**IT IS HEREBY ADJUDGED and DECREED that the below described is DENIED.**

Dated: October 11, 2019



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CHAPTER 7 |
| ORLY GENGER, | § | |
| | § | CASE NO. 19-10926-TMD |
| Debtor. | § | |

### ORDER GRANTING EXPEDITED MOTION TO EXTEND THE DEADLINE TO RESPOND TO THE APPLICATION UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 AND LOCAL RULE 9019 TO APPROVE COMPROMISE

The Court has considered the *Motion to Extend the Deadline to Respond to the Application Under Federal Rule of Bankruptcy Procedure 9019 and Local Rule 9019 to Approve Compromise* (the "Motion"). The Court, having considered the Motion, the responses, if any, the documents, motions, and pleadings on file, and arguments of counsel, if any, is of the opinion that the Motion is meritorious and, therefore, it is hereby GRANTED.

**IT IS THEREFORE ORDERED** that the Motion is hereby GRANTED;

**IT IS FURTHER ORDERED** that the deadline for all parties to file a response to the *Application Under Federal Rule of Bankruptcy Procedure 9019 and Local Rule 9019 to Approve*

*Compromise* is November 18, 2019.

###

**Proposed Order Submitted by:**

**STREUSAND, LANDON, OZBURN & LEMMON, LLP**

Sabrina L. Streusand
State Bar No. 11701700
1801 S. MoPac Expressway, Suite 320
Austin, Texas 78746
(512) 236-9900
(512) 236-9904 (Fax)
streusand@slollp.com

**ATTORNEYS FOR JUDGMENT CREDITOR
SAGI GENGER**

and

**MUNSCH HARDT KOPF & HARR, P.C.**

Jay H. Ong
State Bar No. 24028756
303 Colorado Street, Suite 2600
Austin, Texas 78701
(512) 391-6100 (Telephone)
(512) 391-6149 (Facsimile)
jong@munsch.com

**ATTORNEYS FOR CREDITOR
THE ORLY GENGER 1993 TRUST**



```
                                United States Bankruptcy Court
                                 Western District of Texas
In re:                                                             Case No. 19-10926-tmd
Orly Genger                                                        Chapter 7
        Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0542-1        User: wallacea             Page 1 of 1         Date Rcvd: Oct 11, 2019
                            Form ID: pdfintp           Total Noticed: 6
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2019.
```
db              +Orly Genger,    210 Lavaca St.,    Unit 1903,    Austin, TX 78701-4582
aty             +John Dellaportas,    Emmet Marvin & Martin LLP,    120 Broadway 32nd FL,
                  New York, NY 10271-3291
intp            +D&K GP LLC,    c/o Jordan Holzer & Ortiz, PC,    500 N. Shoreline Blvd.,    Suite 900,
                  Corpus Christi, TX 78401-0341
intp             Dalia Genger,    c/o Jordan, Holzer & Ortiz,    500 N SHORELINE BLVD,    STE 900,
                  CORPUS CHRISTI, TX  784010341
cr              +SureTec Insurance Company,    Clark Hill Strasburger,    901 Main St #6000,
                  Dallas, TX 75202-3748
cr               TPR Investment Associates, Inc.,    c/o Streusand Landon Ozburn & Lemmon,
                  1801 S. MoPac Expressway,    Suite 320,    Austin, TX  78746
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2019 at the address(es) listed below:
```
              Aaron Michael Kaufman    on behalf of Creditor Arie  Genger akaufman@dykema.com,
               dandreacchi@dykema.com;pelliott@dykema.com
              Brian Talbot Cumings    on behalf of Trustee Ron  Satija bcumings@gdhm.com,   ctrickey@gdhm.com
              Danielle Nicole Rushing    on behalf of Creditor Arie  Genger drushing@dykema.com,
               lvasquez@dykema.com;docketsat@dykema.com
              Deborah D. Williamson    on behalf of Creditor Arie  Genger dwilliamson@dykema.com,
               mlongoria@dykema.com;docketsat@dykema.com
              Eric J. Taube    on behalf of Debtor Orly  Genger eric.taube@wallerlaw.com,
               sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com
              Jay Ong    on behalf of Interested Party   The Orly Genger 1993 Trust jong@munsch.com,
               amays@munsch.com
              Raymond W. Battaglia    on behalf of Creditor Eric  Herschmann rbattaglialaw@outlook.com
              Ron Satija    rsatija@satijatrustee.com,
               ecf@satijatrustee.com;rs135@trustesolutions.com;RS135@trustesolutions.net;rsatija@ecf.inforuptcy.
               com;laura@satijatrustee.com
              Ryan Brent DeLaune    on behalf of Creditor    SureTec Insurance Company
               ryan.delaune@clarkhillstrasburger.com,  yvette.squirrell@clarkhillstrasburger.com
              Sabrina L. Streusand    on behalf of Creditor    TPR Investment Associates, Inc.
               streusand@slollp.com,   prentice@slollp.com
              Sabrina L. Streusand    on behalf of Creditor Sagi  Genger streusand@slollp.com,
               prentice@slollp.com
              Shelby A. Jordan    on behalf of Interested Party Dalia  Genger sjordan@jhwclaw.com,
               ecf@jhwclaw.com
              Shelby A. Jordan    on behalf of Interested Party    D&K GP LLC sjordan@jhwclaw.com,
               ecf@jhwclaw.com
              United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
                                                                                             TOTAL: 14
```