**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 15, 2019.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CHAPTER 7 |
| ORLY GENGER, | § | |
| | § | CASE NO. 19-10926-TMD |
| Debtor. | § | |

**ORDER AGREED MOTION OF SAGI GENGER, THE ORLY GENGER 1993 TRUST, D&K GP LLC, TPR INVESTMENT ASSOCIATES, INC., AND DALIA GENGER, FOR ENTRY OF AGREED INTERIM BRIDGEORDER EXTENDING THE DEADLINE TO OBJECT TO DISCHARGE/DISCHARGEABILITY**
[Relating to Docket Nos. 36, 51 and 72]

On the Agreed Motion of Movants Sagi Genger, The Orly Genger 1993 Trust, D&K GP LLC, TPR Investment Associates, Inc., and Dalia Genger requesting the entry of an Agreed Interim Bridge Order Extending the Deadline to Object to Discharge/Dischargeability of the Debtor, and the Court finding good cause existing for the entry of an interim order granting such Motion, and accordingly, it is

ORDERED that the deadline for Movants, Sagi Genger, The Orly Genger 1993 Trust, D&K GP LLC, TPR Investment Associates, Inc., and Dalia Genger, to Object to the Discharge or

Dischargeability of the Debtor is extended to October 29, 2019 subject to further agreements or orders of this Court; and it is further

ORDERED that the Debtor's response date to the pending Motion to Extend and Joinders (as defined in this underlying Motion) is extended to October 16, 2019. Entry of this Agreed Interim Order is without prejudice to the Debtor's right to object to any further extension of the deadline to object to discharge/dischargeability of the Debtor and is without admission that any party to this Motion is a creditor of Debtor's estate; and it is further

ORDERED that the entry of this Order is without prejudice to any party's rights or positions regarding the pending Motion to Extend and Joinders and the Debtor's response and is subject to further Orders of this Court.

# # #

**Proposed Order Submitted by:**

**STREUSAND, LANDON, OZBURN & LEMMON, LLP**

Sabrina L. Streusand
State Bar No. 11701700
1801 S. MoPac Expressway, Suite 320
Austin, Texas 78746
(512) 236-9900
(512) 236-9904 (Fax)

**ATTORNEYS FOR JUDGMENT CREDITOR**
**SAGI GENGER**