# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | BANKRUPTCY NO. 19-10926-TMD |
| **ORLY GENGER,** | § | |
| | § | **CHAPTER 7 PROCEEDING** |
| **DEBTOR** | § | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the matter listed below has been set for **HEARING** on **10/23/2019 at 02:00 PM in Courtroom 1** at the United States Bankruptcy Court, Homer J. Thornberry Federal Judicial Building, 903 San Jacinto Blvd., Austin, TX, before the Honorable Tony Davis, United States Bankruptcy Judge:

### ERIC HERSCHMANN'S MOTION FOR PROTECTIVE ORDER

Respectfully submitted October 17, 2019.

By: /s/ Raymond Battaglia
Raymond W. Battaglia
Texas Bar No. 01918055
LAW OFFICES OF RAY BATTAGLIA, PLLC
66 Granburg Circle San Antonio, Texas 78218
Tel.: (210) 601-9405
Fax: (210) 855-0126
rbattaglialaw@outlook.com

**COUNSEL TO ERIC HERSCHMANN**

## CERTIFICATE OF SERVICE

On October 17, 2019 a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system, as set forth below. I further certify that it has been transmitted by first class mail to the following

Brian Cumings
Graves Dougherty Hearon & Moody
401 Congress Avenue Suite 2700
Austin, Texas 78701

Kasowitz, Benson, Torres LLP
Attn: Daniel Benson, Esq.
1633 Broadway, 21st Floor

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

United States Trustee
903 San Jacinto, Suite 230
Austin, TX 78701-2450

New York, NY 10019-6708

Zeichner Ellman & Krause LLP
1211 Avenue of the Americas, 40th Floor
New York, NY 10036-6149

Orly Genger
210 Lavaca St., Unit 1903
Austin, TX 78701-4582

Arie Genger
c/o Deborah D. Williamson
Dykema Gossett PLLC
112 East Pecan St., Suite 1800
San Antonio, TX 78205

Arie Genger
19111 Collins Ave., Apt. 706
Sunny Isles, FL 33160-2379

Sagi Genger
c/o John Dellaportas
Emmt Marvin & Martin LLP
120 Broadway, 32nd Floor
New York, NY 10271-3291

Zeichner Ellman & Krause LLP
1211 Avenue of the Americas
40th Floor
New York, NY 10036-6149

Jay Ong
Munsch Hardt Kopf & Harr, P.C.
303 Colorado Street
Suite 2600
Austin, TX 78701

Eric J. Taube
Waller Lansden Dortch & Davis, LLP
100 Congress Ave., Suite 1800
Austin, TX 78701-4042

Ron Satija
P.O. Box 660208
Austin, TX 78766-7208

Aaron M. Kaufman
Dykema Gossett PLLC
Comerica Bank Tower
1717 Main St., Suite 4200
Dallas, TX 75201

SureTec Insurance Co.
c/o Clark Hill Strasburger
901 Main Street, #6000
Dallas, Texas 75202

The Orly Genger 1993 Trust
c/o Jay Ong
Munsch Hardt Kopf & Harr PC
303 Colorado Street, #2600
Austin, Texas 78701

Shelby A. Jordan
Jordan Hyden Womble Culbreth & Holze, PC
500 N Shoreline Suite 900 N
Corpus Christi, TX 78401

/s/ Raymond Battaglia
Raymond W. Battaglia