IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | | |
|---|---|---|---|
| In re: | § | | |
| | § | | |
| ORLY GENGER, | § | Case No. 19-10926-TMD |
| *(Debtor)* | § | Chapter 7 |

**DEBTORS' MOTION FOR EXPEDITED HEARING ON
DEBTORS' MOTION FOR CONTINUANCE AND FOR
ENTRY OF AN ORDER RELATED TO DISCOVERY**

TO THE HONORABLE TONY M. DAVIS,
UNITED STATES BANKRUPTCY JUDGE:

Orly Genger ("Debtor") hereby file this motion (the "Motion to Expedite") for an expedited hearing of Debtor's Motion for Continuance, to Consolidate Hearings and for Entry of Order Related to Discovery (the "Motion"), and respectfully states as follows:

1. **Underlying Motion.** The Motion requests that hearings on the following motions be consolidated and continued into either November or December: (1) Sagi Genger's Motion to Dismiss or Alternatively Transfer Venue (the "Motion to Dismiss"); (2) Sagi Genger's Motion to Show Cause (the "Motion to Show Cause"); (3) the Trustee's Application to Employ Special Counsel, Kasowitz Benson Torres LLP (the "Application to Employ"); (4) and the Trustee's Motion to Approve Compromise Under Rule 9019 (the "9019 Motion"), and that a scheduling order be entered setting limits and a method for obtaining discovery related to the Motion to Dismiss, the Motion to Show Cause, the 9019 Motion, and the Application to Employ.

2. **Need for emergency hearing:** Sagi Genger's Motion to Show Cause is set for October 23, 2019, and Debtor seeks to have it continued and consolidated with the Motion to Dismiss, the Application to Employ, and the 9019 Motion.

3. **Certificate of conference:** Counsel for Debtor has conferred with counsel for Chapter 7 Trustee, Ron Satija, who has indicated he is unopposed to the Motion to Expedite,

counsel for Eric Herschmann, KBT, and counsel for Arie Genger, who all agree to the relief requested in the Motion to Expedite. Counsel for Sagi Genger and counsel for Dalia Genger, D&K GP, LLC, and TPR Investments Associates, Inc., are opposed to the Motion to Expedite.

4. **Time estimate for hearing**: Debtor estimates one hour is necessary for the hearing on the Motion.

5. **Deadline for when hearing is needed:** Debtor requests that the Court set the Motion either on October 21 or 22, 2019 due to the currently scheduled, October 23, 2019, hearing on the Motion to Consolidate.

6. **Dates when all parties are available**: There are a substantial amount of parties with an interest in the Motion and the Motion to Expedite, but counsel for the various parties should be available on October 21 or 22, at least telephonically.

Movant respectfully requests that the Court grant this Motion to Expedite and enter the proposed order submitted herewith setting the Motion for hearing on October 21 or 22, 2019. Movant also requests general relief.

Respectfully submitted,

WALLER LANSDEN DORTCH & DAVIS, LLP

By: /s/ *Eric J. Taube*
    Eric J. Taube
    State Bar No. 19679350
    Mark C. Taylor
    State Bar No. 19713225
100 Congress Avenue, Suite 1800
Austin, Texas 78701
(512) 685-6400
(512) 685-6417 (FAX)
eric.taube@wallerlaw.com
mark.taylor@wallerlaw.com

COUNSEL FOR DEBTOR

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was served on the parties listed on the attached Service List via the Court's ECF e-mail notification and via United States First Class Mail on October 18, 2019:

                                                */s/ Eric J. Taube*
                                                Eric Taube

# SERVICE LIST

Orly Genger
210 Lavaca St., Unit 1903
Austin, TX 78701-4582

Arie Genger
17001 Collins Ave.
Apt. 2805
Sunny Isles, FL 33160

Kasowitz, Benson, Torres LLP
Attn: Matthew Stein, Esq.
1633 Broadway, 21st Floor
New York, NY 10019-6708

D&K GP LLC
c/o Ira Tokayer, Esq.
420 Lexington Ave.
New York, NY 10170

Dalia Genger
200 E. 65th St. 32w
New York, NY 10021

Markel Surety
c/o Suretec Insurance Company
5555 Garden Grove Blvd., Suite 275
Westminster, CT 92687

Orly Genger 1993 Trust
c/o Michael Oldner
86 Pleasant Valley Dr., #16
Little Rock, AK 72227

TPR Investment Associates Inc.
c/o John Dellaportas
Emmet, Marvin & Martin, LLP
120 Broadway, 32nd Floor
New York, NY 10271

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

US Trustee
903 San Jacinto, Ste. 230
Austin, TX 87701-2450

Eric Herschmann
210 Lavaca St., Unit 1903
Austin, TX 78701-4582

Sagi Genger
c/o John Dellaportas
Emmt Marvin & Martin LLP
120 Broadway, 32nd Floor
New York, NY 10271-3291

Ziechner Ellman & Krause LLP
1211 Avenue of the Americas
40th Floor
New York, NY 10036-6149

Ron Satija, Trustee
P.O. Box 660208
Austin, TX 78766-7208

## PARTIES REQUESTING NOTICE

Raymond Battaglia
66 Granburg Circle
San Antonio, TX 78218-3010

Deborah D. Williamson
Danielle N. Rushing
Dykema Gossett PLLC
112 East Pecan Street, Suite 1800
San Antonio, TX 78205

Aaron M. Kaufman
Dykema Gossett PLLC
Comerica Bank Tower
1717 Main Street, Suite 4200
Dallas, TX 75201

Ryan B. DeLaune
Clark Hill Strasburger
901 Main Street, Suite 6000
Dallas, TX 75202

Sabrina L. Streusand
Streusand, Landon, Ozburn &
 Lemmon, LLP
1801 S. MoPac Expressway, Suite 320
Austin, TX 78746

Jay H. Ong, Esq.
Munsch Hardt Kopf & Harr, P.C.
303 Colorado Street, Suite 2600
Austin, TX 78701

035547-86267/4843-6541-2765.1