# EXHIBIT F

SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY

PRESENT: HON. BARBARA JAFFE                     PART         IAS MOTION 12EFM
                                    *Justice*

-----------------------------------------------------------------X
ORLY GENGER, ORLY GENGER 1993 TRUST,            INDEX NO.    109749/2009

                        Plaintiffs,             MOTION DATE

            - v -                                MOTION SEQ. NO.   065

DALIA GENGER, SAGI GENGER, D & K GP LLC,
TPR INVESTMENT ASSOCIATES INC, LEAH              DECISION + ORDER ON
FANG,                                                 MOTION

                        Defendants.
-----------------------------------------------------------------X

The following e-filed documents, listed by NYSCEF document number (Motion 065) 1637-1648
were read on this motion to                              restore                            .

    Having read the papers in support of plaintiffs' order to show cause and defense counsel's email of October 4, 2019, I find that because the damages assertedly arising from Dalia's alleged fraud are those that have been adjudicated (NYSCEF 1594, 1630), the action was properly marked disposed, per order dated August 9, 2019. Moreover, plaintiffs' counsel represents that the fraud claim is the sole claim outstanding. (NYSCEF 1646). Consequently, there is nothing left to restore.

    Accordingly, it is hereby

    ORDERED, that plaintiffs' motion to restore the action is denied in its entirety.

|  |  |
|---|---|
| 10/4/2019 | BARBARA JAFFE, J.S.C. |
| DATE |  |

| CHECK ONE: | ☐ CASE DISPOSED | ☒ NON-FINAL DISPOSITION | |
|---|---|---|---|
|  | ☒ GRANTED ☐ DENIED | ☐ GRANTED IN PART | ☐ OTHER |
| APPLICATION: | ☐ SETTLE ORDER | ☐ SUBMIT ORDER | |
| CHECK IF APPROPRIATE: | ☐ INCLUDES TRANSFER/REASSIGN | ☐ FIDUCIARY APPOINTMENT | ☐ REFERENCE |