| DOC# | NAME | VERSION | EVENT | USER | EVENT DATE | EVENT TIME |
|---|---|---|---|---|---|---|
| 4414453 | Subordination Agreement - AGenger | 1 | Create Document | MROSENBLOOM | 11/28/17 | 6:04:49 PM |
| 4414453 | Subordination Agreement - AGenger | | Check Out Document | MROSENBLOOM | 11/28/17 | 6:04:49 PM |
| 4414453 | Subordination Agreement - AGenger | 1 | Edit Document | MROSENBLOOM | 11/28/17 | 6:04:51 PM |
| 4414453 | Subordination Agreement - AGenger | 1 | Edit Document | MROSENBLOOM | 11/28/17 | 7:39:10 PM |
| 4414453 | Subordination Agreement - AGenger | 1 | Edit Document | MROSENBLOOM | 11/28/17 | 8:45:57 PM |
| 4414453 | Subordination Agreement - AGenger | | Check In Document | MROSENBLOOM | 11/28/17 | 8:46:41 PM |
| 4414453 | Subordination Agreement - AGenger | | Check Out Document | MROSENBLOOM | 11/29/17 | 11:03:32 AM |
| 4414453 | Subordination Agreement - AGenger | 1 | Edit Document | MROSENBLOOM | 11/29/17 | 11:16:40 AM |
| 4414453 | Subordination Agreement - AGenger | | Check In Document | MROSENBLOOM | 11/29/17 | 11:17:38 AM |
| 4414453 | Subordination Agreement - AGenger | | Check Out Document | 12/1/17 | 11:56:54 AM |
| 4414453 | Subordination Agreement - AGenger | | Check In Document | MROSENBLOOM | 12/1/17 | 12:42:05 PM |
| 4414453 | Subordination Agreement - AGenger | | Check Out Document | MROSENBLOOM | 12/4/17 | 1:35:59 PM |
| 4414453 | Subordination Agreement - AGenger | 1 | Print Document | MROSENBLOOM | 12/4/17 | 1:36:14 PM |
| 4414453 | Subordination Agreement - AGenger | 1 | Edit Document | MROSENBLOOM | 12/4/17 | 1:38:14 PM |
| 4414453 | Subordination Agreement - AGenger | | Check In Document | MROSENBLOOM | 12/4/17 | 1:38:15 PM |
| 4414453 | Subordination Agreement - AGenger | | Check Out Document | MROSENBLOOM | 12/13/17 | 2:09:42 PM |
| 4414453 | Subordination Agreement - AGenger | 1 | Print Document | MROSENBLOOM | 12/13/17 | 2:09:55 PM |
| 4414453 | Subordination Agreement - AGenger | 2 | Create New Version | MROSENBLOOM | 12/13/17 | 2:28:47 PM |
| 4414453 | Subordination Agreement - AGenger | 2 | Edit Document | MROSENBLOOM | 12/13/17 | 2:28:48 PM |
| 4414453 | Subordination Agreement - AGenger | 2 | Edit Document | MROSENBLOOM | 12/13/17 | 2:30:36 PM |
| 4414453 | Subordination Agreement - AGenger | 2 | Edit Document | MROSENBLOOM | 12/13/17 | 2:31:55 PM |

**Exhibit B**

| 4414453 | Subordination Agreement - AGenger | | Check In Document | MROSENBLOOM | 12/13/17 | 2:32:04 PM |
| --- | --- | --- | --- | --- | --- | --- |
| 4414453 | Subordination Agreement - AGenger | | Mail Copy | MROSENBLOOM | 12/13/17 | 2:32:49 PM |
| 4414453 | Subordination Agreement - AGenger | | Check Out Document | AELKIN | 1/4/18 | 10:55:29 AM |
| 4414453 | Subordination Agreement - AGenger | | Check In Document | AELKIN | 1/4/18 | 10:56:34 AM |
| 4414453 | Subordination Agreement - AGenger | 2 | Checkout Copy Document | MROSENBLOOM | 8/17/18 | 10:44:23 AM |
| 4414453 | Subordination Agreement - AGenger | | Check Out Document | MROSENBLOOM | 9/13/18 | 1:18:05 PM |
| 4414453 | Subordination Agreement - AGenger | 2 | Print Document | MROSENBLOOM | 9/13/18 | 1:18:44 PM |

**Exhibit B**