# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ORLY GENGER, | § | Case No. 19-10926-TMD |
|    *(Debtor)* | § | Chapter 7 |

## DEBTOR'S DESIGNATION OF EXHIBITS FOR OCTOBER 23, 2019 HEARING

TO THE HONORABLE TONY M. DAVIS, U.S. BANKRUPTCY JUDGE:

COMES NOW Orly Genger (the "**Debtor**"), and files this Designation of Exhibits as follows for the hearings scheduled for October 23, 2019 (the "**Hearing**").

## EXHIBITS

Debtor may offer into evidence any or all of the following exhibits at the Hearing:

| Exh. No. | Description | Offer | Object | Admit |
|---|---|---|---|---|
| 1. | Subpoena to Produce Documents issued by Dalia Genger and D&K GP LLC to Sagi Genger | | | |
| 2. | Subpoena to Produce Documents issued by Dalia Genger and D&K GP LLC to Ron Satija | | | |
| 3. | Email from John Dellaportas to Orly's non-bankruptcy counsel in New York, sent 11:23 PM on Sun. Sept. 29, 2019 | | | |
| 4. | Limited Liability Company Agreement for D&K GP LLC | | | |
| 5. | Letter from J. Bachman to Hon. Jaffe dated Sept. 27, 2019 | | | |
| 6. | Protective Order, *Genger v. Genger*, S.D.N.Y. Case No. 17-cv-8181, Doc. No. 181 (filed Feb. 7, 2019) | | | |

In addition, Debtor designates any pleadings, including exhibits, filed in this case and any exhibits designated by any other party. Debtor reserves the right to amend or supplement this Designation as may otherwise be appropriate.

A copy of this document and the designated exhibits will be emailed to counsel indicated in the certificate of service below.  **Any other parties wishing to obtain copies of the exhibits designated herein should contact the undersigned**.

> Respectfully submitted,
>
> WALLER LANSDEN DORTCH & DAVIS, LLP
>
> By: */s/ Eric J. Taube*
>       Eric J. Taube
>       State Bar No. 19679350
>       Mark C. Taylor
>       State Bar No. 19713225
> 100 Congress Avenue, Suite 1800
> Austin, Texas 78701
> (512) 685-6400
> (512) 685-6417 (FAX)
> eric.taube@wallerlaw.com
> mark.taylor@wallerlaw.com
>
> COUNSEL FOR DEBTOR

035547-86267/4844-7922-0906.1

Page 2

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on the parties listed on the attached Service List via the Court's ECF e-mail notification or via United States First Class Mail on October 18, 2019, and via email with the exhibits to the parties listed below:

**Chapter 7 Trustee**
Ron Satija
P.O. Box 660208
Austin, TX 78766-7208
rsatija@satijatrustee.com

**Counsel to Chapter 7 Trustee**
Brain Cumings
Graves Dougherty Hearon & Moody
401 Congress Ave., Ste. 2700
Austin, TX 78701
bcumings@gdhm.com

**Counsel to Eric Herschmann**
Raymond Battaglia
66 Granburg Circle
San Antonio, TX 78218-3010
rbattaglialaw@outlook.com

**Counsel to D&K GP LLC and Dalia Genger**
Shelby Jordan
Jordan Holzer & Ortiz, PC
6207 Bee Cave Road, Suite 120
Austin, TX 78746
sjordan@jhwclaw.com

**Counsel to The Orly Genger 1993 Trust**
Jay H. Ong, Esq.
Munsch Hardt Kopf & Harr, P.C.
303 Colorado Street, Suite 2600
Austin, TX 78701
jong@munsch.com

**Counsel to Arie Genger**
Deborah D. Williamson
Danielle N. Rushing
Dykema Gossett PLLC
112 East Pecan Street, Suite 1800
San Antonio, TX 78205
dwilliamson@dykema.com
drushing@dykema.com

Aaron M. Kaufman
Dykema Gossett PLLC
Comerica Bank Tower
1717 Main Street, Suite 4200
Dallas, TX 75201
akaufman@dykema.com

**Counsel to Sagi Genger and TPR Investment Associates, Inc.**
Sabrina L. Streusand
Streusand, Landon, Ozburn & Lemmon, LLP
1801 S. MoPac Expressway, Suite 320
Austin, TX 78746
streusand@slollp.com

John Dellaportas
Emmet, Marvin & Martin, LLP
120 Broadway, 32nd Floor
New York, NY 10271
jdellaportas@emmetmarvin.com

      */s/ Eric J. Taube*
      Eric Taube

# SERVICE LIST

Orly Genger
210 Lavaca St., Unit 1903
Austin, TX 78701-4582

Arie Genger
17001 Collins Ave.
Apt. 2805
Sunny Isles, FL 33160

Kasowitz, Benson, Torres LLP
Attn: Matthew Stein, Esq.
1633 Broadway, 21st Floor
New York, NY 10019-6708

D&K GP LLC
c/o Ira Tokayer, Esq.
420 Lexington Ave.
New York, NY 10170

Dalia Genger
200 E. 65th St. 32w
New York, NY 10021

Markel Surety
c/o Suretec Insurance Company
5555 Garden Grove Blvd., Suite 275
Westminster, CT 92687

Orly Genger 1993 Trust
c/o Michael Oldner
86 Pleasant Valley Dr., #16
Little Rock, AK 72227

TPR Investment Associates Inc.
c/o John Dellaportas
Emmet, Marvin & Martin, LLP
120 Broadway, 32nd Floor
New York, NY 10271

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

US Trustee
903 San Jacinto, Ste. 230
Austin, TX 87701-2450

Eric Herschmann
210 Lavaca St., Unit 1903
Austin, TX 78701-4582

Sagi Genger
c/o John Dellaportas
Emmt Marvin & Martin LLP
120 Broadway, 32nd Floor
New York, NY 10271-3291

Ziechner Ellman & Krause LLP
1211 Avenue of the Americas
40th Floor
New York, NY 10036-6149

Ron Satija, Trustee
P.O. Box 660208
Austin, TX 78766-7208

## PARTIES REQUESTING NOTICE

Raymond Battaglia
66 Granburg Circle
San Antonio, TX 78218-3010

Deborah D. Williamson
Danielle N. Rushing
Dykema Gossett PLLC
112 East Pecan Street, Suite 1800
San Antonio, TX 78205

Aaron M. Kaufman
Dykema Gossett PLLC
Comerica Bank Tower
1717 Main Street, Suite 4200
Dallas, TX 75201

Ryan B. DeLaune
Clark Hill Strasburger
901 Main Street, Suite 6000
Dallas, TX 75202

Sabrina L. Streusand
Streusand, Landon, Ozburn &
 Lemmon, LLP
1801 S. MoPac Expressway, Suite 320
Austin, TX 78746

Jay H. Ong, Esq.
Munsch Hardt Kopf & Harr, P.C.
303 Colorado Street, Suite 2600
Austin, TX 78701

035547-86267/4843-6541-2765.1