# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 19-10926-tmd |
| | § | |
| ORLY GENGER, | § | |
| | § | |
| Debtor. | § | Chapter 7 |

## CHAPTER 7 TRUSTEE'S COMBINED WITNESS AND EXHIBIT LIST FOR MATTERS SCHEDULED FOR OCTOBER 23, 2019

TO THE HONORABLE TONY M. DAVIS, UNITED STATES BANKRUPTCY JUDGE:

Ron Satija, Trustee ("Trustee"), the duly appointed and acting trustee in the above-captioned bankruptcy case, submits the following combined exhibit and witness lists for the hearings identified below, which are currently scheduled for October 23, 2019.

*EXPEDITED MOTION TO SHOW CAUSE* **[DKT. NO. 42]** (SHOW CAUSE HEARING) AND *APPLICATION TO EMPLOY SPECIAL COUNSEL, KASOWITZ BENSON TORRES LLP* **[DKT. NO. 59]**

## EXHIBIT LIST

| Description | Exhibit | Offered | Objection | Admitted Yes/No |
|---|---|---|---|---|
| Application Under Federal Rule of Bankruptcy Procedure 9019 and Local Rule 9019 to Approve Compromise [Dkt. No. 52 and 56, including all exhibits thereto]. | 1 | | | |
| Application for Retention of Kasowitz Benson Torres LLP as Attorneys for Special Purpose Pursuant to 11 U.S.C. §327(e) [Dkt. No. 59, including all exhibits thereto] | 2 | | | |

Trustee reserves the right to amend and/or supplement this list and re-order the exhibits set forth herein. In addition, Trustee may offer additional exhibits for cross-examination, rebuttal and/or impeachment purposes, as necessary. In addition, Trustee reserves the right to offer into evidence any exhibit listed by any other party on their exhibit list and designates any pleadings (including exhibits) filed in this case.

**WITNESS LIST**
1. Ron Satija, Chapter 7 Trustee;
2. Michael Bowen;
3. Any witness designated by any other party;
4. Rebuttal and impeachment witnesses, as necessary.

## *MOTION TO QUASH SUBPOENA* **[DKT. NO. 60]**

**EXHIBIT LIST**

| Description | Exhibit | Offered | Objection | Admitted Yes/No |
|---|---|---|---|---|
| Subpoena | 1 | | | |
| Protective Order from SDNY | 2 | | | |

Trustee reserves the right to amend and/or supplement this list and re-order the exhibits set forth herein. In addition, Trustee may offer additional exhibits for cross-examination, rebuttal and/or impeachment purposes, as necessary. In addition, Trustee reserves the right to offer into evidence any exhibit listed by any other party on their exhibit list and designates any pleadings (including exhibits) filed in this case.

**WITNESS LIST**
1. Ron Satija, Chapter 7 Trustee;
2. Any witness designated by any other party;
3. Rebuttal and impeachment witnesses, as necessary.

## *MOTION TO EXTEND TIME TO FILE NOTICES OF REMOVAL OF CIVIL ACTIONS [DKT. NO. 81]*

**EXHIBIT LIST**

| Description | Exhibit | Offered | Objection | Admitted Yes/No |
|---|---|---|---|---|
| Schedules and SOFA [Dkt. No. 20] | 1 | | | |
| Motion to Dismiss or Transfer Venue [Dkt. No. 32] | 2 | | | |

Trustee reserves the right to amend and/or supplement this list and re-order the exhibits set forth herein. In addition, Trustee may offer additional exhibits for cross-examination, rebuttal

and/or impeachment purposes, as necessary. In addition, Trustee reserves the right to offer into evidence any exhibit listed by any other party on their exhibit list and designates any pleadings (and exhibits) filed in this case.

## WITNESS LIST

1. Ron Satija, Chapter 7 Trustee;
2. Any witness designated by any other party;
3. Rebuttal and impeachment witnesses, as necessary.

Respectfully submitted,

/s/ *Ron Satija*
Ron Satija, Trustee


GRAVES, DOUGHERTY, HEARON & MOODY
401 Congress Avenue, Suite 2700
Austin, TX 78701
Telephone: 512.480.5626
Facsimile: 512.536.9926
bcumings@gdhm.com

By:/s/ *Brian T. Cumings*
　　　Brian T. Cumings

COUNSEL FOR RON SATIJA, CHAPTER 7 TRUSTEE


## CERTIFICATE OF SERVICE

The signature above certifies that notice of this Combined List has been served, via a noticing service, on those shown on the attached matrix, , and a true and correct copy of the foregoing document has been served by first class, U.S. mail, postage prepaid on those listed below, with email to counsel of record in this case:

United States Trustee - AU12
United States Trustee
903 San Jacinto Blvd., Suite 230
Austin, TX 78701-2450

Ron Satija
Chapter 7 Trustee
P.O. Box 660208
Austin, TX 78766-7208
Chapter 7 Trustee

Orly Genger
210 Lavaca St., Unit 1903
Austin, TX 78701-4582
*Debtor*

Eric Taube
Waller Lansden Dortch & Davis, LLP
100 Congress Ave., Suite 1800
Austin, TX 78701
*Debtor's Counsel*

Sabrina L. Streusand
Streusand Landon Ozburn & Lemmon, LLP
1801 S. MoPac Expressway, Suite 320
Austin, TX 78746

The Orly Genger 1993 Trust
c/o Jay Ong
Munsch Hardy Kopf & Harr PC
303 Colorado St., #2600
Austin, TX 78701

Kasowitz Benson Torres LLP
1633 Broadway, 21st Floor
New York, NY 10019

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7246

Arie Genger
19111 Collins Ave., Apt. 706
Sunny Isles, FL 33160-2379

Chris Gartman
Hughes Hubbard & Reed LLP
One Battery Park Plaza, 16th Fl.
New York, NY 10004-1482

D&K GP LLC and Dalia Genger
c/o Shelby Jordan
Jordan Holzer & Ortiz, PC
6207 Bee Cave Road, Suite 120
Austin, TX 78746

John Dellaportas
Emmet Marvin & Martin, LLP
120 Broadway
New York, NY 10280

Eric Herschmann
210 Lavaca St., Unit 1903
Austin, TX 78701

Ray Battaglia
66 Granburg Circle
San Antonio, TX 78218-3010

Zeichner Ellman & Krause LLP
1211 Avenue of the Americas, 40th Fl.
New York, NY 10036-6149

Deborah Williamson
Dykema Gossett PLLC
112 East Pecan St., Suite 1800
San Antonio, TX 78205

SureTex Insurance Co.
c/o Clark Hill Strasburger
901 Main Street, #6000
Dallas, TX 75202

Ryan B. DeLaune
Clark Hill Strasburger
901 Main St., Suite 6000
Dallas, TX 75202