

**210 Lavaca St #1903**
Austin, TX 78701

$3,587,771
Redfin Estimate

| — | — | — | — |
|---|---|---|---|
| Last Sold Price | Beds | Baths | Sq. Ft. |

Status: Sold  Source: Public Records

Favorite  Photos  Edit Facts

Overview

Redfin Estimate

Public Facts

Listing Details

Tour Insights

Property History

Schools

Neighborhood

Similar Homes

Local rules require you to be signed in to see all the details   Sign In or Join for free with no obligation



SOLD MAR 16, 2012

Street

**Exhibit M**

View

Is This Your Home?

Track this home's estimate
& nearby sales activity

**I'm the Owner**

Sell your home for more,
pay a 1% listing fee
Estimated sale price
$3.41M - $3.77M

Homeowner Tools

Edit home facts

Review property details and add renovations.

Manage photos

Update home photos or make them private.

Create an Owner Estimate

Select recent home sales to estimate your home's value.

View Owner Dashboard

Track your estimate and nearby sale activity.

What Can You Make from Selling Your Home?

Home Sale Price

$3,587,771

Outstanding Mortgage

$2,870,000

**Exhibit M**

| | Selling with Traditional Agent | Selling with Redfin Agent |
|---|---|---|
| | | **+$71,755** |
| Your Total Sale Proceeds | $473,870 | $545,626 |
| Seller Agent Commission | 3% ($107,633) | 1% ($35,878) |

**Compare Agent Services**

**Show Taxes and Fees**

Get $71,755 More Selling Your Home with a Redfin Agent

About This Home

Local rules require you to be signed in to view this home's listing description.
Sign In or Join for free with no obligation.

County **Travis**

Map    Satellite

Google    Map data ©2019 Google  Terms of Use  Report a map error

Map Nearby Homes For Sale     Expand Map | Street View | Directions

**Exhibit M**



- Source: Public Records

---

Public Facts for 210 Lavaca Street #1903

**Taxable Value**

Sorry, but we currently don't have tax info for this property.

**Home Facts**

| | |
|---|---|
| Beds | — |
| Baths | — |
| Sq. Ft. | — |
| Stories | — |
| Lot Size | — |
| Style | **Condo/Co-op** |
| Year Built | — |
| Year Renovated | — |
| County | **Travis County** |
| APN | — |

Home facts updated by county records on Feb 18, 2017.

---

Listing Details for 210 Lavaca Street #1903

We'll show details for this property as soon as we have them.

---

Property History for 210 Lavaca Street #1903

| Date | Event & Source | Price | Appreciation |
|---|---|---|---|
| Mar 12, 2012 | Pending (Pending - Taking Backups) ACTRIS #2233640 | — | — |

# Exhibit M

| | | | |
|---|---|---|---|
| Jan 3, 2012 | **Listed (Active)**<br>ACTRIS #2233640 | ** | — |
| Sep 30, 2011 | **Delisted (Withdrawn)**<br>ACTRIS #9154890 | — | — |

See all property history

** Price available after <u>signing in</u>.

Activity for 210 Lavaca St #1903

| **168** Views | **0** Favorites | **0** X-Outs | **0** Redfin Tours |
|---|---|---|---|

Schools

| Serving This Home | Elementary | Middle | High |
|---|---|---|---|

| School Name | GreatSchools Rating | Parent Rating | Distance |
|---|---|---|---|
| **Mathews Elementary School**<br>Public • Preschool to 6 • Serves this home<br>GreatSchools Rating: 8/10<br>Parent Rating: | 8 | | 1.3 mi |
| **O Henry Middle School**<br>Public • 6 to 8 • Serves this home<br>GreatSchools Rating: 6/10<br>Parent Rating: | 6 | | 2.3 mi |
| **Austin High School**<br>Public • 9 to 12 • Serves this home<br>GreatSchools Rating: 7/10<br>Parent Rating: | 7 | | 1.5 mi |

School data provided by GreatSchools. School service boundaries are intended to be used as reference only. To verify enrollment eligibility for a property, contact the school directly.

Neighborhood Info for 210 Lavaca St #1903

**Exhibit M**

Texas    Austin    78701

## Transportation in 78701

**96** / 100                **72** / 100                **96** / 100

Walker's Paradise          Excellent Transit          Biker's Paradise

This area is a **walker's paradise** — daily errands do not require a car.
**Transit is excellent** and convenient for most trips. It's a **biker's paradise**
— daily errands can be accomplished on a bike.

## 78701 Real Estate Sales (Last 30 days)

| | Median List Price | — | Avg. # Offers | — |
| --- | --- | --- | --- | --- |
| | Median $ / Sq. Ft. | — | Avg. Down Payment | — |
| | Median Sale / List | — | # Sold Homes | — |

## What It Takes to Win an Offer near 78701



~$325K Offer                                                    15 Weeks Ago
1 Bed, 1 Bath, ~500 Sq. Ft. Condo
■ **Winning Offer**

Under List Price
1%

Days on Market
7

Competing Offers
1

Down Payment

**Exhibit M**

~10%

> After discussing the Austin market, downtown condo prices and market comparables, first time home buyer was confident in placing an offer. We quickly learned that other… More

Cyndi Rios
Redfin Agent

## $/Sq. Ft. Condos in 78701

## Nearby Similar Homes

Homes similar to 210 Lavaca St #1903 are listed between $483K to $4,975K at an average of $960 per square foot.



**Exhibit M**

**$2,695,000**

3 Beds
3.5 Baths
2,895 Sq. Ft.

200 Congress Ave Unit 29H, Austin, TX 78701

**$4,500,000**

3 Beds
3.5 Baths
3,452 Sq. Ft.

98 SAN JACINTO Blvd #2304, Austin, TX 78701



**Exhibit M**



**$1,950,000**

3 Beds
3 Baths
2,889 Sq. Ft.

200 CONGRESS Ave Unit 12AC, Austin, TX 78701



**$1,449,000**

2 Beds
2 Baths
1,609 Sq. Ft.

**Exhibit M**

200 Congress Ave Unit 12D, Austin, TX 78701



**$1,595,000**

2 Beds
2.5 Baths
1,587 Sq. Ft.

210 Lavaca St #3306, Austin, TX 78701



**Exhibit M**



**$3,295,000**

2 Beds

2.5 Baths

2,822 Sq. Ft.

200 CONGRESS Ave Unit 32NW, Austin, TX 78701



## Nearby Recently Sold Homes

Nearby homes similar to 210 Lavaca St #1903 have recently sold between $975K to $3,995K at an average of $915 per square foot.



**Exhibit M**

**Sign in for price** Last Sold Price

2 Beds

3 Baths

1,926 Sq. Ft.

200 CONGRESS Ave Unit 20F, Austin, TX 78701



**Sign in for price** Last Sold Price

3 Beds

3 Baths

2,597 Sq. Ft.

98 SAN JACINTO Blvd Ph 2903, Austin, TX 78701



**Exhibit M**



**Sign in for price** Last Sold Price

3 Beds
4 Baths
2,822 Sq. Ft.

1529 Barton Springs Rd #13, Austin, TX 78704



**Sign in for price** Last Sold Price

— Beds
— Baths
1,579 Sq. Ft.

210 Lavaca St #3108, Austin, TX 78701

**Exhibit M**



**Sign in for price** Last Sold Price

— Beds
— Baths
1,423 Sq. Ft.

210 Lavaca St #2010, Austin, TX 78701



**Exhibit M**

**Sign in for price** Last Sold Price

— Beds
— Baths
1,579 Sq. Ft.

210 Lavaca St #2208, Austin, TX 78701

---

## Nearby Properties

| Address | Redfin Estimate | Address | Redfin Estimate |
|---|---|---|---|
| 200 Congress Ave Apartment Austin, TX<br>1 Beds \| 2 Baths \| 2889 Sq. Ft. | $2,396,157 | 200 Congress Ave Apartment Austin, TX<br>- Beds \| - Baths \| 3335 Sq. Ft. | $3,227,347 |
| 210 Lavaca St Apartment 330 Austin, TX<br>- Beds \| - Baths \| 2162 Sq. Ft. | $2,279,744 | 210 Lavaca St Apartment 280 Austin, TX<br>1 Beds \| 1 Baths \| 641 Sq. Ft. | $559,922 |
| 210 Lavaca St Apartment 181 Austin, TX<br>- Beds \| - Baths \| 888 Sq. Ft. | $924,428 | 210 Lavaca St Apartment 200 Austin, TX<br>- Beds \| - Baths \| 1059 Sq. Ft. | $941,270 |

Show More

More Real Estate Resources

| Zip Codes | Neighborhoods | Nearby Cities | Popular Searches |
|---|---|---|---|
| 78703 | Northwest Hills | Cedar Park | Austin Open Houses |
| 78704 | West Lake Hills | Round Rock | Austin Waterfront |
| 78759 | North Loop | Wimberley | Austin Fixer Upper |
| 78745 | Mueller | Manor | Austin Land |
| 78746 | South Austin | Buda | Austin Single Story H… |
| | East Austin | San Marcos | Austin Homes with Po… |
| | Show More | Show More | Show More |

210 Lavaca St #1903 is a condo in Austin, TX 78701. Based on Redfin's Austin data, we estimate the home's value is $3,587,771. Comparable nearby homes include 200 CONGRESS Ave Unit 21CF, 98 San Jacinto Blvd #2604, and 210 Lavaca St #2405. Nearby schools include Austin, Cathedral School of St Mary and Headwaters School. The closest grocery stores are Royal Blue Grocery, Royal Blue Grocery and Royal Blue Grocery. Nearby coffee shops include Patika Coffee, Starbucks and Halcyon Coffee. Nearby

**Exhibit M**

restaurants include Red Ash, Barley Bean and Mort Subite. 210 Lavaca St #1903 is near Republic Park, Auditorium Shores and Woolridge Square Park. This address can also be written as 210 Lavaca Street Apartment 1903, Austin, Texas 78701.

About

Press

Investor Relations

Blog

Jobs

Mobile

Contact Us

Help

Countries
🇺🇸United States
🇨🇦Canada

Updated January 2019: By searching, you agree to the Terms of Use, and Privacy Policy.

Copyright: © 2019 Redfin. All rights reserved. Patent pending.

California BRE #01521930

TREC: Info About Brokerage Services, Consumer Protection Notice

If you are using a screen reader, or having trouble reading this website, please call Redfin Customer Support for help at 1-844-759-7732.

GreatSchools Ratings provided by GreatSchools.org.

**Exhibit M**

# realtor.com®

Tonya

Advertise

Buy

Sell

Rent

Mortgage

Find Realtors®

My Home

News & Insights

Advertise

Austin, TX  ✕  🔍          Public | Owner



📷 Click to expand photos

📷 1 / 24

**Exhibit M**

Est. **$3,549,100** 

 Track Your Home Value

| | | | |
|---|---|---|---|
| **3** beds | **3.5** baths | **3,180** sq ft | **253** sqft lot |


Map

Commute Time    210 Lavaca St Apt 1903, Austin, TX 78701

☐ Share      ✎ Edit Facts                    Request a FREE Analysis

**Property Overview** - Impressive floor plan w/custom features throughout. Dynamite views from nearly every room in the residence with 2 large balconies. Ample room for living, dining, and entertaining. European kitchen w/expanded breakfast bar, huge dining and living space with expanded study/theatre room. Ultimate master suite with custom closet system. 2

Read More ⌄

**511.91%**
More expensive than
nearby properties ⓘ

**$1.55M**
Since last listed
in 2012 ⓘ

**$2,943**
Rental Estimate ⓘ

## Own this home?

Check out your owner dashboard to:

- Track your home's value and comps
- Update the important details and photos
- Easily compare similar homes in your area

Claim your home

## 🏠 Home Value

210 Lavaca St Apt 1903 is likely to appreciate by 2% in the next year, based on the latest home price index. In the last 3 years, this home has increased its value by 18%.

**Exhibit M**



October 2019
● This home   **$3,546,200**

2017       2018       2019       2020

Estimated values are not a substitute for professional expertise. Contact your REALTOR® for a market assessment.

**Are you the owner of 210 Lavaca St Apt 1903?**
Learn how to maximize your home value.

[ Track Your Home ]

 ## Similar Homes For Sale

Comparison of 210 Lavaca St Apt 1903, Austin, TX 78701 with Nearby Homes:



| $2,750,000 | $2,750,000 | $3,995,000 | $3,12... |
|---|---|---|---|
| 3 bd, 4 ba, 2,871 sq ft | 3 bd, 4 ba, 2,871 sq ft | 3 bd, 4 ba, 3,482 sq ft | 3 bd, 4... |
| 210 Lavaca St Apt 2905 | 210 Lavaca St Apt 2505 | 210 Lavaca St Apt 3302 | 301 W... |
| ⬇ 16% less expensive | ⬇ 16% less expensive | ⬆ 20% more expensive | ⬇ 5%... |
| ⬇ 309 sq ft smaller | ⬇ 309 sq ft smaller | ⬆ 302 sq ft larger | ⬇ 46°... |
| ⚫ 1 year newer | ⚫ 1 year newer | ⚫ 1 year newer | ⬆ 9 y... |

**Exhibit M**

Interested in any of these homes? Have a local agent show you around.

Contact Agent

## Property History

This property was sold once in the last 8 years.

| Today | ◯ | **Estimated at $3,549,100** |

| Jan 3, 2012 | ⊕ | **Listed for $1,995,000** |

Listing presented by **Kevin Burns** [R] with **Urbanspace**

| Aug 21, 2011 | ⊕ | **Price Changed to $2,190,000** |

| Aug 5, 2011 | ⊕ | **Listed for $2,300,000** |

Listing presented by **Todd Bailey** [R] with **Realty Austin**

| Jun 28, 2011 | ⊕ | **Listed for $2,300,000** |

Listing presented by **Kevin Burns** [R] with **Urbanspace**

| Feb 14, 2011 | ◯ | **Sold** |

History data displayed is obtained from public records and/or MLS feeds from the local jurisdiction. Contact your REALTOR® directly in order to obtain latest information.

**Exhibit M**

## Property Details



| | | | |
|---|---|---|---|
| **Status** | **Price/Sq Ft** | **Type** | **Built** |
| Off Market | $1,116 | Condo Townhome ... | 2011 |

**Public Records**

- House size: 3,180 sq ft
- Stories: 1
- Lot size: 253
- Year built: 2011
- Property type: Condo
- Date updated: 08/25/2019

Request a FREE Analysis

## Nearby Schools

| Rating* | School Name |
|---|---|
| 8 | Mathews Elementary School |
| 6 | O Henry Middle School |
| 7 | Austin High School |

See More ⌄

\* School data provided by National Center for Education Statistics, Pitney Bowes, and GreatSchools. Intended for reference only. GreatSchools Ratings compare a school's test performance to statewide results. To verify enrollment eligibility, contact the school or district directly.

## Neighborhood

210 Lavaca St Apt 1903 is located in Downtown Austin neighborhood in the city of Austin, TX.

| $580,000 | 106 | $635 |
|---|---|---|
| Median Listing Price | Median Days on Market | Price Per Sq Ft |

**Exhibit M**

## Nearby Neighborhoods in Austin, TX

| East Austin | Central Austin | Zilker | Travis Heights |
|---|---|---|---|
| Median Listing: $400,000 | Median Listing: $599,000 | Median Listing: $650,000 | Median Listing: $799,000 |

Request a FREE Analysis

## Explore The Neighborhood

Sponsored by Statefarm

## 🏠 Price & Tax History

### Property Price

| Date | Event | Price |
|---|---|---|

**Exhibit M**

| Date | Event | Price |
|------|-------|-------|
| Today | Estimated | $3,549,100 |
| 01/03/2012 | Listed | $1,995,000 |
| 08/21/2011 | Price Changed | $2,190,000 |
| 08/05/2011 | Listed | $2,300,000 |
| 06/28/2011 | Listed | $2,300,000 |
| 02/14/2011 | Sold | - |

## Property Tax

| Year | Taxes | Total Assessment |
|------|-------|------------------|
| 2019 | $54,188 | - |
| 2018 | $52,480 | $2,370,391 |
| 2017 | $47,709 | $2,154,901 |
| 2016 | $44,980 | $1,959,001 |
| 2015 | $40,891 | $1,780,010 |

See More ⌄

About History & Taxes Data

The price and tax history data displayed is obtained from public records and/or MLS feeds from the local jurisdiction. Contact your REALTOR® directly in order to obtain the most up-to-date information available.

## $$ Nearby Home Values

| Address | Estimate | Bed | Bath |
|---------|----------|-----|------|
| Homes near 78701 | $ | 🛏 | 🛁 |
| This Home | Est. $3,549,100 | 3 | 3+ |
| 210 Lavaca St Apt 2102 | $3,259,800 | 3 | 4 |
| 210 Lavaca St Apt 3005 | $3,335,600 | 3 | 2 |
| 210 Lavaca St Apt 3503 | $3,757,500 | 3 | 4 |
| 210 Lavaca St Apt 3604 | $3,347,800 | 3 | 4 |
| 210 Lavaca St Apt 3302 | $3,311,500 | 3 | 4 |

**Exhibit M**

See More ⌄



## What is Your Home Worth?

👤 Tonya Gaetan

✉ tonyagaetan@gmail.com

📞 Phone

Looking to sell in … ▾

Request a FREE Analysis

By proceeding, you consent to receive calls and texts at the number you provided, including marketing by autodialer and prerecorded and artificial voice, and email, from realtor.com and others about your inquiry and other home-related matters, but not as a condition of any purchase. More...

## Homes Around $3,549,100

New

♡

♡

 200 Congress Ave Unit 32 Nw, Austin, 200 Congress Ave Unit 34 P, Austin, TX  210 Lavaca St Apt 3302,

**Exhibit M**

| TX 78701 | 78701 | 78701 ✏ |
|---|---|---|
| **$3,295,000** | **$3,199,000** | **$3,995,000** |
| 200 Congress Ave Unit 32NW<br>2 bd • 2+ ba • 2,822 sq ft | 200 Congress Ave Unit 34P<br>2 bd • 2+ ba • 2,961 sq ft | 210 Lavaca St Apt 3302<br>3 bd • 3+ ba • 3,482 sq ft |

Homes near 210 Lavaca St Apt 1903 have a median list price of $3,247,000 and a median price per square foot of $1,083.

Additional Information About 210 Lavaca St Apt 1903, Austin, TX 78701

210 Lavaca St Apt 1903, Austin, TX 78701 has a price per square foot of $1,116, which is 404% greater than the Austin price per square foot of $221. The median listing price in Austin is $429,000, which is 61% greater than the Texas median listing price of $265,000. Check out other properties near 210 Lavaca St Apt 1903 - 210 Lavaca St Apt 2103, 210 Lavaca St Apt 2104, 210 Lavaca St Apt 2105, 210 Lavaca St Apt 2305,

See More ⌄

Nearby Cities

Lakeway Real Estate
Round Rock Real Estate
Leander Real Estate
Cedar Park Real Estate
Georgetown Real Estate
See More ⌄

ABOUT US          CAREERS          FEEDBACK          MEDIA ROOM

AD CHOICES          ADVERTISE WITH US          AGENT SUPPORT

PRIVACY / TERMS          SITEMAP

©1995-2019 National Association of REALTORS® and Move, Inc. All rights reserved.
realtor.com® is the official site of the National Association of REALTORS® and is operated by Move, Inc., a subsidiary of News Corp.

**Exhibit M**