# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| IN RE: § § § § § § § <br> ORLY GENGER, <br> Debtor. | CHAPTER 7 <br><br> CASE NO. 19-10926-TMD |

## CREDITOR ARIE GENGER'S WITNESS AND EXHIBIT LIST
## FOR HEARING ON OCTOBER 23, 2019 AT 2:00 P.M. CENTRAL

Creditor Arie Genger files this *Witness and Exhibit List for Hearing on October 23, 2019 at 2:00 p.m. Central.*

## WITNESSES

Arie Genger reserves the right to call or not call any witnesses designated by any other party, as well as additional rebuttal witnesses.

## EXHIBITS

Arie Genger designates the following exhibits that may be admitted:

| EXHIBIT NUMBER | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1. | Protective Order, *Genger v. Genger*, Case No. 17-cv-8181, Doc. No. 81 (S.D.N.Y. Feb. 7, 2019). | | | | | | |
| 2. | Orly Genger 2007 Family Trust Agreement (solely for *in camera* review) | | | | | | |
| 3. | Proposed Confidentiality and Protective Order (Ex. A to ECF No. 76) | | | | | | |

1

| EXHIBIT NUMBER | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 4. | Redline of Proposed Confidentiality and Protective Order Against TXWB-TMD Form Confidentiality and Protective Order (Ex. A-1 to ECF No. 76) | | | | | | |
| 5. | Subpoena to Arie Genger to Testify at Deposition (Ex. B to ECF No. 76) | | | | | | |
| 6. | Affidavit of Service relating to Subpoena to Arie Genger to Testify at Deposition | | | | | | |
| 7. | Response to Subpoena of Arie Genger (Ex. C to ECF No. 76) | | | | | | |

Arie Genger reserves the right to withdraw or otherwise not offer any exhibit. Arie Genger reserves the right to use any exhibits presented by any other party. Arie Genger also reserves the right to use and/or present demonstratives for any purpose. Arie Genger also reserves the right to use exhibits, demonstratives, and testimony not listed here for impeachment or rebuttal purposes at the hearing.

Arie Genger reserves the right to supplement or amend this Witness and Exhibit List any time prior to the hearing. Any party wishing to receive a copy of the foregoing exhibits (except Exhibit 2) should email Danielle N. Rushing at drushing@dykema.com. The requested exhibits will be provided by electronic transmission.

118754.000001 4845-8485-9562.2 10/18/2019 (4:50 PM)

Dated:  October 18, 2019					Respectfully submitted,

					**DYKEMA GOSSETT PLLC**

					By: */s/ Deborah D. Williamson*
					    Deborah D. Williamson
					    State Bar No. 21617500
					    dwilliamson@dykema.com
					    Danielle N. Rushing
					    State Bar No. 24086961
					    drushing@dykema.com
					    112 East Pecan Street, Suite 1800
					    San Antonio, Texas 78205
					    Telephone: (210) 554-5500
					    Facsimile: (210) 226-8395

					    and

					    Aaron M. Kaufman
					    State Bar No. 24060067
					    akaufman@dykema.com
					    Comerica Bank Tower
					    1717 Main Street, Suite 4200
					    Dallas, Texas 75201
					    Telephone: (214) 462-6400
					    Facsimile: (214) 462-6401

					**ATTORNEYS FOR ARIE GENGER**

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2019, a true and correct copy of the foregoing document was served by electronic notification by the Electronic Case Filing system for the United States Bankruptcy Court for the Western District of Texas and as follows:

| | |
|---|---|
| John Dellaportas<br>EMMET, MARVIN & MARTIN LLP<br>120 Broadway, 32nd Floor<br>New York, NY 10271<br>jdellaportas@emmetmarvin.com<br>Facsimile: (212) 238-3100 | ***Via Email and Fax*** |
| Shelby Jordan<br>JORDAN, HOLZER, & ORTIZ P.C.<br>500 N. Shoreline Blvd., Suite 900<br>Corpus Christi, TX 78401<br>sjordan@jhwclaw.com | ***Via E-service*** |
| Ron Satija<br>c/o Brian Cumings<br>GRAVES DOUGHERTY HEARON & MOODY<br>401 Congress Avenue, Suite 2700<br>Austin, TX 78701<br>bcumings@gdhm.com | ***Via E-service*** |
| Eric J. Taube<br>WALLER LANSDEN DORTCH & DAVIS, LLP<br>100 Congress Ave., Suite 1800<br>Austin, TX 78701-4042<br>Eric.Taube@wallerlaw.com | ***Via E-service*** |
| Ray Battaglia<br>66 Granburg Circle<br>San Antonio, TX 78218<br>rbattaglialaw@outlook.com | ***Via E-service*** |
| Shane P. Tobin<br>OFFICE OF THE UNITED STATES TRUSTEE<br>903 San Jacinto, Suite 230<br>Austin, TX 78701<br>Shane.P.Tobin@usdoj.gov | ***Via E-service*** |
| Jay Ong<br>MUNSCH HARDT KOPF & HARR PC<br>303 Colorado St #2600<br>Austin, TX 78701<br>jong@munsch.com | ***Via E-service*** |

                                              */s/ Danielle N. Rushing*
                                              Danielle N. Rushing

118754.000001 4845-8485-9562.2 10/18/2019 (4:50 PM)