UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 19-10926-tmd |
| | § | |
| ORLY GENGER, | § | |
| | § | |
| Debtor. | § | Chapter 7 |

### ORDER GRANTING CONTINUANCE OF HEARING EXPEDITED MOTION TO SHOW CAUSE [DOCKET NO. 42]

Before the Court is the Motion filed by Kasowitz Benson Torres LLP requesting continuance of the October 23, 2019 hearing on the Expedited Motion to Show Cause [Docket No. 42]. The Court finds that the Motion should be granted.

ACCORDINGLY, IT IS ORDERED that the hearing on the Expedited Motion to Show Cause [Docket No. 42] is continued to the date and time to be determined.

### End of Order ###

Submitted by:

Dean Pamphilis
Kasowitz Benson Torres LLP
1415 Louisiana Street, Suite 2100
Houston, Texas 77002
Tel. (713) 220-8852
Fax. (713) 583-6006
DPamphilis@kasowitz.com

*Counsel for movant Kasowitz Benson Torres LLP*