IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: §
 §  CHAPTER 7
ORLY GENGER, §
 § CASE NO. 19-10926-TMD
 Debtor. §

**EXHIBIT LIST AND WITNESS LIST OF DALIA GENGER AND D&K GP LLC**

Dalia Genger and D&K GP LLC, creditors and parties in interest, with rights of enforcement as a judgment creditor in the above captioned Chapter 7 case, serves this Exhibit List and Witness List and respectfully designates the following potential exhibits and witnesses for the October 23, 2019 hearing regarding the

*Expedited Motion for Order to Show Cause* [Docket No. **42**];

*Application for Retention of Kasowitz Benson Torres LLP as Attorneys for a Special Purpose Pursuant to 11 U.S.C. §327(e)* [Docket No. **59**];

*Chapter 7 Trustee's Motion to Quash Subpoena* [Docket No. **60**];

*Debtor's Motion to Quash Subpoenas* [Docket No. **62**];

*Creditor Arie Genger's Expedited Motion for Protective Order* [Docket No. **76**];

*Eric Herschmann's Motion for Protective Order* [Docket No. **88**];

*Chapter 7 Trustee's Motion for Entry of an Order Extending Time to File Notices of Removal of Civil Actions* [Docket No. **81**]; and

*Motion for an Order, Pursuant to Bankruptcy Rule 9018 and Section 107(b) of the Bankruptcy Code, Authorizing Sagi Genger to File Under Seal Certain of the Exhibits and Portions of the Motion to Dismiss Bankruptcy Case or, Alternatively, to Transfer Venue* [Docket No. **31**]:

Exhibit and Witness List  Page 1
Dalia Genger and D&K GP LLC

*This exhibit is confidential pursuant to the Protective Order and is not being circulated amongst the parties.

# Exhibits

| Exh. | Description | Marked | Admitted |
|---|---|---|---|
| 1 | Global Notes, Methodology and Specific Disclosures Regarding the Debtor Schedules of Assets and Liabilities and Statement of Financial Affairs [Docket No. 20] | | |
| 2 | Protective Order – No. 17-cv-08181-VSB-DCF; *Dalia Genger v. Sagi Genger v. Orly Genger* | | |
| 3 | Chart of Distribution of Exhibits in response to the *Order Requiring Supplemental Information Filed Under Seal* | | |
| 4 | Order - *Genger v. Genger*, Civil Action No. 1:19-mc-00366-LY, Western District of Texas, Doc. No. 11 | | |
| 5 | Decision and Order on Motion to Restore - *Orly Genger, Orly Genger 1993 Trust v. Dalia Genger, Sagi Genger, D&K GP LLC, TPR Investment Associates, Inc., Leah Fang*, Index No. 109749/2009, Supreme Court of the State of New York, New York County, Doc. No. 1652 | | |
| 6 | Brief on false statements dated May 13, 2019, in the *Genger v. Genger*, 1:17-cv-008181-KBF-DCF litigation | | |
| 7 | Notice and Memorandum of Law in Support of Non-Party Creditor KBT's Motion to Quash Subpoena, *In re Orly Genger*, Case No. 19-mc-459, in the United States District Court for the Southern District of New York (underlying Case No. from U.S. Bankruptcy Court for the Western District of Texas: 19-bk-10926-TMD) | | |
| 8 | Metadata from Stein & Harris | | |
| 9 | Lance G. Harris' testimony regarding the metadata | | |
| 10 | Metadata from Kasowitz Benson Torres LLP | | |
| 11 | UCC-1 financing statement filed by Arie Genger on August 3, 2018, with filing number 52927326 in the State of New Jersey | | |
| 12 | Deed of Trust, dated September 17, 2018, filed in the Real Property Records of Travis County, Texas as filing number 2018154120 | | |
| 13 | Opinion - 76 F.Supp.3d 488, *Genger v. Genger*, No. 14-cv-5683 (KBF), Southern District of New York | | |

*This exhibit is confidential pursuant to the Protective Order and is not being circulated amongst the parties.

| | | | |
|---|---|---|---|
| 14 | Settlement Agreement dated | | |
| 15 | Declaration of Non-Party Eric Herschmann – Cause No. A-19-MC-0366-LY, *Sagi Genger v. Orly Genger*, United States District Court for the Western District of Texas | | |
| 16 | Declaration of Eric Herschmann – Cause No. 1:17-cv-08181-KBF-DCF, *Dalia Genger v. Sagi Genger v. Orly Genger*, United States District Court for the Southern District of New York | | |
| 17 | American Express Statement* | | |
| 18 | Deposition Transcript of Michael Bowen dated October 5, 2018 | | |
| 19 | Letter from Daniel R. Benson to John Dellaportas dated May 2, 2019 | | |
| 20 | Transcript with Orly Genger* | | |
| 21 | Third Amended Verified Petition for Removal of Dalia Genger as Trustee – File No. 0017/2008, *In the Matter of Application of Orly Genger, as a person interested, for the removal of Dalia Genger, as Trustee of the Orly Genger 1993 Trust*, in the Surrogate's Court of the State of New York, County of New York | | |
| 22 | Petition for Turnover of Trust Property and Other Relief – *Dalia Genger v. Orly Genger, Arie Genger, Glencova Investment Company, RT Investors, LLC, New TR Equity I, LLC, New TR Equity II, LLC, Trans-Resources, Inc., Arnold Broser, David Broser, John Does 1-20 and Jane Does 1-20*, Surrogate's Court of the State of New York, County of New York | | |
| 23 | Independent Accountant's Report Michael Kupka CPA/ABV/CFF, CFE, CVA Mazars USA, LLP – Index No. 100697/2008, *Orly Genger v. Sagi Genger*, Supreme Court of the State of New York, County of New York* | | |
| 24 | Orly Genger engagement letter with Kasowitz Benson Torres LLP* | | |
| 25 | Judicial notice of this Court's docket, filings, hearings, and notices for all purposes, including judicial admissions of facts or authentication of documents | | |

*This exhibit is confidential pursuant to the Protective Order and is not being circulated amongst the parties.

Dalia Genger and D&K GP LLC also incorporates (although not authenticating or agreeing to the admissibility of) any exhibits identified by any other party.

Additionally, Dalia Genger and D&K GP LLC includes for rebuttal purposes, as the case may be, all writings and/or documents that are necessary to explain, complete or otherwise put in context any writings and/or documents introduced by any other party. Furthermore, Dalia Genger and D&K GP LLC also includes any exhibits that may be necessary for rebuttal purposes but that are not reasonably anticipated at this time.

## WITNESSES

1. Ron Satija;
2. Eric Herschmann;
3. Michael Bowen;
4. Any witnesses identified or called by any other party; and
5. Any witnesses necessary for rebuttal purposes that are not reasonably anticipated at this time.

Dalia Genger and D&K GP LLC reserves the right to amend or supplement this Exhibit List and/or Witness List at any time prior to the hearing in accordance with all applicable rules, any newly discovered or produced documents or evidence, or documents withheld under claim of privilege.

Dated: October 18, 2019.

    Respectfully submitted,

    /s/ *Shelby A. Jordan*
    Shelby A. Jordan
    Texas Bar No. 11016700
    **JORDAN HOLZER & ORTIZ, P.C.**
    500 N. Shoreline Blvd., Suite 900
    Corpus Christi, Texas 78401
    Telephone: (361) 884-5678
    Facsimile: (361) 888-5555
    sjordan@jhwclaw.com

*This exhibit is confidential pursuant to the Protective Order and is not being circulated amongst the parties.

**ATTORNEYS FOR DALIA GENGER AND
D&K GP LLC**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certified that a true and correct copy of the foregoing instrument has been served on this 18th day of October 2019 upon the parties listed in the attached service list and via ECF notification.

                                              /s/ *Shelby A. Jordan*
                                              Shelby A. Jordan

*This exhibit is confidential pursuant to the Protective Order and is not being circulated amongst the parties.

**Via ECF**
United States Trustee – AU12
United States Trustee
903 San Jacinto Blvd., Suite 230
Austin, Texas 78701

**Via ECF**
Arie Genger
c/o Deborah D. Williamson
Dykema Gossett PLLC
112 East Pecan St., Suite 1800
San Antonio, TX 78205

**Via ECF**
c/o Trustee Ron Satija
Brian Talbot Cumings
Graves, Dougherty, Hearon & Moody
401 Congress Avenue, Suite 2700
Austin, Texas 78701

**Via ECF**
Arie Genger
c/o Deborah N. Williamson
Dykema Gossett PLLC
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205

**Via ECF**
Eric Herschmann
c/o Raymond Battaglia
66 Granburg Circle
San Antonio, TX 78218-3010

**Via ECF**
Sagi Genger
c/o Sabrina Streusand & TPR Investment
Streusand, Landon, Ozburn & Lemmon, LLP
1801 S. MoPac Expressway, Suite 320
Austin, Texas 78746

**Via ECF**
Eric J. Taube
Waller Lansden Dortch & Davis, LLC
100 Congress Ave, Suite 1800
Austin, Texas 78701

**Via ECF**
Thomas A. Pitta
Emmet, Marvin & Martin, LLP
120 Broadway
New York, NY 10271

**Via ECF**
The Orly Genger 1993 Trust
c/o Jay Ong
Munsch Hardt Kopf & Harr PC
303 Colorado Street, #2600
Austin, Texas 78701

**Via ECF**
SureTec Insurance Co.
c/o Ryan Brent DeLaune
Clark Hill Strasburger
901 Main Street, Suite 6000
Dallas, Texas 75202

**Via ECF**
Ron Satija
P.O. Box 660208
Austin, TX 78766-7208