# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CHAPTER 7 |
| ORLY GENGER, | § | |
| | § | CASE NO. 19-10926-TMD |
| Debtor. | § | |

## EXHIBIT LIST AND WITNESS LIST OF SAGI GENGER

Sagi Genger, judgment creditor in the above captioned Chapter 7 case, serves this Exhibit List and Witness List and respectfully designates the following potential exhibits and witnesses for the October 23, 2019 hearing regarding the *Expedited Motion for Order to Show Cause* [Docket No. 42]; *Application for Retention of Kasowitz Benson Torres LLP as Attorneys for a Special Purpose Pursuant to 11 U.S.C. §327(e)* [Docket No. 59]; *Chapter 7 Trustee's Motion to Quash Subpoena* [Docket No. 60]; *Debtor's Motion to Quash Subpoenas* [Docket No. 62]; *Creditor Arie Genger's Expedited Motion for Protective Order* [Docket No. 76]; *Eric Herschmann's Motion for Protective Order* [Docket No. 88]; *Chapter 7 Trustee's Motion for Entry of an Order Extending Time to File Notices of Removal of Civil Actions* [Docket No. 81]; and *Motion for an Order, Pursuant to Bankruptcy Rule 9018 and Section 107(b) of the Bankruptcy Code, Authorizing Sagi Genger to File Under Seal Certain of the Exhibits and Portions of the Motion to Dismiss Bankruptcy Case or, Alternatively, to Transfer Venue* [Docket No. 31]:

## Exhibits

| Exh. | Description | Marked | Admitted |
|---|---|---|---|
| 1 | Global Notes, Methodology and Specific Disclosures Regarding the Debtor Schedules of Assets and Liabilities and Statement of Financial Affairs [Docket No. 20] | | |

| # | Description | | |
|---|---|---|---|
| 2 | Protective Order – No. 17-cv-08181-VSB-DCF; *Dalia Genger v. Sagi Genger v. Orly Genger* | | |
| 3 | Chart of Distribution of Exhibits in response to the Order Requiring Supplemental Information Filed Under Seal | | |
| 4 | Order - *Genger v. Genger*, Civil Action No. 1:19-mc-00366-LY, Western District of Texas, Doc. No. 11 | | |
| 5 | Decision and Order on Motion to Restore - *Orly Genger, Orly Genger 1993 Trust v. Dalia Genger, Sagi Genger, D&K GP LLC, TPR Investment Associates, Inc., Leah Fang*, Index No. 109749/2009, Supreme Court of the State of New York, New York County, Doc. No. 1652 | | |
| 6 | Brief on false statements dated May 13, 2019, in the *Genger v. Genger*, 1:17-cv-008181-KBF-DCF litigation | | |
| 7 | Notice and Memorandum of Law in Support of Non-Party Creditor KBT's Motion to Quash Subpoena, *In re Orly Genger*, Case No. 19-mc-459, in the United States District Court for the Southern District of New York (underlying Case No. from U.S. Bankruptcy Court for the Western District of Texas: 19-bk-10926-TMD) | | |
| 8 | Metadata from Stein & Harris | | |
| 9 | Lance G. Harris' testimony regarding the metadata | | |
| 10 | Metadata from Kasowitz Benson Torres LLP | | |
| 11 | UCC-1 financing statement filed by Arie Genger on August 3, 2018, with filing number 52927326 in the State of New Jersey | | |
| 12 | Deed of Trust, dated September 17, 2018, filed in the Real Property Records of Travis County, Texas as filing number 2018154120 | | |
| 13 | Opinion - 76 F.Supp.3d 488, *Genger v. Genger*, No. 14-cv-5683 (KBF), Southern District of New York | | |
| 14 | Settlement Agreement dated | | |
| 15 | Declaration of Non-Party Eric Herschmann – Cause No. A-19-MC-0366-LY, *Sagi Genger v. Orly Genger*, United States District Court for the Western District of Texas | | |
| 16 | Declaration of Eric Herschmann – Cause No. 1:17-cv-08181-KBF-DCF, *Dalia Genger v. Sagi Genger v. Orly Genger*, United States District Court for the Southern District of New York | | |

| | | | |
|---|---|---|---|
| 17 | American Express Statement* | | |
| 18 | Deposition Transcript of Michael Bowen dated October 5, 2018 | | |
| 19 | Letter from Daniel R. Benson to John Dellaportas dated May 2, 2019 | | |
| 20 | Transcript with Orly Genger* | | |
| 21 | Third Amended Verified Petition for Removal of Dalia Genger as Trustee – File No. 0017/2008, *In the Matter of Application of Orly Genger, as a person interested, for the removal of Dalia Genger, as Trustee of the Orly Genger 1993 Trust*, in the Surrogate's Court of the State of New York, County of New York | | |
| 22 | Petition for Turnover of Trust Property and Other Relief – *Dalia Genger v. Orly Genger, Arie Genger, Glencova Investment Company, RT Investors, LLC, New TR Equity I, LLC, New TR Equity II, LLC, Trans-Resources, Inc., Arnold Broser, David Broser, John Does 1-20 and Jane Does 1-20*, Surrogate's Court of the State of New York, County of New York | | |
| 23 | Independent Accountant's Report Michael Kupka CPA/ABV/CFF, CFE, CVA Mazars USA, LLP – Index No. 100697/2008, *Orly Genger v. Sagi Genger*, Supreme Court of the State of New York, County of New York* | | |
| 24 | Orly Genger engagement letter with Kasowitz Benson Torres LLP* | | |

Sagi Genger also incorporates any exhibits identified by any other party. Additionally, Sagi Genger includes all writings and/or documents that are necessary to explain, complete or otherwise put in context any writings and/or documents introduced by any other party. Furthermore, Sagi Genger also includes any exhibits that may be necessary for rebuttal purposes but that are not reasonably anticipated at this time.

## **WITNESSES**

1. Ron Satija;
2. Eric Herschmann;
3. Michael Bowen;

---

* This exhibit is confidential pursuant to the Protective Order and is not being circulated amongst the parties.

4. Any witnesses identified or called by any other party; and
5. Any witnesses necessary for rebuttal purposes that are not reasonably anticipated at this time.

Sagi Genger reserves the right to amend or supplement this Exhibit List and/or Witness List at any time prior to the hearing in accordance with all applicable rules.

Dated: October 18, 2019

Respectfully submitted,

By: */s/ Sabrina L. Streusand*
Sabrina L. Streusand
State Bar No. 11701700
Stephen W. Lemmon
State Bar No. 12194500
Streusand Landon, Ozburn & Lemmon, LLP
1801 S. MoPac Expressway, Suite 320
Austin, Texas 78746
(512) 236-9901 (Telephone)
(512) 236-9904 (Facsimile)
streusand@slollp.com
lemmon@slollp.com

John Dellaportas (admitted *pro hac)*
Emmet, Marvin & Martin, LLP
120 Broadway
New York, New York 10280
(212) 238-3000 (Telephone)
jdellaportas@emmetmarvin.com

**COUNSEL TO SAGI GENGER**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument has been served on this 18th day of October, 2019 by electronic mail or U.S. first-class mail to the following parties requesting service:

Eric Herschmann
210 Lavaca St., Unit 1903
Austin, TX 78701-4582

Eric Herschmann
c/o Raymond Battaglia
66 Granburg Circle
San Antonio, TX 78218-3010

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Kasowitz, Benson, Torres LLP
Attn: Daniel Benson, Esq.
1633 Broadway, 21st Floor
New York, NY 10019-6708

United States Trustee
903 San Jacinto, Suite 230
Austin, TX 78701-2450

Zeichner Ellman & Krause LLP
1211 Avenue of the Americas, 40th Floor
New York, NY 10036-6149

Eric J. Taube
Waller Lansden Dortch & Davis, LLP
100 Congress Ave., Suite 1800
Austin, TX 78701-4042

Orly Genger
210 Lavaca St., Unit 1903
Austin, TX 78701-4582

Ron Satija
P.O. Box 660208
Austin, TX 78766-7208

Arie Genger
c/o Deborah D. Williamson
Dykema Gossett PLLC
112 East Pecan St., Suite 1800
San Antonio, TX 78205

Aaron M. Kaufman
Dykema Gossett PLLC
Comerica Bank Tower
1717 Main St., Suite 4200
Dallas, TX 75201

Arie Genger
19111 Collins Ave., Apt. 706
Sunny Isles, FL 33160-2379

SureTec Insurance Co.
c/o Clark Hill Strasburger
901 Main Street, #6000
Dallas, Texas 75202

Sagi Genger
c/o John Dellaportas
Emmet Marvin & Martin LLP
120 Broadway, 32nd Floor
New York, NY 10271-3291

The Orly Genger 1993 Trust
c/o Jay Ong
Munsch Hardt Kopf & Harr PC
303 Colorado Street, #2600
Austin, Texas 78701

Shelby Jordan
Jordan, Holzer & Ortiz, P.C.
6207 Bee Cave Road, Suite 120
Austin, Texas 78746

                                              */s/ Sabrina L. Streusand*
                                              Sabrina L. Streusand