**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

Dated: October 15, 2019.



_____
TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CHAPTER 7 |
| ORLY GENGER, | § | |
| | § | CASE NO. 19-10926-TMD |
| Debtor. | § | |

**ORDER AGREED MOTION OF SAGI GENGER, THE ORLY GENGER 1993 TRUST, D&K GP LLC, TPR INVESTMENT ASSOCIATES, INC., AND DALIA GENGER, FOR ENTRY OF AGREED INTERIM BRIDGEORDER EXTENDING THE DEADLINE TO OBJECT TO DISCHARGE/DISCHARGEABILITY**
[Relating to Docket Nos. 36, 51 and 72]

On the Agreed Motion of Movants Sagi Genger, The Orly Genger 1993 Trust, D&K GP LLC, TPR Investment Associates, Inc., and Dalia Genger requesting the entry of an Agreed Interim Bridge Order Extending the Deadline to Object to Discharge/Dischargeability of the Debtor, and the Court finding good cause existing for the entry of an interim order granting such Motion, and accordingly, it is

ORDERED that the deadline for Movants, Sagi Genger, The Orly Genger 1993 Trust, D&K GP LLC, TPR Investment Associates, Inc., and Dalia Genger, to Object to the Discharge or

Dischargeability of the Debtor is extended to October 29, 2019 subject to further agreements or orders of this Court; and it is further

ORDERED that the Debtor's response date to the pending Motion to Extend and Joinders (as defined in this underlying Motion) is extended to October 16, 2019. Entry of this Agreed Interim Order is without prejudice to the Debtor's right to object to any further extension of the deadline to object to discharge/dischargeability of the Debtor and is without admission that any party to this Motion is a creditor of Debtor's estate; and it is further

ORDERED that the entry of this Order is without prejudice to any party's rights or positions regarding the pending Motion to Extend and Joinders and the Debtor's response and is subject to further Orders of this Court.

# # #

**Proposed Order Submitted by:**

**STREUSAND, LANDON, OZBURN & LEMMON, LLP**

Sabrina L. Streusand
State Bar No. 11701700
1801 S. MoPac Expressway, Suite 320
Austin, Texas 78746
(512) 236-9900
(512) 236-9904 (Fax)

**ATTORNEYS FOR JUDGMENT CREDITOR
SAGI GENGER**

```
                          United States Bankruptcy Court
                           Western District of Texas
In re:                                                        Case No. 19-10926-tmd
Orly Genger                                                   Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0542-1        User: boydl              Page 1 of 1           Date Rcvd: Oct 16, 2019
                            Form ID: pdfintp         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2019.
db          +Orly Genger,    210 Lavaca St.,    Unit 1903,    Austin, TX 78701-4582

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2019 at the address(es) listed below:
              Aaron Michael Kaufman    on behalf of Creditor Arie  Genger akaufman@dykema.com,
               dandreacchi@dykema.com;pelliott@dykema.com
              Brian Talbot Cumings    on behalf of Trustee Ron  Satija bcumings@gdhm.com,  ctrickey@gdhm.com
              Danielle Nicole Rushing    on behalf of Creditor Arie  Genger drushing@dykema.com,
               lvasquez@dykema.com;docketsat@dykema.com
              Deborah D. Williamson    on behalf of Creditor Arie  Genger dwilliamson@dykema.com,
               mlongoria@dykema.com;docketsat@dykema.com
              Eric J. Taube    on behalf of Debtor Orly  Genger eric.taube@wallerlaw.com,
               sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com
              Jay Ong    on behalf of Interested Party   The Orly Genger 1993 Trust jong@munsch.com,
               amays@munsch.com
              Raymond W. Battaglia    on behalf of Creditor Eric  Herschmann rbattaglialaw@outlook.com
              Ron Satija    rsatija@satijatrustee.com,
               ecf@satijatrustee.com;rs135@trustesolutions.com;RS135@trustesolutions.net;rsatija@ecf.inforuptcy.
               com;laura@satijatrustee.com
              Ryan Brent DeLaune    on behalf of Creditor   SureTec Insurance Company
               ryan.delaune@clarkhillstrasburger.com,  yvette.squirrell@clarkhillstrasburger.com
              Sabrina L. Streusand    on behalf of Creditor Sagi  Genger streusand@slollp.com,
               prentice@slollp.com
              Sabrina L. Streusand    on behalf of Creditor   TPR Investment Associates, Inc.
               streusand@slollp.com,  prentice@slollp.com
              Sabrina L. Streusand    on behalf of Plaintiff   TPR Investment Associates, Inc.
               streusand@slollp.com,  prentice@slollp.com
              Sabrina L. Streusand    on behalf of Plaintiff Sagi  Genger streusand@slollp.com,
               prentice@slollp.com
              Shelby A. Jordan    on behalf of Interested Party Dalia  Genger sjordan@jhwclaw.com,
               ecf@jhwclaw.com
              Shelby A. Jordan    on behalf of Plaintiff Dalia  Genger sjordan@jhwclaw.com,  ecf@jhwclaw.com
              Shelby A. Jordan    on behalf of Interested Party   D&K GP LLC sjordan@jhwclaw.com,
               ecf@jhwclaw.com
              Shelby A. Jordan    on behalf of Plaintiff   D&K GP LLC sjordan@jhwclaw.com,  ecf@jhwclaw.com
              United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
                                                                                             TOTAL: 18