# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 19-10926-tmd |
| | § | |
| ORLY GENGER, | § | |
| | § | |
| Debtor. | § | Chapter 7 |

### CHAPTER 7 TRUSTEE'S RESPONSE IN SUPPORT OF MOTION FOR CONTINUANCE, TO CONSOLIDATE HEARINGS AND FOR ENTRY OF AN ORDER RELATED TO DISCOVERY

TO THE HONORABLE TONY M. DAVIS, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Ron Satija, Trustee ("Trustee"), the duly appointed and acting trustee in the above-captioned bankruptcy case, and hereby files his response (the "Response") in support of the *Motion for Continuance, to Consolidate Hearings, and for Entry of an Order Related to Discovery* [Dkt. No. 106] (the "Motion"), and would show the Court as follows:

1. Ron Satija, Chapter 7 Trustee is the duly appointed and serving trustee in this case which was filed on July 12, 2019 (the "Petition Date").

2. On October 18, 2019, Debtor filed the Motion requesting that the Court create a coordinated discovery schedule that would address the chaos that has been created in this case by various parties sending a series of subpoenas without having provided notice to all parties-in-interest in the contested matters addressed by those subpoenas. The Motion further requested that the *Motion to Dismiss or Alternative to Transfer Venue* [Dkt. No. 32] (the "MTD"), the Chapter 7 Trustee's *Application Under Federal Rule of Bankruptcy Procedure 9019 and Local Rule 9019 to Approve Compromise* [Dkt. No. 52] (the "9019 Application"), and the *Application to Employ Special Counsel, Kasowiz Benson Torres LLP* [Dkt. No. 59] (the "KBT Application")[1] be consolidated.

---

[1] For purposes of brevity, the KBT Application includes the Expedited Motion to Show Cause [Dkt. No. 42] and the Show Cause Order [Dkt. No. 43].

3518401.v1

3. The several joinders filed to the MTD [Dkt. Nos. 108 and 124] (the "Joinders") specifically raise challenges to the 9019 Application and the KBT Application as bases for the relief requested.[2] Because the parties seeking relief under the MTD through the Joinders have challenged the substance of the 9019 Application and the KBT Application in the context of the MTD, in the interests of preventing duplicate litigation over the 9019 Application and the KBT Application, the hearings on those matters should be consolidated with the hearing on the MTD.

4. In order to provide each of the parties-in-interest to these several contested matters their due process rights to participate therein, and to eliminate the additional costs associated with duplicative discovery and running fights over discovery issues, the Trustee also supports the entry of a scheduling order that will eliminate the subpoena chaos that has occurred to date.

WHEREFORE, the Trustee respectfully requests that the Court continue the hearing on the MTD and consolidate it with the hearings on the 9019 Application and the KBT Application, and that a scheduling order be entered in order to control discovery related to these contested matters.

Respectfully submitted,

By:*/s/ Ron Satija*
    Ron Satija, Chapter 7 Trustee

GRAVES, DOUGHERTY, HEARON & MOODY
401 Congress Avenue, Suite 2700
Austin, TX 78701
Telephone: 512.480.5626
Facsimile: 512.536.9926
bcumings@gdhm.com

By:*/s/ Brian T. Cumings*
    Brian T. Cumings

COUNSEL FOR RON SATIJA, CHAPTER 7 TRUSTEE

---

[2] *See, e.g.*, Joinder of Dalia Genger, Dkt. No. 124, at ¶s 3, 5, 6, 7, 8, etc.

# CERTIFICATE OF SERVICE

I hereby certify that on this the 21st day of October, 2019, I electronically filed this Response with the Clerk of Court using the CM/ECF system which will send notification of such filing to those receiving electronic service, and service was made via U.S. First Class Mail within two business days to those listed below and those on the service list appended herewith.

| | |
|---|---|
| United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd., Suite 230<br>Austin, TX 78701-2450 | Orly Genger<br>210 Lavaca St., Unit 1903<br>Austin, TX 78701-4582<br>Debtor |
| Ron Satija<br>Chapter 7 Trustee<br>P.O. Box 660208<br>Austin, TX 78766-7208<br>Chapter 7 Trustee | Eric Taube<br>Waller Lansden Dortch & Davis, LLP<br>100 Congress Ave., Suite 1800<br>Austin, TX 78701<br>Debtor's Counsel |
| Sabrina L. Streusand<br>Streusand Landon Ozburn & Lemmon, LLP<br>1801 S. MoPac Expressway, Suite 320<br>Austin, TX 78746 | John Dellaportas<br>Emmet Marvin & Martin, LLP<br>120 Broadway<br>New York, NY 10280 |
| The Orly Genger 1993 Trust<br>c/o Jay Ong<br>Munsch Hardy Kopf & Harr PC<br>303 Colorado St., #2600<br>Austin, TX 78701 | Eric Herschmann<br>210 Lavaca St., Unit 1903<br>Austin, TX 78701 |
| Kasowitz Benson Torres LLP<br>1633 Broadway, 21st Floor<br>New York, NY 10019 | Ray Battaglia<br>66 Granburg Circle<br>San Antonio, TX 78218-3010 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7246 | Zeichner Ellman & Krause LLP<br>1211 Avenue of the Americas, 40th Fl.<br>New York, NY 10036-6149 |
| Arie Genger<br>19111 Collins Ave., Apt. 706<br>Sunny Isles, FL 33160-2379 | Deborah Williamson<br>Dykema Gossett PLLC<br>112 East Pecan St., Suite 1800<br>San Antonio, TX 78205 |
| Chris Gartman<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza, 16th Fl.<br>New York, NY 10004-1482 | SureTex Insurance Co.<br>c/o Clark Hill Strasburger<br>901 Main Street, #6000<br>Dallas, TX 75202 |

D&K GP LLC and Dalia Genger
c/o Shelby Jordan
Jordan Holzer & Ortiz, PC
6207 Bee Cave Road, Suite 120
Austin, TX 78746

                                                                                       By:    */s/ Brian T. Cumings*
                                                                                              Brian T. Cumings