| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 19-10926-tmd<br>Western District of Texas<br>Austin<br>Thu Aug  8 17:24:51 CDT 2019 | U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 | Arie Genger<br>19111 Collins Ave.<br>Apt. 706<br>Sunny Isles, FL 33160-2379 |
| Arie Genger<br>c/o Deborah D. Williamson<br>Dykema Gossett PLLC<br>112 East Pecan St #1800<br>San Antonio, TX 78205-1521 | Eric Herschmann<br>210 Lavaca St., Unit 1903<br>Austin, TX 78701-4582 | Eric Herschmann<br>c/o Raymond Battaglia<br>66 Granburg Circle<br>San Antonio TX 78218-3010 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Kasowitz, Benson, Torres LLP<br>Attn:  Daniel Benson, Esq.<br>1633 Broadway, 21st Floor<br>New York, NY 10019-6708 | Sagi Genger<br>c/o John Dellaportas<br>Emmt Marvin & Martin LLP<br>120 Broadway 32nd Fl<br>New York NY 10271-3291 |
| Sagi Genger<br>c/o Sabrina Streusand<br>Streusand Landon Ozburn & Lemmon LLP<br>1801 S Mopac Expwy #320<br>Austin TX 78746 | United States Trustee<br>903 San Jacinto, Ste. 230<br>Austin, TX 78701-2450 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 |
| Zeichner Ellman & Krause LLP<br>1211 Avenue of the Americas<br>40th Floor<br>New York, NY 10036-6149 | Eric J. Taube<br>Waller Lansden Dortch & Davis, LLP<br>100 Congress Ave, Suite 1800<br>Austin, TX 78701-4042 | Orly Genger<br>210 Lavaca St.<br>Unit 1903<br>Austin, TX 78701-4582 |
| Ron Satija<br>P.O. Box 660208<br>Austin, TX 78766-7208 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | End of Label Matrix<br>Mailable recipients    15<br>Bypassed recipients     0<br>Total                  15 | |