**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 21, 2019.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-10926-tmd |
| ORLY GENGER, | § | CHAPTER 7 |
|    Debtor. | § | |

### ORDER (1) GRANTING MOTION TO EXPEDITE, (2) CONVERTING HEARINGS SET ON OCTOBER 23, 2019 INTO STATUS CONFERENCES, AND (3) LIMITING HEARING ON OCTOBER 31, 2019 TO THE REQUEST TO TRANSFER VENUE

On October 18, 2019, the Debtor filed a motion requesting an expedited hearing on her request for continuance and for a discovery scheduling order [ECF No. 107]. After considering the pleadings filed in this case, the Court finds that the motion to expedite should be granted and that the following order should be entered.

ACCORDINGLY, IT IS THEREFORE ORDERED that the motion to expedite is granted and a hearing on the Debtor's Motion for Continuance and for Entry of an Order Related to Discovery is set for **October 23, 2019 at 2:00 p.m.**; and it is

FURTHER ORDERED that the other matters currently set on October 23, 2019 shall be converted into status conferences; and it is

FURTHER ORDERED that the October 31, 2019 hearing on Judgment Creditor Sagi Genger's Motion to Dismiss Bankruptcy Case or, Alternatively, to Transfer Venue [ECF No. 32] shall be limited to the request to transfer venue.

FURTHER ORDERED that at the October 23, 2019 hearing, all parties shall be prepared to discuss which witnesses they will use at the venue hearing, and discuss what discovery, if any, will be needed, and discuss when the hearing shall be held.

# # #