UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN        DIVISION

IN RE:

ORLY GENGER, Debtor

Case No: 19-10926-TMD

Chapter 7

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Michael Paul Bowen__ ("Applicant") moves this court to grant admission to the United States Bankruptcy Court for the Western District of Texas *pro hac vice* to represent __Kasowitz Benson Torres LLP__ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of)

   __Michael Paul Bowen__,

   with offices at

   Mailing address: __1633 Boardway__

   City, State, Zip: __New York, New York 10019__

   Telephone: __(212) 506-1903__    Fax: __(212) 500-3403__

   Email Address: __mbowen@kasowitz.com__

2. Since __1993__, Applicant has been and presently is a member of and in good standing with the Bar of the State of __New York__. Applicant's bar license number is __2534576__.

3. Applicant has been admitted to practice before the following state and federal courts:

| Court: | Admission date: |
|---|---|
| U.S. Court of Appeals, Fifth Circuit | July 14, 1998 |
| U.S. Court of Appeals, Second Circuit | May 4, 1999 |
| U.S. District Court, EDNY | November 15, 1994 |
| U.S. District Court, SDNY | November 15, 1994 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, and is not currently suspended or disbarred in any other court, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/A

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

N/A

6. Applicant is eligible to practice in the Bankruptcy Court.

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas Bankruptcy Court and is also subject to all rules of practice of the U.S. District Court of the Western District of Texas and will comply with the standards of practice set out therein.

8. (●) Applicant has not requested admission pro hac vice in the Bankruptcy Court for the Western District of Texas in the preceding twelve months.

or

( ) Applicant has filed the motions for admission pro hac vice in the preceding twelve months.

| Case Name/Number | Date Filed | Disposition of Motion |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Wherefore, Applicant prays that this Court enter an order permitting the admission of _____Michael Paul Bowen_____ to the U.S. Bankruptcy Court Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

___/s/_____
[Signature of Applicant]

_____Michael Paul Bowen_____
[Printed name of Applicant]

1633 Broadway_____
[Address of Applicant]

(212) 506-1903_____
[Telephone of Applicant]

_____mbowen@kasowitz.com_____
[Email address of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this motion has been served upon each attorney of record by first class mail and/or ECF notification and filed with the Court on this 21st day of October, 2019.

Eric Herschmann
210 Lavaca St., Unit 1903
Austin, TX 78701-4582

Eric Herschmann
c/o Raymond Battaglia
66 Granburg Circle
San Antonio, TX 78218-3010

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Kasowitz, Benson, Torres LLP
Attn: Daniel Benson, Esq.
1633 Broadway, 21st Floor
New York, NY 10019-6708


United States Trustee
903 San Jacinto, Suite 230
Austin, TX 78701-2450

Zeichner Ellman & Krause LLP
1211 Avenue of the Americas, 40th Floor
New York, NY 10036-6149

Eric J. Taube
Waller Lansden Dortch & Davis, LLP 100 Congress Ave., Suite 1800
Austin, TX 78701-4042

Orly Genger
210 Lavaca St., Unit 1903
Austin, TX 78701-4582

Ron Satija
P.O. Box 660208
Austin, TX 78766-7208

Deborah D. Williamson
Danielle N. Rushing
Dykema Gossett PLLC
112 East Pecan St., Suite 1800
San Antonio, TX 78205

Aaron M. Kaufman
Dykema Gossett PLLC
Comerica Bank Tower
1717 Main St., Suite 4200
Dallas, TX 75201

Arie Genger
19111 Collins Ave., Apt. 706
Sunny Isles, FL 33160-2379

SureTec Insurance Co.
c/o Clark Hill Strasburger
901 Main Street, #6000
Dallas, Texas 75202

Sagi Genger
c/o John Dellaportas
Emmet Marvin & Martin LLP
120 Broadway, 32nd Floor
New York, NY 10271-3291

The Orly Genger 1993 Trust
c/o Jay Ong
Munsch Hardt Kopf & Harr PC
303 Colorado Street, #2600
Austin, Texas 78701

Shelby A. Jordan
Jordan Holzer & Ortiz, P.C.
500 N. Shoreline Blvd, Suite 900
Corpus Christi, Texas 78401

                                         */s/ Michael Paul Bowen*
                                         Michael Paul Bowen