<pre>
                    IN THE UNITED STATES BANKRUPTCY COURT
                         WESTERN DISTRICT OF TEXAS
                              AUSTIN DIVISION

IN RE:                              §
                                    §    CHAPTER 7
ORLY GENGER,                        §
                                    §    CASE NO. 19-10926-TMD
        Debtor.                     §
</pre>

**JOINDER OF SAGI GENGER AND TPR INVESTMENT ASSOCIATES, INC. TO D&K GP LLC'S OBJECTIONS TO DEBTOR'S EXEMPTIONS**

[Relating to Docket No. 131]

TO THE HONORABLE JUDGE OF SAID COURT:

Sagi Genger ("Sagi") and TPR Investment Associates, Inc. ("TPR"), by and through their counsel of record, hereby join with D&K GP LLC in its Objections to Debtor's Exemptions [Dkt. No. 131] (the "Objections"), and respectfully states as follows:

1. For the convenience of the Court and in the interests of judicial economy, Sagi and TPR have adopted and incorporated the arguments set forth in the Objections.

2. Based on the foregoing, the Court should enter an order (i) disallowing the exemption in the Condominium (as defined in the Objections), or, alternatively, limiting to the statutory cap, (ii) disallowing the exemption in the Alfredo Jaar Print (as defined in the Objections), (iii) limiting Debtor's personal property exemptions to the relevant statutory caps, and (iv) granting such other relief as is just and proper.

Dated: October 21, 2019

Respectfully submitted,

*/s/ Stephen W. Lemmon*
Sabrina L. Streusand
Texas Bar No. 11701700
Stephen W. Lemmon
Texas Bar No. 12194500
Streusand, Landon, Ozburn & Lemmon, LLP
1801 S. Mopac Expressway, Ste. 320
Austin, Texas 78746
Telephone: (512) 236-9901
Facsimile: (512) 236-9904
streusand@slollp.com

and

John Dellaportas (admitted *pro hac)*
Emmet, Marvin & Martin, LLP
120 Broadway
New York, New York 10280
(212) 238-3000 (Telephone)
jdellaportas@emmetmarvin.com

**ATTORNEYS FOR SAGI GENGER AND TPR INVESTMENT ASSOCIATES, INC.**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 21, 2019, a true and correct copy of the above referenced document was served via ECF filing and/or regular U.S. mail on the following parties:

Eric Herschmann
210 Lavaca St., Unit 1903
Austin, TX 78701-4582

Eric Herschmann
c/o Raymond Battaglia
66 Granburg Circle
San Antonio, TX 78218-3010

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Kasowitz, Benson, Torres LLP
Attn: Daniel Benson, Esq.
1633 Broadway, 21st Floor
New York, NY 10019-6708

United States Trustee
903 San Jacinto, Suite 230
Austin, TX 78701-2450

Zeichner Ellman & Krause LLP
1211 Avenue of the Americas, 40th Floor
New York, NY 10036-6149

Eric J. Taube
Waller Lansden Dortch & Davis, LLP
100 Congress Ave., Suite 1800
Austin, TX 78701-4042

Orly Genger
210 Lavaca St., Unit 1903
Austin, TX 78701-4582

Ron Satija
P.O. Box 660208
Austin, TX 78766-7208

Arie Genger
c/o Deborah D. Williamson

Dykema Gossett PLLC
112 East Pecan St., Suite 1800
San Antonio, TX 78205

Aaron M. Kaufman
Dykema Gossett PLLC
Comerica Bank Tower
1717 Main St., Suite 4200
Dallas, TX 75201

Arie Genger
19111 Collins Ave., Apt. 706
Sunny Isles, FL 33160-2379

SureTec Insurance Co.
c/o Clark Hill Strasburger
901 Main Street, #6000
Dallas, Texas 75202

Sagi Genger
c/o John Dellaportas
Emmet Marvin & Martin LLP
120 Broadway, 32nd Floor
New York, NY 10271-3291

The Orly Genger 1993 Trust
c/o Jay Ong
Munsch Hardt Kopf & Harr PC
303 Colorado Street, #2600
Austin, Texas 78701

Shelby A. Jordan
Jordan Holzer & Ortiz, P.C.
500 N. Shoreline Blvd, Suite 900
Corpus Christi, Texas 78401

                                      */s/ Sabrina L. Streusand*
                                      Sabrina L. Streusand