**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 21, 2019.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-10926-tmd |
| ORLY GENGER, | § | CHAPTER 7 |
| Debtor. | § | |

**ORDER (1) GRANTING MOTION TO EXPEDITE, (2) CONVERTING HEARINGS SET ON OCTOBER 23, 2019 INTO STATUS CONFERENCES, AND (3) LIMITING HEARING ON OCTOBER 31, 2019 TO THE REQUEST TO TRANSFER VENUE**

On October 18, 2019, the Debtor filed a motion requesting an expedited hearing on her request for continuance and for a discovery scheduling order [ECF No. 107]. After considering the pleadings filed in this case, the Court finds that the motion to expedite should be granted and that the following order should be entered.

ACCORDINGLY, IT IS THEREFORE ORDERED that the motion to expedite is granted and a hearing on the Debtor's Motion for Continuance and for Entry of an Order Related to Discovery is set for **October 23, 2019 at 2:00 p.m.**; and it is

FURTHER ORDERED that the other matters currently set on October 23, 2019 shall be converted into status conferences; and it is

1

FURTHER ORDERED that the October 31, 2019 hearing on Judgment Creditor Sagi Genger's Motion to Dismiss Bankruptcy Case or, Alternatively, to Transfer Venue [ECF No. 32] shall be limited to the request to transfer venue.

FURTHER ORDERED that at the October 23, 2019 hearing, all parties shall be prepared to discuss which witnesses they will use at the venue hearing, and discuss what discovery, if any, will be needed, and discuss when the hearing shall be held.

# # #

```
                              United States Bankruptcy Court
                               Western District of Texas
In re:                                                              Case No. 19-10926-tmd
Orly Genger                                                         Chapter 7
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0542-1         User: boydl              Page 1 of 1               Date Rcvd: Oct 21, 2019
                             Form ID: pdfintp         Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2019.
db             +Orly Genger,    210 Lavaca St.,   Unit 1903,    Austin, TX 78701-4582
aty            +John Dellaportas,    Emmet Marvin & Martin LLP,    120 Broadway 32nd FL,
                 New York, NY 10271-3291

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2019 at the address(es) listed below:
              Aaron Michael Kaufman    on behalf of Creditor Arie  Genger akaufman@dykema.com,
               dandreacchi@dykema.com;pelliott@dykema.com
              Brian Talbot Cumings    on behalf of Trustee Ron  Satija bcumings@gdhm.com,   ctrickey@gdhm.com
              Constantine "Dean" Pamphilis    on behalf of Attorney    Kasowitz Benson Torres LLP
               DPamphilis@kasowitz.com,   courtnotices@kasowitz.com
              Danielle Nicole Rushing    on behalf of Creditor Arie  Genger drushing@dykema.com,
               lvasquez@dykema.com;docketsat@dykema.com
              Deborah D. Williamson    on behalf of Creditor Arie  Genger dwilliamson@dykema.com,
               mlongoria@dykema.com;docketsat@dykema.com
              Eric J. Taube    on behalf of Debtor Orly  Genger eric.taube@wallerlaw.com,
               sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com
              Jay Ong    on behalf of Interested Party    The Orly Genger 1993 Trust jong@munsch.com,
               amays@munsch.com
              Raymond W. Battaglia    on behalf of Creditor Eric  Herschmann rbattaglialaw@outlook.com
              Ron Satija    rsatija@satijatrustee.com,
               ecf@satijatrustee.com;rs135@trustesolutions.com;RS135@trustesolutions.net;rsatija@ecf.inforuptcy.
               com;laura@satijatrustee.com
              Ryan Brent DeLaune    on behalf of Creditor    SureTec Insurance Company
               ryan.delaune@clarkhillstrasburger.com,   yvette.squirrell@clarkhillstrasburger.com
              Sabrina L. Streusand    on behalf of Creditor Sagi  Genger streusand@slollp.com,
               prentice@slollp.com
              Sabrina L. Streusand    on behalf of Creditor    TPR Investment Associates, Inc.
               streusand@slollp.com,   prentice@slollp.com
              Sabrina L. Streusand    on behalf of Plaintiff    TPR Investment Associates, Inc.
               streusand@slollp.com,   prentice@slollp.com
              Sabrina L. Streusand    on behalf of Plaintiff Sagi  Genger streusand@slollp.com,
               prentice@slollp.com
              Shelby A. Jordan    on behalf of Plaintiff    D&K GP LLC sjordan@jhwclaw.com,   ecf@jhwclaw.com
              Shelby A. Jordan    on behalf of Interested Party Dalia  Genger sjordan@jhwclaw.com,
               ecf@jhwclaw.com
              Shelby A. Jordan    on behalf of Plaintiff Dalia  Genger sjordan@jhwclaw.com,   ecf@jhwclaw.com
              Shelby A. Jordan    on behalf of Interested Party    D&K GP LLC sjordan@jhwclaw.com,
               ecf@jhwclaw.com
              United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
                                                                                              TOTAL: 19
```