# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 19–10926–tmd
Chapter No.: 7
Judge: Tony M. Davis

IN RE: **Orly Genger** , Debtor(s)

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on **10/23/2019** was filed on **10/24/2019**. The following deadlines apply:

The parties have until **October 31, 2019** to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is **November 14, 2019**.

If a request for redaction is filed, the redacted transcript is due **November 25, 2019**.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is **January 22, 2020** unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber **Exceptional Reporting 361–949–2988**, or you may view the document at the clerk's office public terminal.

Dated:  10/25/19

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court
BY: Blayne Turner

**[Notice of Filing of Transcript and of Deadlines Related to Restriction and Redaction (BK)]** [NtcftddlrrBKap] ]