IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CHAPTER 7 |
| ORLY GENGER, § | |
| § | CASE NO. 19-10926-TMD |
| Debtor. § | |

## ORDER SUSTAINING OBJECTIONS TO DEBTOR'S EXEMPTIONS

ON THIS DAY, the Court considered D&K GP, LLC ("D&K"), a creditor and party in interest Amended *Objections to Debtor's Exemptions* (the "Objections"), and the Court, after hearing the evidence being of the opinion that the Objection should be granted, therefor it is :

**ORDERED** that Debtor's claimed exemption in the Condominium is disallowed in its entirety [or limited to $170,350.00] and it is further

**ORDERED** that Debtor's claimed exemption in the Alfredo Jaar Print is disallowed in its entirety; and it is

**ORDERED** that Debtor's claimed exemptions on her personal property identified at Lines 6, 7, 8, 11 and 12 are hereby limited to the applicable statutory caps.

# # #

Order Prepared by Counsel for D&K GP LLC

Shelby A. Jordan
Texas Bar No. 11016700
**JORDAN HOLZER & ORTIZ, P.C.**
500 N. Shoreline Blvd., Suite 900
Corpus Christi, Texas 78401
Telephone: (361) 884-5678
Facsimile: (361) 888-5555
sjordan@jhwclaw.com