**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 22, 2019.**



_____
**TONY M. DAVIS**
**UNITED STATES BANKRUPTCY JUDGE**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| ORLY GENGER, | § | CASE NO. 19-10926-TMD |
| | § | |
| Debtor. | § | |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

BE IT REMEMBERED that there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Michael Paul Bowen ("Applicant"), and the Court, having reviewed the motion, has decided it is meritorious. ACCORDINGLY, IT

IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of Kasowitz Benson Torres LLP in the above case.

This order shall not be considered admission to practice generally before this Court or the U.S. District Court for the Western District of Texas.

###

United States Bankruptcy Court
Western District of Texas

In re:                                                              Case No. 19-10926-tmd
Orly Genger                                                         Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-1        User: boydl              Page 1 of 1              Date Rcvd: Oct 22, 2019
                    Form ID: pdfintp        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2019.
aty            +Michael Bowen,    Kasowitz Benson Torres LLP,    1633 Broadway,    New York, NY 10019-6708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Michael Bowen,    Kasowitz Benson Torres LLP,    1633 Broadway,    New York, NY 10019-6708
                                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2019 at the address(es) listed below:
      Aaron Michael Kaufman    on behalf of Creditor Arie  Genger akaufman@dykema.com,
       dandreacchi@dykema.com;pelliott@dykema.com
      Brian Talbot Cumings    on behalf of Trustee Ron  Satija bcumings@gdhm.com,    ctrickey@gdhm.com
      Constantine "Dean" Pamphilis    on behalf of Interested Party    Kasowitz Benson Torres LLP
       DPamphilis@kasowitz.com,    courtnotices@kasowitz.com
      Danielle Nicole Rushing    on behalf of Creditor Arie  Genger drushing@dykema.com,
       lvasquez@dykema.com;docketsat@dykema.com
      Deborah D. Williamson    on behalf of Creditor Arie  Genger dwilliamson@dykema.com,
       mlongoria@dykema.com;docketsat@dykema.com
      Eric J. Taube    on behalf of Debtor Orly  Genger eric.taube@wallerlaw.com,
       sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com
      Jay  Ong    on behalf of Interested Party    The Orly Genger 1993 Trust jong@munsch.com,
       amays@munsch.com
      Raymond W. Battaglia    on behalf of Creditor Eric  Herschmann rbattaglialaw@outlook.com
      Ron  Satija    rsatija@satijatrustee.com,
       ecf@satijatrustee.com;rs135@trustesolutions.com;RS135@trustesolutions.net;rsatija@ecf.inforuptcy.com;laura@satijatrustee.com
      Ryan Brent DeLaune    on behalf of Creditor    SureTec Insurance Company
       ryan.delaune@clarkhillstrasburger.com,    yvette.squirrell@clarkhillstrasburger.com
      Sabrina L. Streusand    on behalf of Creditor Sagi  Genger streusand@slollp.com,
       prentice@slollp.com
      Sabrina L. Streusand    on behalf of Creditor    TPR Investment Associates, Inc.
       streusand@slollp.com,    prentice@slollp.com
      Sabrina L. Streusand    on behalf of Plaintiff    TPR Investment Associates, Inc.
       streusand@slollp.com,    prentice@slollp.com
      Sabrina L. Streusand    on behalf of Plaintiff Sagi  Genger streusand@slollp.com,
       prentice@slollp.com
      Shelby A. Jordan    on behalf of Plaintiff    D&K GP LLC sjordan@jhwclaw.com,    ecf@jhwclaw.com
      Shelby A. Jordan    on behalf of Interested Party Dalia  Genger sjordan@jhwclaw.com,
       ecf@jhwclaw.com
      Shelby A. Jordan    on behalf of Plaintiff Dalia  Genger sjordan@jhwclaw.com,    ecf@jhwclaw.com
      Shelby A. Jordan    on behalf of Interested Party    D&K GP LLC sjordan@jhwclaw.com,
       ecf@jhwclaw.com
      Thomas A Pitta    on behalf of Creditor Sagi  Genger tpitta@emmetmarvin.com
      United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
                                                                                                                                         TOTAL: 20