**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 25, 2019**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **ORLY GENGER,** | § | **Case No. 19-10926-TMD** |
| *(Debtor)* | § | **Chapter 7** |

### ORDER REGARDING DEBTORS' MOTION FOR CONTINUANCE AND FOR ENTRY OF AN ORDER RELATED TO DISCOVERY

On October 23, 2019, the Court held a hearing on the Debtor's Motion for Continuance, to Consolidate Hearings and For Entry of an Order Related to Discovery [ECF No. 106]. At the hearing, the Court found that consideration of all matters in this case should be abated pending a decision on Sagi Genger's motion to transfer venue [ECF No. 32].

IT IS THEREFORE ORDERED that consideration of all pending matters, except for the request to transfer venue, are abated.

# # #