# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **ORLY GENGER,** | § | **Case No. 19-10926-TMD** |
| *(Debtor)* | § | **Chapter 7** |

## DEBTOR'S DESIGNATION OF WITNESSES AND EXHIBITS
## FOR OCTOBER 31, 2019 HEARING

TO THE HONORABLE TONY M. DAVIS, U.S. BANKRUPTCY JUDGE:

COMES NOW Orly Genger (the "**Debtor**"), and files this Designation of Witnesses and Exhibits as follows for the hearings scheduled for October 31, 2019 (the "**Hearing**").

### WITNESSES

Debtor reserves the right to call the following witness(es):

1.      Orly Genger

In addition, Debtor reserves the right to call any witness designated by any other party, and any witness necessary for rebuttal.

### EXHIBITS

Debtor may offer into evidence any or all of the following exhibits at the Hearing:

| Exh. No. | Description | Offer | Object | Admit |
|---|---|---|---|---|
| 1. | Debtor's Schedules [Excerpt from Doc. 20] | | | |
| 2. | Debtor's Voter Registration Card | | | |
| 3. | 9/22/18 Email Ballot for the November Election 2018 to Orly Genger | | | |
| 4. | Debtor's Driver's License | | | |
| 5. | 2018 Application for Automatic Extension of Time to File U.S. Individual Income Tax Return by Orly Genger | | | |
| 6. | 6/16/13 Trans-Resources, LLC Subordinated Note payable to Wachtel, Masyr & Missry, LLP for $7.5 million (6/16/16 maturity date) | | | |

| Exh. No. | Description | Offer | Object | Admit |
|---|---|---|---|---|
| 7. | 6/16/13 Trans-Resources, LLC Subordinated Note payable to Wachtel, Masyr & Missry, LLP for $7.5 million (6/14/17 maturity date) | | | |
| 8. | Excerpts from 5/30/18 Sagi Genger's Memorandum of Law in Opposition to Orly Genger's Motion to Dismiss and Dalia Genger's Motion for Partial Summary Judgment and in Support of His Cross-Motion for Partial Summary Judgment filed by Sagi Genger in *Dalia Genger v. Sagi Genger v. Orly Genger,* Case No. 17-cv-8181, in the U.S. District Court for the Southern District of New York (the "**Dalia Genger Case**") | | | |
| 9. | Excerpts from 5/30/18 Supplemental Declaration of Sagi Genger filed in the Dalia Genger Case | | | |
| 10. | Excerpts from 6/22/18 Sagi Genger's Supplemental Memorandum of Law Pursuant to the Court's June 4, 2018 Order filed in Dalia Genger Case | | | |
| 11. | Excerpts from 3/30/18 Answer and Affirmative Defenses to Amended Complaint and First Amended Third-Party Complaint filed by Sagi Genger in Dalia Genger Case | | | |

In addition, Debtor designates any pleadings, including exhibits, filed in this case and any exhibits designated by any other party. Debtor reserves the right to amend or supplement this Designation as may otherwise be appropriate.

A copy of this document and the designated exhibits will be emailed to counsel indicated in the certificate of service below. **Any other parties wishing to obtain copies of the exhibits designated herein should contact the undersigned**.

Respectfully submitted,

WALLER LANSDEN DORTCH & DAVIS, LLP

By: */s/ Eric J. Taube*
      Eric J. Taube
      State Bar No. 19679350
      Mark C. Taylor
      State Bar No. 19713225
    100 Congress Avenue, Suite 1800
    Austin, Texas 78701
    (512) 685-6400
    (512) 685-6417 (FAX)
    eric.taube@wallerlaw.com
    mark.taylor@wallerlaw.com

COUNSEL FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on the parties listed on the attached Service List via the Court's ECF e-mail notification on October 25, 2019 or via United States First Class Mail on October 28, 2019, and via email with the exhibits to the parties listed below on October 25, 2019:

**Chapter 7 Trustee**
Ron Satija
P.O. Box 660208
Austin, TX 78766-7208
rsatija@satijatrustee.com

**Counsel to Chapter 7 Trustee**
Brain Cumings
Graves Dougherty Hearon & Moody
401 Congress Ave., Ste. 2700
Austin, TX 78701
bcumings@gdhm.com

**Counsel to Eric Herschmann**
Raymond Battaglia
66 Granburg Circle
San Antonio, TX 78218-3010
rbattaglialaw@outlook.com

**Counsel to D&K GP LLC and Dalia Genger**
Shelby Jordan
Jordan Holzer & Ortiz, PC
6207 Bee Cave Road, Suite 120
Austin, TX 78746
sjordan@jhwclaw.com

**Counsel to The Orly Genger 1993 Trust**
Jay H. Ong, Esq.
Munsch Hardt Kopf & Harr, P.C.
303 Colorado Street, Suite 2600
Austin, TX 78701
jong@munsch.com

**Counsel to Arie Genger**
Deborah D. Williamson
Danielle N. Rushing
Dykema Gossett PLLC
112 East Pecan Street, Suite 1800
San Antonio, TX 78205
dwilliamson@dykema.com
drushing@dykema.com

Aaron M. Kaufman
Dykema Gossett PLLC
Comerica Bank Tower
1717 Main Street, Suite 4200
Dallas, TX 75201
akaufman@dykema.com

**Counsel to Sagi Genger and TPR Investment Associates, Inc.**
Sabrina L. Streusand
Streusand, Landon, Ozburn & Lemmon, LLP
1801 S. MoPac Expressway, Suite 320
Austin, TX 78746
streusand@slollp.com

John Dellaportas
Emmet, Marvin & Martin, LLP
120 Broadway, 32nd Floor
New York, NY 10271
jdellaportas@emmetmarvin.com


 */s/ Eric J. Taube*
Eric Taube

# SERVICE LIST

Orly Genger
210 Lavaca St., Unit 1903
Austin, TX 78701-4582

Arie Genger
17001 Collins Ave.
Apt. 2805
Sunny Isles, FL 33160

Kasowitz, Benson, Torres LLP
Attn: Matthew Stein, Esq.
1633 Broadway, 21st Floor
New York, NY 10019-6708

D&K GP LLC
c/o Ira Tokayer, Esq.
420 Lexington Ave.
New York, NY 10170

Dalia Genger
200 E. 65th St. 32w
New York, NY 10021

Markel Surety
c/o Suretec Insurance Company
5555 Garden Grove Blvd., Suite 275
Westminster, CT 92687

Orly Genger 1993 Trust
c/o Michael Oldner
86 Pleasant Valley Dr., #16
Little Rock, AK 72227

TPR Investment Associates Inc.
c/o John Dellaportas
Emmet, Marvin & Martin, LLP
120 Broadway, 32nd Floor
New York, NY 10271

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

US Trustee
903 San Jacinto, Ste. 230
Austin, TX 87701-2450

Eric Herschmann
210 Lavaca St., Unit 1903
Austin, TX 78701-4582

Sagi Genger
c/o John Dellaportas
Emmt Marvin & Martin LLP
120 Broadway, 32nd Floor
New York, NY 10271-3291

Ziechner Ellman & Krause LLP
1211 Avenue of the Americas
40th Floor
New York, NY 10036-6149

Ron Satija, Trustee
P.O. Box 660208
Austin, TX 78766-7208

## PARTIES REQUESTING NOTICE

Raymond Battaglia
66 Granburg Circle
San Antonio, TX 78218-3010

Deborah D. Williamson
Danielle N. Rushing
Dykema Gossett PLLC
112 East Pecan Street, Suite 1800
San Antonio, TX 78205

Aaron M. Kaufman
Dykema Gossett PLLC
Comerica Bank Tower
1717 Main Street, Suite 4200
Dallas, TX 75201

Ryan B. DeLaune
Clark Hill Strasburger
901 Main Street, Suite 6000
Dallas, TX 75202

Sabrina L. Streusand
Streusand, Landon, Ozburn &
  Lemmon, LLP
1801 S. MoPac Expressway, Suite 320
Austin, TX 78746

Jay H. Ong, Esq.
Munsch Hardt Kopf & Harr, P.C.
303 Colorado Street, Suite 2600
Austin, TX 78701