

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 25, 2019**

_____
**TONY M. DAVIS**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **ORLY GENGER,** | § | **Case No. 19-10926-TMD** |
| *(Debtor)* | § | **Chapter 7** |

### ORDER REGARDING DEBTORS' MOTION FOR CONTINUANCE AND
### FOR ENTRY OF AN ORDER RELATED TO DISCOVERY

On October 23, 2019, the Court held a hearing on the Debtor's Motion for Continuance, to Consolidate Hearings and For Entry of an Order Related to Discovery [ECF No. 106]. At the hearing, the Court found that consideration of all matters in this case should be abated pending a decision on Sagi Genger's motion to transfer venue [ECF No. 32].

IT IS THEREFORE ORDERED that consideration of all pending matters, except for the request to transfer venue, are abated.

# # #

In re:                                                                    Case No. 19-10926-tmd
Orly Genger                                                               Chapter 7
          Debtor                     **CERTIFICATE OF NOTICE**

District/off: 0542-1          User: turnerb              Page 1 of 2              Date Rcvd: Oct 25, 2019
                              Form ID: pdfintp           Total Noticed: 7


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2019.
db          +Orly Genger,    210 Lavaca St.,    Unit 1903,    Austin, TX 78701-4582
aty         +John Dellaportas,    Emmet Marvin & Martin LLP,    120 Broadway  32nd FL,
              New York, NY 10271-3291
aty         +Michael Bowen,    Kasowitz Benson Torres LLP,    1633 Broadway,    New York, NY 10019-6708
intp        +D&K GP LLC,    c/o Jordan Holzer & Ortiz, PC,    500 N. Shoreline Blvd.,    Suite 900,
              Corpus Christi, TX 78401-0341
intp         Dalia Genger,    c/o Jordan, Holzer & Ortiz,    500 N SHORELINE BLVD,    STE 900,
              CORPUS CHRISTI, TX  784010341
cr          +SureTec Insurance Company,    Clark Hill Strasburger,    901 Main St #6000,
              Dallas, TX 75202-3748
cr           TPR Investment Associates, Inc.,    c/o Streusand Landon Ozburn & Lemmon,
              1801 S. MoPac Expressway,    Suite 320,    Austin, TX  78746

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Michael Bowen,    Kasowitz Benson Torres LLP,    1633 Broadway,    New York, NY 10019-6708
                                                                          TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2019                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2019 at the address(es) listed below:
              Aaron Michael Kaufman    on behalf of Creditor Arie  Genger akaufman@dykema.com,
               dandreacchi@dykema.com;pelliott@dykema.com
              Brian Talbot Cumings    on behalf of Trustee Ron  Satija bcumings@gdhm.com,  ctrickey@gdhm.com
              Constantine "Dean" Pamphilis    on behalf of Interested Party   Kasowitz Benson Torres LLP
               DPamphilis@kasowitz.com,   courtnotices@kasowitz.com
              Danielle Nicole Rushing    on behalf of Creditor Arie  Genger drushing@dykema.com,
               lvasquez@dykema.com;docketsat@dykema.com
              Deborah D. Williamson    on behalf of Creditor Arie  Genger dwilliamson@dykema.com,
               mlongoria@dykema.com;docketsat@dykema.com
              Eric J. Taube    on behalf of Debtor Orly  Genger eric.taube@wallerlaw.com,
               sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com
              Jay Ong    on behalf of Interested Party   The Orly Genger 1993 Trust jong@munsch.com,
               amays@munsch.com
              Raymond W. Battaglia    on behalf of Creditor Eric  Herschmann rbattaglialaw@outlook.com
              Ron Satija    rsatija@satijatrustee.com,
               ecf@satijatrustee.com;rs135@trustesolutions.com;RS135@trustesolutions.net;rsatija@ecf.inforuptcy.
               com;laura@satijatrustee.com
              Ryan Brent DeLaune    on behalf of Creditor   SureTec Insurance Company
               ryan.delaune@clarkhillstrasburger.com,   yvette.squirrell@clarkhillstrasburger.com
              Sabrina L. Streusand    on behalf of Creditor Sagi  Genger streusand@slollp.com,
               prentice@slollp.com
              Sabrina L. Streusand    on behalf of Creditor   TPR Investment Associates, Inc.
               streusand@slollp.com,   prentice@slollp.com
              Sabrina L. Streusand    on behalf of Plaintiff   TPR Investment Associates, Inc.
               streusand@slollp.com,   prentice@slollp.com
              Sabrina L. Streusand    on behalf of Plaintiff Sagi  Genger streusand@slollp.com,
               prentice@slollp.com
              Shelby A. Jordan    on behalf of Interested Party   D&K GP LLC sjordan@jhwclaw.com,
               ecf@jhwclaw.com
              Shelby A. Jordan    on behalf of Plaintiff   D&K GP LLC sjordan@jhwclaw.com,   ecf@jhwclaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Shelby A. Jordan   on behalf of Interested Party Dalia  Genger sjordan@jhwclaw.com, ecf@jhwclaw.com

      Shelby A. Jordan   on behalf of Plaintiff Dalia  Genger sjordan@jhwclaw.com,  ecf@jhwclaw.com

      Thomas A Pitta   on behalf of Creditor Sagi  Genger tpitta@emmetmarvin.com

      United States Trustee - AU12   ustpregion07.au.ecf@usdoj.gov

                                                                          TOTAL: 20