## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CHAPTER 7 |
| ORLY GENGER, | § | |
| | § | CASE NO. 19-10926-TMD |
| Debtor. | § | |

### AMENDED EXHIBIT LIST AND WITNESS LIST OF SAGI GENGER, TPR INVESTMENT ASSOCIATES, INC., DALIA GENGER, D&K GP LLC, AND THE ORLY GENGER 1993 TRUST

Sagi Genger, TPR Investment Associates, Inc., Dalia Genger, D&K GP LLC, and the Orly Genger 1993 Trust (collectively, the "Parties"), creditors and parties in interest in the above captioned Chapter 7 case, serve this Amended Exhibit List and Witness List and respectfully designate the following potential exhibits[1] and witnesses for the October 31, 2019 hearing regarding the Motion to Dismiss Bankruptcy Case or, Alternatively, to Transfer Venue, and Memorandum of Law in Support [Docket No. 32]:

### Exhibits

| Exh. | Date | Description | Marked | Object | Admitted |
|---|---|---|---|---|---|
| 1 | 1/2/2009 | Surrogate Roth Decision | | X | |
| 2 | 1/10/2011 | Withdrawn | | | |
| 3 | 9/20/2011 | Arie and Orly's 2011 Complaint | | X | |
| 4 | 6/4/2012 | Withdrawn | | | |
| 5 | 10/15/2012 | Orly Genger Third Amended Petition | | X | |
| 6 | 1/23/2013 | Withdrawn | | | |

---

[1] Certain exhibits marked with a "**" are confidential pursuant to the Protective Order and have not been circulated to the parties who have not been authorized to receive same.

| # | Date | Description | | | |
|---|---|---|---|---|---|
| 7 | 6/16/2013 | 2013 Settlement Agreement | | | |
| 8 | 6/16/2013 | Notes | | | |
| 9 | 7/1/2013 | Money Flow** | | X | |
| 10 | 5/15/2014 | Keenan Opinion and Order 2 | | X | |
| 11 | 7/24/2014 | App. Div. Order and Decision to Dismiss Appeal | | X | |
| 12 | 1/5/2015 | Judge Forrest 2015 Opinion and Order | | | |
| 13 | 10/2/2016 | Orly Genger American Express Account Statement | | | |
| 14 | 10/20/2016 | Second Circuit Rakoff Order, *Sagi Genger v. Orly Genger* | | | |
| 15 | 12/2/2016 | Withdrawn | | | |
| 16 | 3/31/2017 | 2017 Agreement** | | X | |
| 17 | 7/13/2017 | Herschmann's Mortgage | | X | |
| 18 | 11/20/2017 | First Amendment to Subordinated Notes** | | X | |
| 19 | 11/27/2017 | Orly Declaration 1 | | | |
| 20 | 1/25/2018 | Herschmann NY Declaration | | | |
| 21 | 1/25/2018 | Orly Declaration 2 | | | |
| 22 | 5/16/2018 | Orly Declaration 3 | | | |
| 23 | 7/27/2018 | Judge Forrest 2018 Opinion and Order | | X | |
| 24 | 8/17/2018 | Judgment on Motion to Dismiss | | X | |
| 25 | 8/17/2018 | Withdrawn | | | |
| 26 | 9/14/2018 | Orly Declaration 4 | | | |
| 27 | 10/13/2018 | Orly Genger 2017 Tax Returns** | | X | |
| 28 | 10/16/2018 | Orly's 2018 Inter Answers | | | |
| 29 | 11/21/2018 | Orly 2 Circuit Opening Brief | | X | |

| | | | | | |
|---|---|---|---|---|---|
| 30 | 1/8/2019 | Transcript of Hearing Before Freeman | | X | |
| 31 | 3/7/2019 | Orly Genger Depo** | | X | |
| 32 | 3/11/2019 | Orly 2 Circuit Reply Brief | | | |
| 33 | 3/25/2019 | Judge Jaffe Decision and Order | | X | |
| 34 | 4/3/2019 | Excerpt from 4.3.19 Arie Genger Deposition transcript, lines 5:21-6:6** | | X | |
| 35 | 4/15/2019 | WDTX Order | | X | |
| 36 | 4/15/2019 | Orly Genger's April 15, 2019 Extension Requests, State and Federal[2] | | | |
| 37 | 4/30/2019 | Letter to Kasowitz | | X | |
| 38 | 5/2/2019 | Kasowitz Response to Letter | | X | |
| 39 | 6/4/2019 | Kupka Accounts Report** | | X | |
| 40 | 6/11/2019 | Sagi 2019 Brief, *Dalia Genger v. Sagi Genger v. Orly Genger*** | | X | |
| 41 | 6/11/2019 | 2019 Notice | | X | |
| 42 | 6/13/2019 | Extension Request | | X | |
| 43 | 6/26/2019 | So-Ordered Scheduling Stipulation | | X | |
| 44 | 6/28/2019 | Second Circuit Broderick Order, *Dalia Genger v. Sagi Genger v. Orly Genger* | | X | |
| 45 | 7/3/2019 | Notice of Bankruptcy: Orly Genger | | | |
| 46 | 8/8/2019 | Statement of Financial Affairs and Schedules | | | |
| 47 | 9/2019 | Withdrawn | | | |
| 48 | 9/3/2019 | Withdrawn | | | |
| 49 | 9/5/2019 | Orly Genger Address | | X | |

---

[2] To be supplemented, if applicable.

| | | | | X | |
|---|---|---|---|---|---|
| 50 | 9/16/2019 | Trustee Reargument | | **X** | |
| 51 | 10/4/2019 | 2009 Reargument Decision | | **X** | |
| 52 | 10/8/2019 | Email From Taube_Orly out of Country | | **X** | |
| 53 | 10/13/2019 | 100 Last Lawsuits of Herschmann | | **X** | |
| 54 | 12/09/2019 | Withdrawn | | | |
| 55 | | Withdrawn | | | |
| 56 | | 1:2011cv05602 Docket | | **X** | |
| 57 | | 1:2013cv08243 Docket | | **X** | |
| 58 | | 1:2014cv01006 Docket | | **X** | |
| 59 | | 1:2014cv05683 Docket | | **X** | |
| 60 | | 1:2017cv08181 Docket | | **X** | |
| 61 | | 1:2019mc00210 Docket | | **X** | |
| 62 | | 1:2019cv09319 Docket | | **X** | |
| 63 | | 1:2019cv09365 Docket | | **X** | |
| 64 | | 1:2019mc00459 Docket | | **X** | |
| 65 | | 100697/2008 Docket | | **X** | |
| 66 | | 109749/2009 Docket | | **X** | |
| 67 | | 651089/2010 Docket | | **X** | |
| 68 | 5/8/19 | Letter re AmEx | | **X** | |
| 69 | | Judge Freeman Referral | | **X** | |
| 70 | | Judge Gammerman Hearing | | **X** | |
| 71 | | Herschmann Lawyer in Texas | | **X** | |
| 72 | | Federal Home Loan Mortgage Herschmann | | **X** | |

| 73 | | JLS Equities Herschmann | | X | |
| 74 | | US Bank National Association Herschmann | | X | |
| 75 | | NJ Property Detail | | X | |
| 76 | 10/25/2019 | Dalia Doctor letter | | X | |
| 77 | | Brady v. Ross | | X | |

The Parties also incorporate any exhibits identified by any other party. Additionally, The Parties include all writings and/or documents that are necessary to explain, complete or otherwise put in context any writings and/or documents introduced by any other party. Furthermore, the Parties also include any exhibits that may be necessary for rebuttal purposes but that are not reasonably anticipated at this time.

## **WITNESSES**

1. Orly Genger;
2. Eric Herschmann;
3. Michael Bowen;
4. John Dellaportas (solely for the limited purpose of responding to authenticity objections);
5. Any witnesses identified or called by any other party; and
6. Any witnesses necessary for rebuttal purposes that are not reasonably anticipated at this time.

The Parties reserve the right to amend or supplement this Amended Exhibit List and/or Witness List at any time prior to the hearing in accordance with all applicable rules.

Dated: October 30, 2019

Respectfully submitted,

By: */s/ Sabrina L. Streusand*
    Sabrina L. Streusand
    State Bar No. 11701700
    Streusand Landon, Ozburn & Lemmon, LLP
    1801 S. MoPac Expressway, Suite 320
    Austin, Texas 78746
    (512) 236-9901 (Telephone)
    (512) 236-9904 (Facsimile)
    streusand@slollp.com

    John Dellaportas (admitted *pro hac*)
    Emmet, Marvin & Martin, LLP
    120 Broadway
    New York, New York 10271
    (212) 238-3000 (Telephone)
    jdellaportas@emmetmarvin.com

    **COUNSEL TO SAGI GENGER and TPR INVESTMENT ASSOCIATES, INC.**

    and

By: */s/ Shelby A. Jordan*
    Shelby A. Jordan
    State Bar No. 11016700
    Jordan Holzer & Ortiz, P.C.
    500 N. Shoreline Blvd., Suite 900
    Corpus Christi, Texas 78401
    (361) 884-5678 (Telephone)
    (361) 888-5555 (Facsimile)
    sjordan@jhwclaw.com

    **COUNSEL TO DALIA GENGER and D&K GP LLC**

    and

By: */s/ Jay H. Ong*  
Jay H. Ong  
State Bar No. 24028756  
Munsch Hardt Kopf & Harr, P.C.  
303 Colorado Street, Suite 2600  
Austin, Texas 78701  
(512) 391-6100 (Telephone)  
(512) 391-6149 (Facsimile)  
jong@munsch.com  

**COUNSEL TO**  
**THE ORLY GENGER 1993 TRUST**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 30, 2019, a true and correct copy of the above referenced document was served via ECF filing and/or regular U.S. mail on the following parties:

Eric Herschmann  
c/o Raymond Battaglia  
66 Granburg Circle  
San Antonio, TX 78218-3010  

Internal Revenue Service  
Centralized Insolvency Operations  
PO Box 7346  
Philadelphia, PA 19101-7346  

Kasowitz, Benson, Torres LLP  
Attn: Daniel Benson, Esq.  
1633 Broadway, 21st Floor  
New York, NY 10019-6708  

United States Trustee  
Attn: Shane Tobin  
903 San Jacinto, Suite 230  
Austin, TX 78701-2450  

Zeichner Ellman & Krause LLP  
1211 Avenue of the Americas, 40th Floor  
New York, NY 10036-6149  

Eric J. Taube  
Waller Lansden Dortch & Davis, LLP  
100 Congress Ave., Suite 1800  
Austin, TX 78701-4042

Orly Genger
210 Lavaca St., Unit 1903
Austin, TX 78701-4582

Arie Genger
c/o Deborah D. Williamson
Dykema Gossett PLLC
112 East Pecan St., Suite 1800
San Antonio, TX 78205

Aaron M. Kaufman
Dykema Gossett PLLC
Comerica Bank Tower
1717 Main St., Suite 4200
Dallas, TX 75201

SureTec Insurance Co.
c/o Clark Hill Strasburger
901 Main Street, #6000
Dallas, Texas 75202

Sagi Genger
c/o John Dellaportas
Emmet Marvin & Martin LLP
120 Broadway, 32nd Floor
New York, NY 10271-3291

The Orly Genger 1993 Trust
c/o Jay Ong
Munsch Hardt Kopf & Harr PC
303 Colorado Street, #2600
Austin, Texas 78701

Shelby A. Jordan
Jordan Holzer & Ortiz, P.C.
500 N. Shoreline Blvd, Suite 900
Corpus Christi, Texas 78401

*/s/ Sabrina L. Streusand*
Sabrina L. Streusand