**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | CHAPTER 7 |
| ORLY GENGER, | § § | CASE NO. 19-10926-TMD |
| Debtor. | § § | |

**ORDER DENYING JUDGMENT CREDITOR SAGI GENGER'S
MOTION TO DISMISS BANKRUPTCY CASE OR, ALTERNATIVELY, TO
TRANSFER VENUE, AND MEMORANDUM OF LAW IN SUPPORT [ECF NO. 32]**

Came on to be considered *Judgment Creditor Sagi Genger's Motion to Dismiss Bankruptcy Case or, Alternatively, to Transfer Venue, and Memorandum of Law in Support* (the "Motion") [ECF NO. 32]. The Court finds that the Motion is not well taken and should be **DENIED**.

IT IS SO ORDERED.

# # #

Prepared and submitted by:

**DYKEMA GOSSETT PLLC**

Deborah D. Williamson
State Bar No. 21617500
dwilliamson@dykema.com
Danielle N. Rushing
State Bar No. 24086961
drushing@dykema.com
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 554-5500
Facsimile: (210) 226-8395

and

Aaron M. Kaufman
State Bar No. 24060067
akaufman@dykema.com
Comerica Bank Tower
1717 Main Street, Suite 4200
Dallas, Texas 75201
Telephone: (214) 462-6400
Facsimile: (214) 462-6401

**ATTORNEYS FOR ARIE GENGER**