IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ORLY GENGER, | § | Case No. 19-10926-TMD |
| (Debtor) | § | Chapter 7 |

## JOINT STIPULATION TO EXTEND DEADLINE REGARDING DEADLINE TO RESPOND TO TRUSTEE'S OBJECTION TO EXEMPTIONS

TO THE HONORABLE TONY M. DAVIS, UNITED STATES BANKRUPTCY JUDGE:

Ron Satija, in his capacity as Chapter 7 Trustee of the Estate of Orly Genger ("Trustee"), and Debtor, Orly Genger ("Debtor") have entered into the following stipulation regarding the date for Debtor to respond to Trustee's Objections to Debtor's Exemptions (the "Objections") [Dkt. 27].

The Debtor's initial deadline to respond to the Objections was September 25, 2019 (the "Initial Deadline"). The parties agreed to extend the Initial Deadline until November 1, 2019, and this Court signed an order adopting the joint stipulation to extend the Initial Deadline [Dkt. 41].

Trustee has filed a 9019 Motion that will resolve Trustee's Objections (the "9019 Motion") [Dkt. 52]. To the extent that the 9019 Motion is granted, no response to the Objections will be necessary. As a result, Debtor and Trustee have agreed that in the event the 9019 Motion is denied, Debtor will have 10 days from the date that this Court enters an order denying the 9019 Motion to respond to the Objections, unless otherwise extended by further order of the Court.

Respectfully submitted,

WALLER LANSDEN DORTCH & DAVIS, LLP


By: /s/ Eric J. Taube
    Eric J. Taube
    State Bar No. 19679350
    Mark C. Taylor
    State Bar No. 19713225
    William R. "Trip" Nix, III
    State Bar No. 24092902
100 Congress Avenue, Suite 1800
Austin, Texas 78701
(512) 685-6400
(512) 685-6417 (FAX)
eric.taube@wallerlaw.com
mark.taylor@wallerlaw.com
trip.nix@wallerlaw.com

COUNSEL FOR DEBTOR

and

Graves, Dougherty, Hearon & Moody, P.C.
401 Congress Avenue, Suite 2700
Austin, TX 78701
Telephone: 512.480.5626
Facsimile: 512.536.9926
bcumings@gdhm.com

By: /s/ Brian T. Cumings
    Brian T. Cumings

PROPOSED COUNSEL FOR RON SATIJA,
CHAPTER 7 TRUSTEE

# CERTIFICATE OF SERVICE

I hereby certify that, on November 1, 2019 a true and correct copy of the foregoing was served on all parties receiving the Court's ECF e-mail notification, including counsel listed below and parties listed on the attached Service List:

United States Trustee - AU12
United States Trustee
903 San Jacinto Blvd., Suite 230
Austin, TX 78701-2450

Ron Satija
Chapter 7 Trustee
P.O. Box 660208
Austin, TX 78766-7208
*Chapter 7 Trustee*

Brian T. Cummings
401 Congress Avenue, Suite 2700
Austin, TX 78701
*Proposed Counsel for Chapter 7 Trustee*

                                                 */s/ Eric J. Taube*
                                                 Eric Taube

# SERVICE LIST

Orly Genger
210 Lavaca St., Unit 1903
Austin, TX 78701-4582

Arie Genger
17001 Collins Ave.
Apt. 2805
Sunny Isles, FL 33160

Kasowitz, Benson, Torres LLP
Attn: Matthew Stein, Esq.
1633 Broadway, 21st Floor
New York, NY 10019-6708

D&K GP LLC
c/o Ira Tokayer, Esq.
420 Lexington Ave.
New York, NY 10170

Dalia Genger
200 E. 65th St. 32w
New York, NY 10021

Markel Surety
c/o Suretec Insurance Company
5555 Garden Grove Blvd., Suite 275
Westminster, CT 92687

Orly Genger 1993 Trust
c/o Michael Oldner
86 Pleasant Valley Dr., #16
Little Rock, AK 72227

TPR Investment Associates Inc.
c/o John Dellaportas
Emmet, Marvin & Martin, LLP
120 Broadway, 32nd Floor
New York, NY 10271

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

US Trustee
903 San Jacinto, Ste. 230
Austin, TX 87701-2450

Eric Herschmann
210 Lavaca St., Unit 1903
Austin, TX 78701-4582

Sagi Genger
c/o John Dellaportas
Emmt Marvin & Martin LLP
120 Broadway, 32nd Floor
New York, NY 10271-3291

Ziechner Ellman & Krause LLP
1211 Avenue of the Americas
40th Floor
New York, NY 10036-6149

Ron Satija, Trustee
P.O. Box 660208
Austin, TX 78766-7208

## PARTIES REQUESTING NOTICE

Raymond Battaglia
66 Granburg Circle
San Antonio, TX 78218-3010

Deborah D. Williamson
Danielle N. Rushing
Dykema Gossett PLLC
112 East Pecan Street, Suite 1800
San Antonio, TX 78205

Aaron M. Kaufman
Dykema Gossett PLLC
Comerica Bank Tower
1717 Main Street, Suite 4200
Dallas, TX 75201

Ryan B. DeLaune
Clark Hill Strasburger
901 Main Street, Suite 6000
Dallas, TX 75202

Sabrina L. Streusand
Streusand, Landon, Ozburn &
  Lemmon, LLP
1801 S. MoPac Expressway, Suite 320
Austin, TX 78746

Jay H. Ong, Esq.
Munsch Hardt Kopf & Harr, P.C.
303 Colorado Street, Suite 2600
Austin, TX 78701

035547-86267/4843-6541-2765.1