# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ORLY GENGER, | § | Case No. 19-10926-TMD |
| *(Debtor)* | § | Chapter 7 |

## ORDER ADOPTING JOINT STIPULATION TO EXTEND RESPONSE DATE

ON THIS DAY came on for consideration the parties' Joint Stipulation to Extend Deadline to Respond to Trustee's Objections to Exemptions (the "Joint Stipulation"). After considering the agreement of counsel reflected in the Joint Stipulation, the Court finds that the Motion should be GRANTED; it is therefore

ORDERED that Debtor need not respond to Trustee's Objections to Exemptions until this Court determines the merits of Trustee's 9019 Motion [Dkt. 52]. To the extent Trustee's 9019 Motion is denied, Debtor shall file a Response to the Objections to Exemptions [Dkt. 27] by no later than ten days after the date on which this Court enters an order denying the 9019 Motion, unless otherwise extended by further order of the Court.

### # # #

Entry requested by:

Eric J. Taube
Waller Lansden Dortch & Davis, LLP
100 Congress Ave., Suite 1800
Austin, Texas 78701
(512) 685-6400
(512) 685-6417 facsimile
Email: eric.taube@wallerlaw.com

and

Brian T. Cumings
Graves, Dougherty, Hearon & Moody, P.C.
401 Congress Avenue, Suite 2700
Austin, TX 78701
Telephone: 512.480.5626
Facsimile: 512.536.9926
bcumings@gdhm.com