**TRIAL/HEARING ON**

**Doc# 32 Motion to Dismiss Case, or, in the alternative Motion to Transfer Case Out of Western District (Transferring To: Southern District of New York), for Creditor Sagi Genger**

**EXHIBIT AND WITNESS LIST**

| PLAINTIFF'S ATTORNEY: Jay Ong: The Orly Genger 1993 Trust; Sabrina Streusand & John Dellaportas: Sagi Genger; Shelby A. Jordan: Dalia Genger & D&K GP LLC | DEFENDANT'S ATTORNEY: Eric Taube: Orly Genger; Raymond W. Battaglia: Eric Herschmann; Deborah Williamson: Arie Genger | Docket Number: 19-10926-tmd / Trial Date(s): 10/31/19 |
|---|---|---|
| **PRESIDING JUDGE** Judge Tony Davis | **COURT REPORTER** Laurie Boyd | **COURTROOM DEPUTY** Jennifer Lopez |

| PLA NO. | DEF NO. | DATE OFFERRED | MARKED | ADMITTED | DESCRIPTION |
|---|---|---|---|---|---|
| X | | 10/31/19 | | | Movant's Exhibit #1-16, 18-34,35,36, 41-71 |
| | X | 10/31/19 | | 10/31/19 | Defendant's Exhibit# 1-14 |
| X | | 10/31/19 | | | Witness 1: Orly Genger |
| X | | 10/31/19 | | Admitted | Movant's Exhibit # 13 |
| X | | | | admitted | Movant's Exhibit #19 |
| X | | 10/31/19 | | admitted | Movant's Exhibit # 8 / Movant's Exhibit #18 2ndpg |
| X | | 10/31/19 | | 10/31/19 | Movant's rebuttal Exhibit #78 letter |
| X | | 10/31/19 | | admitted | Movant's Exhibit #16 |
| | X | 10/31/19 | | | Witness 2: John Dellaportas |
| | X | 10/31/19 | | 10/31/19 | Defendant's Exhibit #15 pg. 2 |
| | X | 10/31/19 | | | Defendant's Exhibit # 16 letter to Judge Freeman |
| x | | 10/31/19 | | 10/31/19 | Movant's Exhibit # 38 letter |