AO 435 (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

*Please Read Instructions:*

FOR COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1. NAME<br>Shelby Jordan | 2. PHONE NUMBER<br>361-884-5678 | 3. DATE<br>11/01/2019 |
| 4. DELIVERY ADDRESS OR EMAIL<br>ecf@jhwclaw.com | 5. CITY<br>Corpus Christi | 6. STATE<br>Texas    7. ZIP CODE<br>78401 |
| 8. CASE NUMBER<br>19-10926 | 9. JUDGE<br>Davos | DATES OF PROCEEDINGS<br>10. FROM 10/31/2019    11. TO 10/31/2019 |
| 12. CASE NAME<br>Orly Genger | | LOCATION OF PROCEEDINGS<br>13. CITY Austin    14. STATE Texas |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [x] TESTIMONY (Specify Witness) | Orly Genger |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

FILED 2019 NOV -4 PM 12:30 U.S. BANKRUPTCY COURT BY DEPUTY

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [x] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL    0

| 18. SIGNATURE<br>/s/ Shelby Jordan | PROCESSED BY Blayne Turner |
|---|---|
| 19. DATE<br>11/01/2019 | PHONE NUMBER 512-916-5237 |
| TRANSCRIPT TO BE PREPARED BY<br>Exceptional Reporting | COURT ADDRESS<br>903 San Jacinto Blvd<br>Austin, TX 78701 |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY