| AO 435 (Rev. 04/18) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY |
|---|---|---|
| Please Read Instructions: | **TRANSCRIPT ORDER** | DUE DATE: |

| 1. NAME<br>Sabrina Streusand | 2. PHONE NUMBER<br>(512) 236-9901 | 3. DATE<br>11/5/2019 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL<br>1801 S. MoPac Expressway, Suite 320 | 5. CITY<br>Austin | 6. STATE<br>TX | 7. ZIP CODE<br>78746 |
| 8. CASE NUMBER<br>19-10926 | 9. JUDGE<br>T. Davis | DATES OF PROCEEDINGS | |
| | | 10. FROM 11/5/2019 | 11. TO 11/5/2019 |
| 12. CASE NAME<br>In re Orly Genger | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Austin | 14. STATE TX |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [x] OPINION OF COURT | 11/5/19 at 2:30 p.m. | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

FILED 2019 NOV -6 AM 11:17 CLERK U.S. BANKRUPTCY COURT BY ____ DEPUTY

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [x] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL 0.00

18. SIGNATURE _John L. Strul_

19. DATE 11-5-2019

PROCESSED BY Blayne Turner
PHONE NUMBER 512-916-5237

TRANSCRIPT TO BE PREPARED BY
Exceptional Reporting

COURT ADDRESS
903 San Jacinto Ste. 322
Austin TX 78701

ORDER RECEIVED _____ DATE _____ BY _____

| DEPOSIT PAID | | DEPOSIT PAID | |
|---|---|---|---|
| TRANSCRIPT ORDERED | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE | 0.00 |

DISTRIBUTION: COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY