**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 07, 2019.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-10926-tmd |
| ORLY GENGER | § | CHAPTER 7 |
|    Debtor. | § | |

### ORDER TRANSFERRING CASE

On October 31, 2019, the Court held a hearing on Creditor Sagi Genger's request to transfer this bankruptcy case to the Southern District of New York [ECF NO. 32]. For the reasons stated on the record in its oral ruling on November 5, 2019, the Court finds that this case, and the associated adversary proceedings, should be transferred to the Southern District of New York.

ACCORDINGLY, IT IS THEREFORE ORDERED that this bankruptcy case and the associated adversary proceedings are transferred to the Southern District of New York.

IT IS FURTHER ORDERED that all documents that were filed under seal in this case will be sent to the Southern District of New York.

# # #

1