IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ORLY GENGER, | § | Case No. 19-10926-TMD |
| (Debtor) | § | Chapter 7 |

### EXPEDITED MOTION TO WITHDRAW AS COUNSEL AND FOR STAY OF PENDING DEADLINES

TO THE HONORABLE TONY M. DAVIS, UNITED STATES BANKRUPTCY JUDGE:

Eric J. Taube and Waller Lansden Dortch & Davis, LLP ("Movants") file this their Expedited Motion to Withdraw as Counsel and for Stay of Pending Deadlines and would respectfully show as follow:

1. This Chapter 7 bankruptcy case was initiated by the filing of a petition for relief on behalf of Orly Genger ("Debtor") on July 12, 2019. Movants filed the voluntary petition on behalf of Debtor and have appeared as her counsel in the main bankruptcy case since the initial filing date.

2. On November 5, 2019, after conducting a hearing on a Motion to Transfer Venue filed by filed by Sagi Genger (Doc #32), this Court orally announced its intention to enter an order that transferred the venue of the above referenced case, and various adversary proceedings filed in connection with this case, to the United States Bankruptcy Court for the Southern District of Texas.

3. Mr. Taube, who has functioned as the primary counsel for Debtor in connection with this case is not admitted to practice law in the State of New York nor in the United States District Court for the Southern District of New York, and as a consequence is unable to appear on behalf of Debtor in connection with that matter. Moreover, given the location of the Court and the

nature of this bankruptcy proceeding, it is impractical for him to appear in the court to where this action is to be transferred.

4. Rule 1.15 of the Texas Disciplinary Rules provides that a lawyer shall withdraw if:

(1) the representation will result in violation of Rule 3.08, other applicable rules of professional conduct or other law;

Movants believe and assert that continued representation of Debtor in a case where counsel is not licensed would result in the violation of the rules of professional conduct and applicable law.

5. Various deadlines and matters are currently before this Court for consideration, which upon transfer of venue, will be pending before the United States Bankruptcy Court for the Southern District of New York. Additionally, and although Movants have not been specifically retained with respect to adversary proceedings that have been initiated by alleged creditors, at least one such adversary proceeding has been recently served and will require an answer to be filed by Debtor. These matters are at least the following:

- A. Judgment Creditor Sagi Genger's Motion to Dismiss Bankruptcy Case (Doc #32) - no answer deadline currently exists because none has been set by the Court and such motion did not include language under Local Rule 9014.
- B. Objection to Exemptions (Doc #27) filed by Ron Satija, Trustee (stipulation/order that response is not due until after hearing on Motion to Approve Compromise).
- C. Objection to Exemptions filed by D&K GP, LLC (Doc #131).
- D. Joinder to Objection to Exemptions filed by Sagi Genger (Doc #132).
- E. Adversary Proceeding - Michael Oldner, as Trustee for the Orly Genger 1993 Trust v. Orly Genger - Adv. #19-01075.
- F. Adversary Proceeding - Sagi Genger v. Orly Genger, Adv. #19-01066 (not served).
- G. Adversary Proceeding - Dalia Genger, D& K GP, LLC v. Orly Genger, Adv. #19-01067 (not served).

6. As a consequence of the transfer of venue, a new Chapter 7 trustee will be appointed in this case and the pending matters will be delayed based upon the Chapter 7 trustee's need to obtain counsel and review the matters that are currently pending. Additionally, the docket of the

Bankruptcy Court in the Southern District of New York will need to be consulted for scheduling purposes. Movants request that this Court extend the deadlines for responses to all matters, including the adversary proceedings that have been filed but not served, until the later of the response date required by the Bankruptcy Rules or December 16, 2019, to allow Debtor adequate time to find counsel to represent her in this case and in the related adversary proceedings. Such request is not for the purpose of delay but to allow the matters to be addressed in the Bankruptcy Court for the Southern District of New York by counsel that may be retained to appear in such court.

Movants respectfully request that this Court approve the withdrawal of counsel for the reasons stated and that the extension of the deadlines be granted as requested herein.

Respectfully submitted,

WALLER LANSDEN DORTCH & DAVIS, LLP

By: /s/ Eric J. Taube
    Eric J. Taube
    State Bar No. 19679350
    Mark C. Taylor
    State Bar No. 19713225
    William R. "Trip" Nix, III
    State Bar No. 24092902
100 Congress Avenue, Suite 1800
Austin, Texas 78701
(512) 685-6400
(512) 685-6417 (FAX)
eric.taube@wallerlaw.com
mark.taylor@wallerlaw.com
trip.nix@wallerlaw.com

COUNSEL FOR DEBTOR

# CERTIFICATE OF SERVICE

I hereby certify that, on November 7, 2019 a true and correct copy of the foregoing was served on all parties receiving the Court's ECF e-mail notification, including counsel listed below and parties listed on the attached Service List:

United States Trustee - AU12
United States Trustee
903 San Jacinto Blvd., Suite 230
Austin, TX 78701-2450

Ron Satija
Chapter 7 Trustee
P.O. Box 660208
Austin, TX 78766-7208
*Chapter 7 Trustee*

Brian T. Cummings
401 Congress Avenue, Suite 2700
Austin, TX 78701
*Proposed Counsel for Chapter 7 Trustee*

                                                    */s/ Eric J. Taube*
                                                    Eric Taube

# SERVICE LIST

Orly Genger
210 Lavaca St., Unit 1903
Austin, TX 78701-4582

Arie Genger
17001 Collins Ave.
Apt. 2805
Sunny Isles, FL 33160

Kasowitz, Benson, Torres LLP
Attn: Matthew Stein, Esq.
1633 Broadway, 21st Floor
New York, NY 10019-6708

D&K GP LLC
c/o Ira Tokayer, Esq.
420 Lexington Ave.
New York, NY 10170

Dalia Genger
200 E. 65th St. 32w
New York, NY 10021

Markel Surety
c/o Suretec Insurance Company
5555 Garden Grove Blvd., Suite 275
Westminster, CT 92687

Orly Genger 1993 Trust
c/o Michael Oldner
86 Pleasant Valley Dr., #16
Little Rock, AK 72227

TPR Investment Associates Inc.
c/o John Dellaportas
Emmet, Marvin & Martin, LLP
120 Broadway, 32nd Floor
New York, NY 10271

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

US Trustee
903 San Jacinto, Ste. 230
Austin, TX 87701-2450

Eric Herschmann
210 Lavaca St., Unit 1903
Austin, TX 78701-4582

Sagi Genger
c/o John Dellaportas
Emmt Marvin & Martin LLP
120 Broadway, 32nd Floor
New York, NY 10271-3291

Ziechner Ellman & Krause LLP
1211 Avenue of the Americas
40th Floor
New York, NY 10036-6149

Ron Satija, Trustee
P.O. Box 660208
Austin, TX 78766-7208

## PARTIES REQUESTING NOTICE

Raymond Battaglia
66 Granburg Circle
San Antonio, TX 78218-3010

Deborah D. Williamson
Danielle N. Rushing
Dykema Gossett PLLC
112 East Pecan Street, Suite 1800
San Antonio, TX 78205

Aaron M. Kaufman
Dykema Gossett PLLC
Comerica Bank Tower
1717 Main Street, Suite 4200
Dallas, TX 75201

Ryan B. DeLaune
Clark Hill Strasburger
901 Main Street, Suite 6000
Dallas, TX 75202

Sabrina L. Streusand
Streusand, Landon, Ozburn &
  Lemmon, LLP
1801 S. MoPac Expressway, Suite 320
Austin, TX 78746

Jay H. Ong, Esq.
Munsch Hardt Kopf & Harr, P.C.
303 Colorado Street, Suite 2600
Austin, TX 78701

035547-86267/4843-6541-2765.1