# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ORLY GENGER, | § | Case No. 19-10926-TMD |
| *(Debtor)* | § | Chapter 7 |

## ORDER GRANTING EXPEDITED MOTION TO WITHDRAW AS COUNSEL AND FOR STAY OF PENDING DEADLINES

ON THIS DAY came on for consideration the Expedited Motion to Withdraw as Counsel and for Stay of Pending Deadlines ("Motion") filed by Eric J. Taube and the Firm of Waller Lansden Dortch & Davis, LLP. After considering the Motion, the Court finds that the Motion should be GRANTED; it is therefore

ORDERED that Eric J. Taube and the Firm of Waller Lansden Dortch & Davis, LLP be allowed to withdraw as counsel and that the deadline for Debtor to respond to any pending motion or adversary proceeding filed in this case is hereby extended until the later of the date for response required under the Bankruptcy Rules or December 16, 2019.

# # #

Entry requested by:

Eric J. Taube
Waller Lansden Dortch & Davis, LLP
100 Congress Ave., Suite 1800
Austin, Texas 78701
(512) 685-6400
(512) 685-6417 facsimile
Email: eric.taube@wallerlaw.com