**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 04, 2019.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ORLY GENGER, | § | Case No. 19-10926-TMD |
| *(Debtor)* | § | Chapter 7 |

### ORDER ADOPTING JOINT STIPULATION TO EXTEND RESPONSE DATE

ON THIS DAY came on for consideration the parties' Joint Stipulation to Extend Deadline to Respond to Trustee's Objections to Exemptions (the "Joint Stipulation"). After considering the agreement of counsel reflected in the Joint Stipulation, the Court finds that the Motion should be GRANTED; it is therefore

ORDERED that Debtor need not respond to Trustee's Objections to Exemptions until this Court determines the merits of Trustee's 9019 Motion [Dkt. 52]. To the extent Trustee's 9019 Motion is denied, Debtor shall file a Response to the Objections to Exemptions [Dkt. 27] by no later than ten days after the date on which this Court enters an order denying the 9019 Motion, unless otherwise extended by further order of the Court.

# # #

Entry requested by:

Eric J. Taube
Waller Lansden Dortch & Davis, LLP
100 Congress Ave., Suite 1800
Austin, Texas 78701
(512) 685-6400
(512) 685-6417 facsimile
Email: eric.taube@wallerlaw.com

and

Brian T. Cumings
Graves, Dougherty, Hearon & Moody, P.C.
401 Congress Avenue, Suite 2700
Austin, TX 78701
Telephone: 512.480.5626
Facsimile: 512.536.9926
bcumings@gdhm.com

```
                              United States Bankruptcy Court
                              Western District of Texas
In re:                                                              Case No. 19-10926-tmd
Orly Genger                                                         Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0542-1           User: boydl             Page 1 of 1               Date Rcvd: Nov 05, 2019
                               Form ID: pdfintp        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2019.
db          +Orly Genger,   210 Lavaca St.,   Unit 1903,   Austin, TX 78701-4582

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2019 at the address(es) listed below:
              Aaron Michael Kaufman    on behalf of Creditor Arie  Genger akaufman@dykema.com,
               dandreacchi@dykema.com;pelliott@dykema.com
              Brian Talbot Cumings    on behalf of Trustee Ron  Satija bcumings@gdhm.com,  ctrickey@gdhm.com
              Constantine "Dean" Pamphilis    on behalf of Interested Party    Kasowitz Benson Torres LLP
               DPamphilis@kasowitz.com,   courtnotices@kasowitz.com
              Danielle Nicole Rushing    on behalf of Creditor Arie  Genger drushing@dykema.com,
               lvasquez@dykema.com;docketsat@dykema.com
              Deborah D. Williamson    on behalf of Creditor Arie  Genger dwilliamson@dykema.com,
               mlongoria@dykema.com;docketsat@dykema.com
              Eric J. Taube    on behalf of Debtor Orly  Genger eric.taube@wallerlaw.com,
               sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com
              Jay Ong    on behalf of Plaintiff   Michael Oldner, as Trustee of The Orly Genger 1993 Trust
               jong@munsch.com,   amays@munsch.com
              Jay Ong    on behalf of Interested Party   The Orly Genger 1993 Trust jong@munsch.com,
               amays@munsch.com
              Michael Paul Bowen    on behalf of Creditor    Kasowitz Benson Torres LLP mbowen@kasowitz.com,
               courtnotices@kasowitz.com
              Michael Paul Bowen    on behalf of Interested Party    Kasowitz Benson Torres LLP
               mbowen@kasowitz.com,   courtnotices@kasowitz.com
              Raymond W. Battaglia    on behalf of Creditor Eric  Herschmann rbattaglialaw@outlook.com
              Ron Satija    rsatija@satijatrustee.com,
               ecf@satijatrustee.com;rs135@trustesolutions.com;RS135@trustesolutions.net;rsatija@ecf.inforuptcy.com;laura@satijatrustee.com
              Ryan Brent DeLaune    on behalf of Creditor    SureTec Insurance Company
               ryan.delaune@clarkhillstrasburger.com,   yvette.squirrell@clarkhillstrasburger.com
              Sabrina L. Streusand    on behalf of Creditor Sagi  Genger streusand@slollp.com,
               prentice@slollp.com
              Sabrina L. Streusand    on behalf of Creditor    TPR Investment Associates, Inc.
               streusand@slollp.com,   prentice@slollp.com
              Sabrina L. Streusand    on behalf of Plaintiff    TPR Investment Associates, Inc.
               streusand@slollp.com,   prentice@slollp.com
              Sabrina L. Streusand    on behalf of Plaintiff Sagi  Genger streusand@slollp.com,
               prentice@slollp.com
              Shelby A. Jordan    on behalf of Plaintiff    D&K GP LLC sjordan@jhwclaw.com,   ecf@jhwclaw.com
              Shelby A. Jordan    on behalf of Interested Party Dalia  Genger sjordan@jhwclaw.com,
               ecf@jhwclaw.com
              Shelby A. Jordan    on behalf of Plaintiff Dalia  Genger sjordan@jhwclaw.com,   ecf@jhwclaw.com
              Shelby A. Jordan    on behalf of Interested Party    D&K GP LLC sjordan@jhwclaw.com,
               ecf@jhwclaw.com
              Thomas A Pitta    on behalf of Creditor Sagi  Genger tpitta@emmetmarvin.com
              United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
                                                                                              TOTAL: 23