# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 19–10926–tmd
Chapter No.: 7
Judge: Tony M. Davis

IN RE: **Orly Genger** , Debtor(s)

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on **10/31/19** was filed on **11/5/19**. The following deadlines apply:

The parties have until **November 12, 2019** to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is **November 26, 2019**.

If a request for redaction is filed, the redacted transcript is due **December 6, 2019**.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is **February 3, 2020** unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber **Exceptional Reporting Services, Inc 361–949–2988**, or you may view the document at the clerk's office public terminal.

Dated: 11/6/19

Barry D. Knight
Clerk, U. S. Bankruptcy Court
BY: Laurie Boyd

[**Notice of Filing of Transcript and of Deadlines Related to Restriction and Redaction (BK)**] [NtcftddlrrBKap] ]

United States Bankruptcy Court
Western District of Texas

In re:                                                                    Case No. 19-10926-tmd
Orly Genger                                                               Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-1      User: boydl      Page 1 of 2      Date Rcvd: Nov 06, 2019
                      Form ID: 260      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2019.
```
aty        +John Dellaportas,   Emmet Marvin & Martin LLP,   120 Broadway  32nd FL,
             New York, NY 10271-3291
           +Jordan Hyden Womble et al,   c/o Antonio Ortiz,   500 N Shoreline #900-N,
             Corpus Christi TX 78401-0399
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2019 at the address(es) listed below:

```
          Aaron Michael Kaufman    on behalf of Creditor Arie   Genger akaufman@dykema.com,
           dandreacchi@dykema.com;pelliott@dykema.com
          Brian Talbot Cumings    on behalf of Trustee Ron   Satija bcumings@gdhm.com,   ctrickey@gdhm.com
          Constantine "Dean" Pamphilis    on behalf of Interested Party    Kasowitz Benson Torres LLP
           DPamphilis@kasowitz.com,    courtnotices@kasowitz.com
          Danielle Nicole Rushing    on behalf of Creditor Arie   Genger drushing@dykema.com,
           lvasquez@dykema.com;docketsat@dykema.com
          Deborah D. Williamson    on behalf of Creditor Arie   Genger dwilliamson@dykema.com,
           mlongoria@dykema.com;docketsat@dykema.com
          Eric J. Taube    on behalf of Debtor Orly   Genger eric.taube@wallerlaw.com,
           sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com
          Jay Ong    on behalf of Plaintiff    Michael Oldner, as Trustee of The Orly Genger 1993 Trust
           jong@munsch.com,   amays@munsch.com
          Jay Ong    on behalf of Interested Party    The Orly Genger 1993 Trust jong@munsch.com,
           amays@munsch.com
          Michael Paul Bowen    on behalf of Creditor    Kasowitz Benson Torres LLP mbowen@kasowitz.com,
           courtnotices@kasowitz.com
          Michael Paul Bowen    on behalf of Interested Party    Kasowitz Benson Torres LLP
           mbowen@kasowitz.com,   courtnotices@kasowitz.com
          Raymond W. Battaglia    on behalf of Creditor Eric   Herschmann rbattaglialaw@outlook.com
          Ron Satija    rsatija@satijatrustee.com,
           ecf@satijatrustee.com;rs135@trustesolutions.com;RS135@trustesolutions.net;rsatija@ecf.inforuptcy.
           com;laura@satijatrustee.com
          Ryan Brent DeLaune    on behalf of Creditor    SureTec Insurance Company
           ryan.delaune@clarkhillstrasburger.com,   yvette.squirrell@clarkhillstrasburger.com
          Sabrina L. Streusand    on behalf of Creditor Sagi   Genger streusand@slollp.com,
           prentice@slollp.com
          Sabrina L. Streusand    on behalf of Creditor    TPR Investment Associates, Inc.
           streusand@slollp.com,   prentice@slollp.com
          Sabrina L. Streusand    on behalf of Plaintiff    TPR Investment Associates, Inc.
           streusand@slollp.com,   prentice@slollp.com
          Sabrina L. Streusand    on behalf of Plaintiff Sagi   Genger streusand@slollp.com,
           prentice@slollp.com
          Shelby A. Jordan    on behalf of Plaintiff    D&K GP LLC sjordan@jhwclaw.com,   ecf@jhwclaw.com
          Shelby A. Jordan    on behalf of Interested Party Dalia   Genger sjordan@jhwclaw.com,
           ecf@jhwclaw.com
          Shelby A. Jordan    on behalf of Plaintiff Dalia   Genger sjordan@jhwclaw.com,   ecf@jhwclaw.com
          Shelby A. Jordan    on behalf of Interested Party    D&K GP LLC sjordan@jhwclaw.com,
           ecf@jhwclaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Thomas A Pitta   on behalf of Creditor Sagi  Genger tpitta@emmetmarvin.com
          United States Trustee - AU12   ustpregion07.au.ecf@usdoj.gov
                                                                                           TOTAL: 23