

**GRAVES DOUGHERTY HEARON & MOODY**
*A Professional Corporation*

PO Box 98, Austin, Texas 78767
(512) 480 – 5600
www.gdhm.com
Employer I.D. #74-2587674

Ron Satija
Hajjar Peters, LLP
3144 Bee Caves Rd.
Austin, TX 78766
EMAIL INVOICES TO: rsatija@satijatrustee.com

November 11, 2019
Invoice 353951



# R E M I T T A N C E   C O P Y

Our File No. A29060.35
Genger Bankruptcy

For Services Through November 6, 2019

| | | |
|---|---|---|
| Total Fees for Professional Services | $ | 72,250.50 |
| Total Reimbursable Costs | $ | 92.65 |
| NET CURRENT BILLING FOR THIS FILE | $ | 72,343.15 |
| PLEASE REMIT TOTAL INVOICE BALANCE DUE | $ | 72,343.15 |

Please remit payment upon receipt to:  Graves, Dougherty, Hearon & Moody  P.O. Box 98,  Austin, Texas  78767
**To ensure proper credit, return this copy with remittance.**
If you have any questions contact us at accounting@gdhm.com



**GRAVES
DOUGHERTY
HEARON &
MOODY**

*A Professional Corporation*

PO Box 98, Austin, Texas 78767
(512) 480 – 5600
www.gdhm.com
Employer I.D. #74-2587674

Ron Satija                                                                      November 11, 2019
Hajjar Peters, LLP                                                              Invoice 353951
3144 Bee Caves Rd.
Austin, TX 78766
EMAIL INVOICES TO: rsatija@satijatrustee.com

Our File #  A29060.35                          For Services Through November 6, 2019
Genger Bankruptcy

08/08/19   Review and analyze schedules (1.0); Communicate with R. Satija regarding case (.8); Prepare
           application to employ and supporting documentation (.1);
           Brian T. Cumings              1.90hrs. at 325.00/hr.              617.50        B410

08/09/19   Attention to communications with R. Satija regarding case (.7); Attention to communications
           with and from S. Streusand, counsel for Sagi Genger, regarding judgment and issues relating to
           potential assets of the estate (.2); Review and analyze pleadings from Genger family disputes in
           order to determine information relevant to pursuing potential assets (2.5);
           Brian T. Cumings              3.40hrs. at 325.00/hr.              1,105.00      B410

08/10/19   Participate in conference call with R. Satija and potential counsel for fraudulent transfer claims
           (.3); Attention to communications with J. Bruckerhoff of Reid Collins, potential special
           counsel, regarding information relating to potential claims (.2); Review and analyze memo and
           documents outlining fraudulent transfer claims (1.4);
           Brian T. Cumings              1.90hrs. at 325.00/hr.              617.50        B410

08/12/19   Attention to communications with R. Satija regarding assets of estate (.9); Prepare application
           to retain special counsel to pursue fraudulent transfers (.1); Attention to communications with
           S. Streusand, counsel for Sagi Genger, regarding meeting to discuss potential claims belonging
           to estate (.1);
           Brian T. Cumings              1.10hrs. at 325.00/hr.              357.50        B410

08/13/19   Review and analyze Schedules and SOFA and outline questions for debtor (.9);
           Brian T. Cumings              .90hrs. at 325.00/hr.               292.50        B410

08/13/19   Finalize application to employ GDHM and coordinate filing and service of same (.6);
           Brian T. Cumings              .60hrs. at 325.00/hr.               195.00        B160

08/14/19   Attention to communications with R. Satija regarding pending matters (.5); Review and analyze
           schedules and prepare questions for 341 meeting (.9);
           Brian T. Cumings               1.40hrs. at 325.00/hr.               455.00        B410

08/14/19   Attention to communications with S. Streusand, counsel for Sagi Genger, regarding pending
           litigation and review documents relating to potential litigation claims belonging to the estate
           (.9); Receive call from S. Streusand, counsel for S. Genger, regarding pending litigation (.1);
           Participate in call with D. Williamson and A. Kaufman, counsel for Arie Genger, regarding
           case and pending litigation (.4);
           Brian T. Cumings               1.40hrs. at 325.00/hr.               455.00        B150

08/15/19   Meet with R. Satija and representatives of S. Genger to discuss issues relating to potential
           assets of estate (2.0); Meet with R. Satija and J. Bruckerhoff of Reid Collins regarding potential
           litigation claims belonging to estate (1.0);
           Brian T. Cumings               3.00hrs. at 325.00/hr.               975.00        B410

08/15/19   Prepare for and attend 341 meeting (1.9);
           Brian T. Cumings               1.90hrs. at 325.00/hr.               617.50        B150

08/16/19   Attention to communications with R. Satija regarding pending matters (.2); Review and analyze
           documents and communications relating to potential litigation claims belonging to estate and
           interests in undisclosed assets (2.4);
           Brian T. Cumings               2.60hrs. at 325.00/hr.               845.00        B410

08/16/19   Attention to communications with J. Ong, counsel for trust, regarding representation and
           potential sharing agreement (.7); Communicate with S. Streusand, counsel for Sagi Genger,
           regarding potentially undisclosed assets (.2);
           Brian T. Cumings               .90hrs. at 325.00/hr.                292.50        B150

08/16/19   Prepare objection to debtor's homestead exemption (1.0);
           Brian T. Cumings               1.00hrs. at 325.00/hr.               325.00        B190

08/19/19   Attention to communications with R. Satija regarding pending matters (.6);
           Brian T. Cumings               .60hrs. at 325.00/hr.                195.00        B410

08/19/19   Review and analyze issues relating to debtor's acquisition of homestead (.7);
           Brian T. Cumings               .70hrs. at 325.00/hr.                227.50        B130

08/19/19   Receive call from R. Battaglia, counsel for debtor's husband, regarding issues and potential
           meeting and review and analyze items relating to claims made by debtor's husband (.8)

| | Brian T. Cumings | .80hrs. at 325.00/hr. | 260.00 | B150 |

08/20/19   Communicate with R. Battaglia, counsel for E. Herschmann, regarding potential meeting (.1);

| | Brian T. Cumings | .10hrs. at 325.00/hr. | 32.50 | B150 |

08/20/19   Review and analyze proposed sharing arrangement and communicate with R. Satija regarding same (.6); Attention to communication with J. Ong, counsel for trust, and S. Streusand, counsel for S. Genger, regarding proposed sharing arrangement (.1);

| | Brian T. Cumings | .70hrs. at 325.00/hr. | 227.50 | B190 |

08/21/19   Review proposed sharing arrangement and communicate with R. Satija regarding same (.6); Communicate with J. Ong, counsel for trust, and S. Streusand, counsel for S. Genger, regarding proposed sharing arrangement (.2);

| | Brian T. Cumings | .80hrs. at 325.00/hr. | 260.00 | B190 |

08/22/19   Review and analyze proposed sharing agreement (.3); Attention to communications with J. Ong, counsel for trust, regarding potential sharing agreement (.3);

| | Brian T. Cumings | .60hrs. at 325.00/hr. | 195.00 | B190 |

08/22/19   Attention to communications with R. Satija regarding fraudulent transfer claims (.3);

| | Brian T. Cumings | .30hrs. at 325.00/hr. | 97.50 | B410 |

08/23/19   Speak with J. Ong, counsel for trust, regarding potential sharing arrangement (.3); Attention to communications with D. Williamson et al, counsel for Arie Genger, regarding status of fraudulent transfer suit (.1);

| | Brian T. Cumings | .40hrs. at 325.00/hr. | 130.00 | B190 |

08/23/19   Participate in call with R. Satija and J. Bruckerhoff of Reid Collins regarding potential claims belonging to estate (.6); Attention to communications with R. Battaglia, counsel for husband of debtor, regarding potential meeting (.1); Review and analyze issues relating to potential sharing agreement (.8);

| | Brian T. Cumings | 1.50hrs. at 325.00/hr. | 487.50 | B410 |

08/23/19   Communicate with R. DeLaune, counsel for SureTec, regarding notice (.1);

| | Brian T. Cumings | .10hrs. at 325.00/hr. | 32.50 | B150 |

08/26/19   Attention to communications with R. Battaglia, counsel for debtor's husband, regarding meeting (.1);

| | Brian T. Cumings | .10hrs. at 325.00/hr. | 32.50 | B150 |

08/26/19    Attention to communications with J. Ong, counsel for trust, S. Streusand, counsel for S. Genger, and R. Satija regarding potential sharing arrangement (1.0); Meet E. Herschmann and his counsel R. Battaglia for informational purposes (2.3);

| Brian T. Cumings | 3.30hrs. at 325.00/hr. | 1,072.50 | B190 |
|---|---|---|---|

08/26/19    Communicate with R. Satija regarding pending matters (1.5);

| Brian T. Cumings | 1.50hrs. at 325.00/hr. | 487.50 | B410 |
|---|---|---|---|

08/27/19    Attention to communications with R. Satija regarding pending matters (.8); Attention to communications with J. Bruckerhoff, potential special counsel, regarding issues relating to claims belonging to the estate (.5);

| Brian T. Cumings | 1.30hrs. at 325.00/hr. | 422.50 | B410 |
|---|---|---|---|

08/27/19    Review and analyze issues relating to homestead exemption claims (1.5); Review and analyze details relating to potential litigation claims belonging to estate in effort to determine valuation and probable courses of action (1.3);

| Brian T. Cumings | 2.80hrs. at 325.00/hr. | 910.00 | B190 |
|---|---|---|---|

08/27/19    Attention to communications with J. Ong, counsel for trust, regarding potential sharing arrangement and other pending matters (.3);

| Brian T. Cumings | .30hrs. at 325.00/hr. | 97.50 | B130 |
|---|---|---|---|

08/27/19    Attention to communications with D. Williamson, counsel for A. Genger, regarding meeting (.1); Attention to communications with R. Battaglia, counsel for E. Herschmann, regarding potential resolution of homestead exemption dispute and pending litigation (.7);

| Brian T. Cumings | .80hrs. at 325.00/hr. | 260.00 | B150 |
|---|---|---|---|

08/28/19    Attention to communications with J. Ong, counsel for trust, and review and analysis of documents relating to purported claims against S. Genger (1.5); Meet with R. Satija and E. Herschmann, debtor's husband, regarding potential litigation claims (2.2); Communicate with A. Kaufman et al, counsel for A. Genger, regarding meeting (.1);

| Brian T. Cumings | 3.80hrs. at 325.00/hr. | 1,235.00 | B150 |
|---|---|---|---|

08/28/19    Attention to communications with R. Satija regarding pending matters (.5); Review and analyze documents and pleadings relating to potential litigation claims relating to D. Genger and S. Genger provided by E. Herschmann, debtor's husband (1.8);

| Brian T. Cumings | 2.30hrs. at 325.00/hr. | 747.50 | B410 |
|---|---|---|---|

08/29/19    Prepare for and meet with D. Williamson, counsel for A. Genger, and B. Spears, counsel for Brosers, regarding pending litigation and issues relating to estate claims (2.8); Attention to communications with J. Ong, counsel for trust, and S. Streusand, counsel for S. Genger, regarding proposed sharing arrangement and to review and analysis of proposal (1.8);

|  | Brian T. Cumings | 4.60hrs. at 325.00/hr. | 1,495.00 | B150 |
|---|---|---|---|---|

08/30/19    Attention to communications with D. Williamson et al, counsel for A. Genger, regarding promissory notes (.2); Attention to communications with B. Spears, counsel for Brosers, regarding issues relating to litigation claims (.2); Attention to communications with E. Herschmann, debtor's husband, regarding issues relating to ongoing litigation (.3);

|  | Brian T. Cumings | .70hrs. at 325.00/hr. | 227.50 | B150 |
|---|---|---|---|---|

08/30/19    Review and analyze various points of litigation and prepare flowchart of claims (.9); Prepare for and meet with R. Satija and B. Reid et al, potential special counsel, regarding litigation claims (2.0);

|  | Brian T. Cumings | 2.90hrs. at 325.00/hr. | 942.50 | B410 |
|---|---|---|---|---|

08/31/19    Attention to communications with J. Ong, counsel for trust, regarding sharing arrangement and authority of trustee (.3);

|  | Brian T. Cumings | .30hrs. at 325.00/hr. | 97.50 | B150 |
|---|---|---|---|---|

09/03/19    Attention to communications with J. Ong, counsel for trust, and S. Streusand, counsel for S. Genger, regarding sharing agreement and trustee of trust (.3);

|  | Brian T. Cumings | .30hrs. at 325.00/hr. | 97.50 | B150 |
|---|---|---|---|---|

09/03/19    Attention to communications with R. Satija regarding pending matters (.4); Review documentation relating to appointment of receiver of Orly Genger 1993 Trust (.6);

|  | Brian T. Cumings | 1.00hrs. at 325.00/hr. | 325.00 | B410 |
|---|---|---|---|---|

09/03/19    Prepare objections to Debtor's exemptions and communicate with R. Satija regarding same (.3);

|  | Brian T. Cumings | .30hrs. at 325.00/hr. | 97.50 | B190 |
|---|---|---|---|---|

09/04/19    Attention to communications with R. Satija regarding pending matters (.5); Attention to communications regarding pending litigation against D. Genger (.4); Attention to communications with E. Taube, counsel for debtor, and R. Satija regarding inspection of property and turnover of retainer (.2); Attention to communications with R. Satija and J. Bruckerhoff of Reid Collins regarding potential fraudulent transfer claims and related promissory notes (.3);

|  | Brian T. Cumings | 1.40hrs. at 325.00/hr. | 455.00 | B410 |
|---|---|---|---|---|

09/04/19    Finalize and coordinate filing and service of objections to exemptions (.7); Attention to communications with D. Williamson et al, counsel for A. Genger, and B. Spears, counsel for Brosers, regarding Orly Genger 1993 Trust (.3);

|  | Brian T. Cumings | 1.00hrs. at 325.00/hr. | 325.00 | B190 |
|---|---|---|---|---|

09/04/19    Attention to communications with J. Ong, counsel for trust, et al regarding proposed sharing
            arrangement (.2);

            Brian T. Cumings             .20hrs. at 325.00/hr.                    65.00         B150

09/05/19    Participate in conference call with R. Satija and A. Kurland of Kasowitz Benson regarding
            pending litigation against D. Genger (.5); Attention to communications with B. Spears, counsel
            for Brosers, regarding pending litigation and status of proceedings (.5); Attention to
            communications with R. Satija regarding pending matters (1.3); Attention to communications
            with D. Williamson, counsel for A. Genger, regarding pending litigation and potential meeting
            (.3);

            Brian T. Cumings             2.60hrs. at 325.00/hr.                   845.00        B410

09/05/19    Review and analyze issues relating to trusteeship of Orly Genger 1993 Trust (.6);

            Brian T. Cumings             .60hrs. at 325.00/hr.                    195.00        B190

09/06/19    Attention to communications with R. Satija regarding pending matters (.9);

            Brian T. Cumings             .90hrs. at 325.00/hr.                    292.50        B410

09/06/19    Attention to communications with B. Spears, counsel for Brosers, regarding potential sharing
            arrangement with trust (.3); Attention to communications with J. Ong, counsel for trust, and
            review of information and documents relating to pending litigation (1.3); Participate in
            conference call with J. Ong and S. Genger regarding potential sharing arrangement and term
            sheet for same (.6); Communicate with D. Williamson, counsel for A. Genger, regarding
            meeting of clients (.2);

            Brian T. Cumings             2.40hrs. at 325.00/hr.                   780.00        B150

09/06/19    Lien search in Travis County for B. Cumings;

            Jennifer L. Thomas           .60hrs. at 160.00/hr.                    96.00         B190

09/09/19    Attention to communications with J. Ong, counsel for trust, regarding proposed funding
            agreement (.8); Attention to communications with S. Genger, debtor's brother (.1);
            Communicate with B. Spears, counsel for Brosers, regarding New York litigaiton (.2); Prepare
            for and meet with A. Genger, D. Williamson, and B. Spears, counsel for Brosers, regarding
            pending litigation and global issues (1.9);

            Brian T. Cumings             3.00hrs. at 325.00/hr.                   975.00        B150

09/09/19    Prepare for and meet with O. Genger and E. Taube regarding issues relating to objection and
            potential global resolutions (1.4); Review and analyze latest revisions of potential litigation
            funding and sharing arrangement with S. Genger group (.5);

            Brian T. Cumings             1.90hrs. at 325.00/hr.                   617.50        B410

09/10/19    Review and discuss with R. Satija order approving retention of GDHM (.1); Attention to communications with R. Satija regarding pending matters (.5); Attention to communications with J. Bruckerhoff, potential special litigation counsel, regarding pending litigation matters (.1); Participate in call with J. Bruckerhoff, potential special counsel, and R. Satija, regarding pending litigation matters (.3); Review and analyze pending litigation in New York and outline potential avenues for administering estate (1.4);

        Brian T. Cumings        2.40hrs. at 325.00/hr.        780.00        B410

09/10/19    Prepare for and participate in conference call with R. Battaglia, counsel for E. Herschmann, and R. Satija regarding pending litigation (.4);

        Brian T. Cumings        .40hrs. at 325.00/hr.        130.00        B150

09/11/19    Prepare application to employ special counsel (.4);

        Brian T. Cumings        .40hrs. at 325.00/hr.        130.00        B160

09/11/19    Attention to communications with R. Satija regarding pending matters (1.2); Attention to communications with R. Satija and A. Kurland of Kasowitz Benson regarding claims against D. Genger (.6); Review and analyze documents and litigation matters forwarded by various creditors relating to potential estate claims and funding arrangements (.8);

        Brian T. Cumings        2.60hrs. at 325.00/hr.        845.00        B410

09/11/19    Attention to communications with J. Ong, counsel for trust, regarding pending litigation and proposed funding (.5); Receive call from B. Spears, counsel for Brosers, regarding status and potential proposal from clients (.2);

        Brian T. Cumings        .70hrs. at 325.00/hr.        227.50        B150

09/11/19    Review and analyze issues relating to timing of acquisition of interest in homestead (3.7);

        Brian T. Cumings        3.70hrs. at 325.00/hr.        1,202.50        B190

09/12/19    Speak with E. Herschmann, debtor's husband, regarding status of negotiations with various interest groups (.3); Attention to communications with J. Ong, counsel for trust, regarding proposed litigation funding and sharing agreement (.5);

        Brian T. Cumings        .80hrs. at 325.00/hr.        260.00        B150

09/12/19    Review and analyze various pieces of pending litigation and outline potential value to estate (4.2);

        Brian T. Cumings        4.20hrs. at 325.00/hr.        1,365.00        B190

09/12/19    Attention to communications with R. Satija regarding pending matters (.7); Review and analyze pleadings and statuses of various pending litigations involved in negotiations with various interested parties (.5);

        Brian T. Cumings        1.20hrs. at 325.00/hr.        390.00        B410

09/13/19   Review and analyze pending litigation claims and various position statements by parties in
           order to determine probable courses of action by trustee with respect to settlement prospects
           (1.6); Participate in conference call with R. Satija and F. Stevens, NY counsel, regarding claims
           against D. Genger (.3); Attention to communications with R. Satija regarding pending matters
           (.9); Review and analyze motion to dismiss or transfer venue filed by S. Genger (1.4);

        Brian T. Cumings                4.20hrs. at 325.00/hr.              1,365.00        B410

09/13/19   Attention to communications with R. Battaglia, counsel for E. Herschmann, regarding meeting
           and pending matters (.2); Receive call from B. Spears, counsel for Brosers, regarding potential
           settlement proposal (.1); Communicate with D. Williamson, counsel for A. Genger, regarding
           settlement proposal and meeting (.2); Attention to communications with E. Herschmann,
           debtor's husband, regarding status and potential proposals (.4);

        Brian T. Cumings                .90hrs. at 325.00/hr.                292.50        B150

09/14/19   Prepare for and participate in settlement negotiations with R. Satija and counsel for A. Genger,
           Brosers, and E. Herschmann (6.5);

        Brian T. Cumings                6.50hrs. at 325.00/hr.              2,112.50        B410

09/16/19   Attention to communications with R. Satija regarding pending matters (.7); Attention to
           communications with D. Williamson, counsel for A. Genger, regarding settlement (.1); Review
           and analyze Manhattan Safety pleadings and communications relating to trust's assertion of
           fraudulent transfer claims (.4);;

        Brian T. Cumings                1.20hrs. at 325.00/hr.                390.00        B410

09/16/19   Attention to communications with B. Spears, counsel for Brosers, regarding settlement
           agreement (.4); Receive call from S. Streusand, counsel for S. Genger, regarding motion to
           dismiss (.1);

        Brian T. Cumings                .50hrs. at 325.00/hr.                162.50        B150

09/16/19   Review and analyze issues relating to section statutory caps on homestead and section 363(h)
           sales (1.5); Prepare 9019 application on settlement agreement (3.0); Review and analyze issues
           relating to obtaining approval of Rule 9019 compromise (.9);

        Brian T. Cumings                5.40hrs. at 325.00/hr.              1,755.00        B190

09/17/19   Speak with R. Satija regarding status of settlement and communications with opposing parties
           (.4);

        Brian T. Cumings                .40hrs. at 325.00/hr.                130.00        B410

09/17/19 Receive call from J. Ong, counsel for trust, regarding status (.1); Respond to communication from J. Dellaportas, counsel for S. Genger, regarding future communications (.1); Participate in settlement conference call with counsel for A. Genger, E. Herschmann, debtor, and others (1.0); Speak with S. Tobin, counsel for UST, regarding status of case (.1);

   Brian T. Cumings    1.30hrs. at 325.00/hr.    422.50   B150

09/18/19 Attention to communications with R. Satija regarding pending matters (.7);

   Brian T. Cumings    .70hrs. at 325.00/hr.    227.50   B410

09/18/19 Prepare outline of arguments in support of 9019 and list of potential exhibits or references in support of same (1.5); Attention to communications with E. Taube, debtor's counsel, regarding proposed settlement and purported bank account in Israel (.4); Attention to communications with S. Streusand, counsel for S. Genger, regarding motion to dismiss and hearing and documents related to same (.3); Prepare 9019 on settlement of fraudulent transfer claims, homestead dispute, and retention of Kasowitz Benson, and communicate with R. Satija regarding same (.8);

   Brian T. Cumings    3.00hrs. at 325.00/hr.    975.00   B190

09/19/19 Review communications from J. Dellaportas, counsel for S. Genger, regarding subpoenas and discovery from parties in interest to the bankruptcy proceeding (.3); Attention to communications with R. Satija regarding pending matters (.7);

   Brian T. Cumings    1.00hrs. at 325.00/hr.    325.00   B410

09/19/19 Attention to communications with R. Battaglia, counsel for E. Herschmann, regarding settlement and issues relating to documents involved in proceeding in New York (.4); Attention to communications with B. Spears, counsel for Brosers, regarding 9019 and settlement (.2);

   Brian T. Cumings    .60hrs. at 325.00/hr.    195.00   B150

09/19/19 Communicate with T. Nix, debtor's counsel, regarding stipulation on extending deadline to respond to objection to exemptions (.2); Prepare arguments in support of settlement (.9);

   Brian T. Cumings    1.10hrs. at 325.00/hr.    357.50   B190

09/20/19 Prepare authorization letter to Israeli bank regarding access to debtor's information and communicate with E. Taube, debtor's counsel, regarding same (.5); Attention to communications with R. Satija regarding pending matters (.3);

   Brian T. Cumings    .80hrs. at 325.00/hr.    260.00   B410

09/20/19 Attention to communications with B. Spears et al, counsel for counter parties to settlement, regarding 9019 (.2);

   Brian T. Cumings    .20hrs. at 325.00/hr.    65.00   B150

09/20/19   Review motion extend time filed by S. Streusand and J. Ong, counsel for S. Genger and trust (.1);

       Brian T. Cumings            .10hrs. at 325.00/hr.        32.50      B190

09/23/19   Review and analyze pleadings and notes for purposes of addressing factual background relating to 9019 (1.5); Prepare declaration for R. Satija to sign with 9019 (.3);

       Brian T. Cumings            1.80hrs. at 325.00/hr.     585.00      B190

09/23/19   Communicate with R. Satija regarding pending matters (.1);

       Brian T. Cumings            .10hrs. at 325.00/hr.        32.50      B410

09/23/19   Receive call from B. Spears, counsel for A. Genger, regarding 9019 (.1);

       Brian T. Cumings            .10hrs. at 325.00/hr.        32.50      B150

09/24/19   Attention to communications with R. Battaglia, counsel for E. Herschmann, regarding 9019 and issues relating to post-petition actions taken in New York proceeding (.4); Communicate with B. Spears, counsel for Brosers, regarding 9019 (.1); Communicate with E. Herschmann regarding access to Israeli bank account and litigation pending in New York (.4);

       Brian T. Cumings            .90hrs. at 325.00/hr.      292.50      B150

09/24/19   Attention to communications with R. Satija regarding pending matters (1.1); Communicate with E. Taube regarding post-petition actions taken in New York proceeding (.1);

       Brian T. Cumings            1.20hrs. at 325.00/hr.     390.00      B410

09/24/19   Review and analyze issues relating to 9019 and prepare application and declaration (1.6);

       Brian T. Cumings            1.60hrs. at 325.00/hr.     520.00      B190

09/25/19   Review and analyze show cause motion filed by S. Genger (.5); Attention to drafts and communications with R. Satija regarding letter regarding potential violation of automatic stay by S. Genger (.6); Review documents and prepare response to S. Genger's motion for order to show cause (2.8);

       Brian T. Cumings            3.90hrs. at 325.00/hr.    1,267.50      B190

09/25/19   Attention to communications with R. Satija regarding pending matters (.8); Attention to communications with A. Kurland of Kasowitz Benson regarding pending litigation and removal of lawsuits (.3);

       Brian T. Cumings            1.10hrs. at 325.00/hr.     357.50      B410

09/25/19   Attention to communications with E. Herschmann, debtor's husband, regarding 9019 and other pending matters (.7); Speak with B. Spears, counsel for A. Genger, regarding status (.1);

       Brian T. Cumings            .80hrs. at 325.00/hr.      260.00      B150

09/26/19   Attention to communications with B. Spears, counsel for Brosers, regarding 9019 and pending litigation issues (.5); Communicate with D. Williamson, counsel for A. Genger, regarding status of 9019 (.1);

        Brian T. Cumings          .60hrs. at 325.00/hr.        195.00     B150

09/26/19   Review account information received from Israeli bank (.1); Attention to communications with R. Satija regarding pending matters (.9); Communicate with M. Hall, realtor, and R. Battaglia, counsel for E. Herschmann, regarding questions relating to homestead (.1); Communicate with A. Kurland, representative of Kasowitz Benson, regarding engagement letter and stayed proceeding (.4); Communicate with B. Spears, R. Battaglia, D. Williamson re 9019 (.2);

        Brian T. Cumings          1.70hrs. at 325.00/hr.      552.50     B410

09/26/19   Prepare application to employ special counsel (1.0);

        Brian T. Cumings          1.00hrs. at 325.00/hr.      325.00     B160

09/26/19   Prepare revisions to 9019 and supporting documentation and communicate with R. Satija and various parties regarding same (2.8); Review and analyze subpoena from J. Dellaportas to R. Satija and communicate with J. Dellaportas regarding same (.5);

        Brian T. Cumings          3.30hrs. at 325.00/hr.     1,072.50    B190

09/27/19   Communicate with S. Streusand, counsel for S. Genger, regarding protective order documents (.1); Attention to revisions of 9019 and supporting documents and communications with R. Satija and parties regarding same (1.6);

        Brian T. Cumings          1.70hrs. at 325.00/hr.      552.50     B190

09/27/19   Prepare employment application and communicate with attorneys at Kasowitz Benson, proposed special counsel, regarding same (.8);

        Brian T. Cumings          .80hrs. at 325.00/hr.       260.00     B170

09/27/19   Attention to communications with R. Satija regarding pending matters (.6); Review notices of joinder in motion to extend deadline to object to discharge filed by entities associated with Sagi Genger (.1); Communicate with S. Tobin, counsel for UST, regarding status of case, allegations made in pleadings, and upcoming 9019 (.8);

        Brian T. Cumings          1.50hrs. at 325.00/hr.      487.50     B410

09/27/19   Communicate with E. Taube, Debtor's counsel, regarding status and information relating to Debtor (.2); Communicate with R. Battaglia, counsel for E. Herschmann, regarding status and 9019 (.2);

        Brian T. Cumings          .40hrs. at 325.00/hr.       130.00     B150

09/28/19   Communicate with A. Kurland of Kasowitz Benson regarding application to employ (.1);

|  | Brian T. Cumings | .10hrs. at 325.00/hr. | 32.50 | B160 |
|---|---|---|---|---|

09/30/19    Review responses filed by S. Streusand, counsel for S. Genger, regarding motion to file under seal (.1); Inform E. Taube, counsel for Debtor, of S. Jordan's position that trustee owns confidentiality rights of Debtor (.1); Review motion to continue hearing filed by R. Battaglia, counsel for E. Herschmann (.2);

|  | Brian T. Cumings | .40hrs. at 325.00/hr. | 130.00 | B190 |
|---|---|---|---|---|

09/30/19    Communicate with R. Satija regarding pending matters (.5);

|  | Brian T. Cumings | .50hrs. at 325.00/hr. | 162.50 | B410 |
|---|---|---|---|---|

09/30/19    Communicate with A. Kurland of Kasowitz Benson regarding declaration and application to employ (.4);

|  | Brian T. Cumings | .40hrs. at 325.00/hr. | 130.00 | B170 |
|---|---|---|---|---|

09/30/19    Speak with R. Battaglia, counsel for E. Herschmann, regarding subpoenas and status of proceedings (.2); Inform R. Battaglia et al, counsel for creditors, of subpoenas sent to trustee by S. Genger et al (.1); Respond to communications from S. Jordan, counsel for Dalia Genger, regarding subpoenas and documents in S. Streusand's possession (.4); Respond to communications from B. Spears, counsel for Brosers, regarding 9019 (.1);

|  | Brian T. Cumings | .80hrs. at 325.00/hr. | 260.00 | B150 |
|---|---|---|---|---|

10/01/19    Communicate with R. Satija regarding pending matters (.5); Review and analyze joint interest privilege issues (.6);

|  | Brian T. Cumings | 1.10hrs. at 325.00/hr. | 357.50 | B410 |
|---|---|---|---|---|

10/01/19    Attention to numerous communications from S. Jordan, counsel for D. Genger, regarding his confusion over confidentiality of certain documents (1.5); Communicate with E. Taube, debtor's counsel, and R. Battaglia, counsel for debtor's husband, regarding subpoena to trustee requesting documents subject to protective order in NY proceeding (.4);

|  | Brian T. Cumings | 1.90hrs. at 325.00/hr. | 617.50 | B150 |
|---|---|---|---|---|

10/01/19    Communicate with A. Kurland of Kasowitz regarding pending litigation matters (.3); Communicate with C. Leung, counsel for Manhattan Safety, regarding resolution in bankruptcy of fraudulent transfer claims (.3); Prepare response to motion for order to show cause (1.2); Communicate with S. Tobin, counsel for UST, regarding application to employ KBT (.1); Prepare and coordinate filing and service of motion to quash subpoena (.7);

|  | Brian T. Cumings | 2.60hrs. at 325.00/hr. | 845.00 | B190 |
|---|---|---|---|---|

10/01/19    Finalize and coordinate filing and service of application to employ KBT (.5);

|  | Brian T. Cumings | .50hrs. at 325.00/hr. | 162.50 | B160 |
|---|---|---|---|---|

10/02/19    Communicate with A. Kurland of Kasowitz Benson regarding hearings and proposed retention of that firm (.4);

        Brian T. Cumings       .40hrs. at 325.00/hr.        130.00        B410

10/02/19    Review and analyze S. Streusand limited objection to continuance of hearings (.1); Review and analyze motion to quash and supporting documentation filed E. Taube for debtor (.6); Communicate with S. Tobin, counsel for UST, regarding 9019, retention of Kasowitz, and pending matters (.5); Review pleadings and documents and prepare response to S. Genger's motion for order to show cause (4.5);

        Brian T. Cumings       5.70hrs. at 325.00/hr.      1,852.50       B190

10/02/19    Speak with B. Spears, counsel for Brosers, regarding 9019 and concurrent litigation pending in NY (.1);

        Brian T. Cumings       .10hrs. at 325.00/hr.         32.50        B150

10/03/19    Review notices of supplements to motion to seal filed by various parties (.3); Communicate with attorneys at Kasowitz regarding pending lawsuit against Dalia and efforts to restore and remove (.2); Communicate with B. Spears and C. Gartman, counsel for Brosers, regarding Orly Genger 1993 Trust lawsuit alleging fraudulent transfers (.6); Review and analyze cases cited in various pleadings pending hearing on October 23 relating to contested matters (2.5);

        Brian T. Cumings       3.60hrs. at 325.00/hr.      1,170.00       B190

10/03/19    Communicate with S. Tobin, counsel for UST, regarding proposed employment of Kasowitz (.1);

        Brian T. Cumings       .10hrs. at 325.00/hr.         32.50        B160

10/03/19    Review and analyze notices of subpoenas filed for S. Genger (.2); Communicate with R. Satija regarding pending matters (.3); Review IRS proof of claim (.1);

        Brian T. Cumings       .60hrs. at 325.00/hr.        195.00        B410

10/04/19    Communicate with R. Satija regarding pending matters (.2);

        Brian T. Cumings       .20hrs. at 325.00/hr.         65.00        B410

10/04/19    Communicate with E. Taube, debtor's counsel, regarding 9019 (.1); Communicate with S. Jordan, counsel for D. Genger, regarding document issues (.1);

        Brian T. Cumings       .20hrs. at 325.00/hr.         65.00        B190

10/07/19    Communicate with D. Williamson, counsel for A. Genger, regarding UST (.1); Respond to communications from J. Dellaportas, counsel for S. Genger, regarding Israeli bank account (.2);

        Brian T. Cumings       .30hrs. at 325.00/hr.         97.50        B150

10/07/19   Communicate with S. Tobin, counsel for UST, regarding status of case and improper information demands being made by J. Dellaportas (.3); Review and analyze issues relating to obligation of case trustee to share information with parties in interest (1.0); Review and analyze motion for protective order filed by A. Genger (.2);

     Brian T. Cumings           1.50hrs. at 325.00/hr.           487.50     B410

10/07/19   Communicate with A. Kurland of special counsel Kasowitz regarding NY proceedings (.2);

     Brian T. Cumings           .20hrs. at 325.00/hr.           65.00     B190

10/08/19   Respond to communications from D. Williamson, counsel for A. Genger, regarding various pending matters (.4);

     Brian T. Cumings           .40hrs. at 325.00/hr.           130.00     B150

10/08/19   Participate in conference call with counsel for various parties in interest regarding 9019 and timing of hearings (.5); Respond to communications from counsel for Manhattan Safety regarding trustee's position with respect to prudence of proceeding with lawsuit prior to settlement of trustee's claims (.3); Respond to communications from S. Streusand, counsel for S. Genger, regarding timing of upcoming hearings and discovery matters (.2); Communicate with E. Taube, debtor's counsel, regarding upcoming hearings and pending discovery matters (.4); Attention to communications with A. Kurland of special counsel Kasowitz regarding pending litigation in New York (.3);

     Brian T. Cumings           1.70hrs. at 325.00/hr.           552.50     B190

10/08/19   Prepare letter to court in Manhattan Safety litigation requesting permission to monitor proceedings (.5); Communicate with B. Spears, counsel for Brosers, regarding Manhattan Safety lawsuit (.3); Prepare motion to extend time to remove civil actions and coordinate filing and service of same (1.9);

     Brian T. Cumings           2.70hrs. at 325.00/hr.           877.50     B410

10/09/19   Communicate with S. Lemmon, counsel for S. Genger, regarding his request to schedule deposition of R. Satija (.2); Review and analyze issues relating to multiplicity of discovery and notice of depositions (.9); Communicate with R. Battaglia, counsel for E. Herschmann, regarding homestead issues (.3); Review and analyze S. Streusand Response to notice relating to motion to seal and communicate with R. Satija regarding same (.2); Attention to communications with A. Kurland of special counsel Kasowitz regarding pending NY litigation (.1); Review and analyze motion to extend response time to 9019 filed by S. Streusand for S. Genger (.2);

     Brian T. Cumings           1.90hrs. at 325.00/hr.           617.50     B190

10/09/19   Communicate with R. Satija regarding pending matters (.5); Communicate with E. Taube, debtor's counsel, regarding 9019 and other issues apparently being contested by various parties (.3);

     Brian T. Cumings           .80hrs. at 325.00/hr.           260.00     B410

10/10/19   Communicate with G. Greenberg, counsel for A. Genger in Manhattan Safety litigation,
           regarding trustee's intention with respect to that litigation (.1); Prepare letter to court in
           Manhattan Safety litigation regarding request to monitor proceedings (.3); Review and analyze
           A. Genger's reply regarding protective order in SDNY litigation (.2); Respond to
           communication from N. Bedoya, counsel for A. Genger, regarding Manhattan Safety litigation
           (.1);

           Brian T. Cumings              .70hrs. at 325.00/hr.                    227.50          B190


10/10/19   Address issues relating to removal of civil actions (.4); Communicate with S. Tobin, counsel
           for UST, regarding Israel bank account (.5);

           Brian T. Cumings              .90hrs. at 325.00/hr.                    292.50          B410


10/11/19   Participate in conference call with G. Goldberg et al, counsel for A. Genger and Brosers,
           regarding Manhattan Safety litigation (.4); Attention to communications with court and other
           parties regarding announcements for upcoming hearings (.1);

           Brian T. Cumings              .50hrs. at 325.00/hr.                    162.50          B190


10/14/19   Communicate with L. Vitale, counsel for counter litigants in state court proceedings, regarding
           status (.1); Communicate with counsel for Manhattan Safety regarding status of parallel
           litigation alleging fraudulent transfer claims (.4); Prepare response to Motion to Show Cause
           filed by S. Genger (.5); Prepare response to Motion to Dismiss filed by S. Genger (.8);
           Communicate with A. Kurland of Kasowitz regarding transfer of lawsuits (.1); Communicate
           with F. Funes, counsel for Brosers in Manhattan Safety litigation, regarding upcoming pre-trial
           scheduling conference (.1);

           Brian T. Cumings              2.00hrs. at 325.00/hr.                   650.00          B190


10/15/19   Review deposition notice and subpoena;

           Chris H. Trickey             .50hrs. at 420.00/hr.                     210.00          B190


10/15/19   Communicate with R. Satija regarding pending matters (.7);

           Brian T. Cumings              .70hrs. at 325.00/hr.                    227.50          B410


10/15/19   Prepare witness and exhibit list for upcoming hearing (.3); Review and analyze issues relating
           to employment of professionals under Section 327(e) (1.5); Review and analyze issues relating
           to motion to dismiss or transfer venue (.5); Communicate with B. Spears, counsel for Brosers,
           regarding status (.1); Communicate with S. Tobin, counsel for UST, regarding upcoming
           hearings (.1); Review response filed by E. Taube, debtor's counsel, to motion to extend time
           (.1); Review newly issued subpoenas and communicate with R. Satija regarding same (.3);
           Participate in telephonic hearing in SDNY for Manhattan Safety litigation (.8);

           Brian T. Cumings              3.70hrs. at 325.00/hr.                  1,202.50         B190

10/16/19   Review and analyze D&K adversary complaint (.9); Communicate with S. Tobin, counsel for
           UST, regarding proposed retention of Kasowitz Benson (.3); Prepare for upcoming hearings
           (.8); Review and analyze adversary complaint filed by S. Genger (.4); Receive call from E.
           Herschmann, debtor's husband, regarding matters relating to 9019 (.5); Confer with M. Powers,
           colleague, regarding subpoena issue (.3);

|  |  |  |  |
|---|---|---|---|
| Brian T. Cumings | 3.20hrs. at 325.00/hr. | 1,040.00 | B190 |

10/16/19   Communicate with R. Satija regarding pending matters (.6);

|  |  |  |  |
|---|---|---|---|
| Brian T. Cumings | .60hrs. at 325.00/hr. | 195.00 | B410 |

10/17/19   Communicate with R. Satija regarding pending matters (.5);

|  |  |  |  |
|---|---|---|---|
| Brian T. Cumings | .50hrs. at 325.00/hr. | 162.50 | B410 |

10/17/19   Communicate with E. Taube, debtor's counsel, regarding pending contested matters (.2);
           Provide court with copy of subpoena subject to our motion to quash (.1); Communicate with S.
           Streusand regarding pending contested matters and scheduling issues (.6);

|  |  |  |  |
|---|---|---|---|
| Brian T. Cumings | .90hrs. at 325.00/hr. | 292.50 | B190 |

10/18/19   Review pleadings (.7); Conference with B. Cumings regarding case background and privilege
           issues (.3); Review multiple filings in bankruptcy case (.4); Review arguments made in filings
           (1.0);

|  |  |  |  |
|---|---|---|---|
| Chris H. Trickey | 2.40hrs. at 420.00/hr. | 1,008.00 | B190 |

10/18/19   Confer with C. Trickey regarding upcoming discovery issues and deposition (.3);

|  |  |  |  |
|---|---|---|---|
| Brian T. Cumings | .30hrs. at 325.00/hr. | 97.50 | B410 |

10/18/19   Review and analyze Dalia Omnibus pleading (1.8); Communicate with R. Satija regarding
           pending matters (.6); Review and analyze objections to 9019 filed by Orly Genger 1993 Trust,
           Sagi Genger, and Dalia Genger (4.7); Review and analyze motion to continue hearings and
           objection filed in response (.4); Review and analyze Objection to Application to Employ filed
           by Sagi (.4); Review and analyze Motion to seal (.1); Communicate with E. Taube, counsel for
           debtor, regarding his proposal to consolidate hearings on MTD and 9019 (.1); Review and
           analyze joinders to motion to dismiss (1.3);

|  |  |  |  |
|---|---|---|---|
| Brian T. Cumings | 9.40hrs. at 325.00/hr. | 3,055.00 | B190 |

10/21/19   Review filings made by multiple parties (1.5); Email to B. Cumings regarding scope of
           privilege (.1);

|  |  |  |  |
|---|---|---|---|
| Chris H. Trickey | 1.60hrs. at 420.00/hr. | 672.00 | B190 |

10/22/19   Copy two folders of emails onto a flash drive for B. Cummings to take to hearing;

|  |  |  |  |
|---|---|---|---|
| Velma Garcia | .40hrs. at 160.00/hr. | 64.00 | B190 |

10/22/19    Review email communications (.1); Review pending motions (.1); Review background
materials (.3); Conference with B. Cumings (.1);

    Chris H. Trickey              .60hrs. at 420.00/hr.        252.00      B190

10/22/19    Review and analyze Debtor documents relating to contested matters (1.3); Communicate with
D. Williamson, E. Taube, R. Battaglia regarding intention of S. Genger to proceed with
deposition of R. Satija despite having failed to follow rules of procedure regarding scheduling
deposition in contested matter (.1); Communicate with S. Streusand et al, counsel for S.
Genger, regarding noticed deposition of R. Satija (.3); Communicate with M. Bowen of
Kasowitz regarding October 23rd status conference (.1); Review and analyze objections to
debtor's exemptions filed by D. Genger et al (.4); Prepare for status conference on October 23
(1.0); Prepare response and objections to subpoena from S. Genger(1.6);

    Brian T. Cumings           4.80hrs. at 325.00/hr.      1,560.00     B190

10/22/19    Speak with S. Tobin, counsel for UST, regarding application to employ special counsel (.6);

    Brian T. Cumings           .60hrs. at 325.00/hr.        195.00      B150

10/22/19    Communicate with R. Satija regarding pending matters (.7);

    Brian T. Cumings           .70hrs. at 325.00/hr.        227.50      B410

10/23/19    Prepare for and attend status conference with Court on pending matters (1.3); Speak with S.
Tobin and R. Satija regarding application to employ Kasowitz (.3); Prepare R. Satija for
deposition noticed by S. Genger for October 24 (2.0);

    Brian T. Cumings           3.60hrs. at 325.00/hr.      1,170.00     B190

10/23/19    Finalize response and objections to subpoena and serve on J. Dellaportas, counsel for S. Genger
(.5);

    Brian T. Cumings           .50hrs. at 325.00/hr.        162.50      B410

10/23/19    Conference with B. Cumings regarding hearing and deposition (.3);

    Chris H. Trickey               .30hrs. at 420.00/hr.        126.00      B190

10/23/19    Research deposition notice issue for BTC and summarize findings via email (.5);

    Marianne W. Nitsch        .50hrs. at 295.00/hr.        147.50      B190

10/25/19    Communicate with R. Satija regarding pending matters (.2);

    Brian T. Cumings           .20hrs. at 325.00/hr.         65.00      B410

10/25/19    Respond to communication from S. Jordan, counsel for D. Genger, regarding subpoena and
motion to quash (.1);

    Brian T. Cumings           .10hrs. at 325.00/hr.         32.50      B190

| | | | | |
|---|---|---|---|---|
| 10/26/19 | Respond to communications from S. Jordan, counsel for D. Genger, regarding documents (.2); | | | |
| | Brian T. Cumings | .20hrs. at 325.00/hr. | 65.00 | B190 |
| 10/26/19 | Communicate with R. Satija regarding debtor's exhibits on venue issue (.1); Review debtor's exhibits on venue issue (.3); | | | |
| | Brian T. Cumings | .40hrs. at 325.00/hr. | 130.00 | B410 |
| 10/28/19 | Communicate with R. Satija regarding status and pending matters (.3); | | | |
| | Brian T. Cumings | .30hrs. at 325.00/hr. | 97.50 | B410 |
| 10/28/19 | Review and analyze exhibits (.4); | | | |
| | Brian T. Cumings | .40hrs. at 325.00/hr. | 130.00 | B190 |
| 10/29/19 | Review and analyze Oldner adversary complaint (.2); | | | |
| | Brian T. Cumings | .20hrs. at 325.00/hr. | 65.00 | B190 |
| 10/29/19 | Review and analyze debtor's response to motion to dismiss and communicate with R. Satija regarding same (.4); Communicate with R. Satija regarding costs to date of administration of estate (.1); | | | |
| | Brian T. Cumings | .50hrs. at 325.00/hr. | 162.50 | B410 |
| 10/30/19 | Review and analyze KBT and amended debtor's responses to transfer venue issue (.3); | | | |
| | Brian T. Cumings | .30hrs. at 325.00/hr. | 97.50 | B190 |
| 10/30/19 | Communicate with R. Satija regarding pending matters (.2); | | | |
| | Brian T. Cumings | .20hrs. at 325.00/hr. | 65.00 | B410 |
| 10/31/19 | Attend hearing on transfer venue (4.8); Communicate with R. Satija regarding same (.3); Communicate with E. Taube, debtor's counsel, regarding deadline to respond to objection to exemptions (.1); | | | |
| | Brian T. Cumings | 5.20hrs. at 325.00/hr. | 1,690.00 | B190 |
| 11/01/19 | Review proposed order extending response date for objection to claim and communicate with T. Nix (debtor's counsel) regarding same (.1); Prepare for upcoming status conference on various pending matters (.2); | | | |
| | Brian T. Cumings | .30hrs. at 325.00/hr. | 97.50 | B190 |
| 11/02/19 | Prepare for status conference on pending motions (.1); | | | |
| | Brian T. Cumings | .10hrs. at 325.00/hr. | 32.50 | B190 |

11/04/19   Telephone conference with BTC regarding hearing coverage (.1); Review case materials in preparation for hearing (1.6);

| | | | |
|---|---|---|---|
| Marianne W. Nitsch | 1.70hrs. at 295.00/hr. | 501.50 | B190 |

11/04/19   Communicate with R. Satija regarding pending matters and next steps in event of alternate dispositions of transfer venue (.4);

| | | | |
|---|---|---|---|
| Brian T. Cumings | .40hrs. at 325.00/hr. | 130.00 | B410 |

11/05/19   Attend morning and afternoon hearing concerning motion to transfer venue (2.8);

| | | | |
|---|---|---|---|
| Marianne W. Nitsch | 2.80hrs. at 295.00/hr. | 826.00 | B190 |

11/05/19   Communicate with R. Satija regarding processing transfer of venue (.3);

| | | | |
|---|---|---|---|
| Brian T. Cumings | .30hrs. at 325.00/hr. | 97.50 | B410 |

11/05/19   Prepare GDHM fee application (2.5);

| | | | |
|---|---|---|---|
| Brian T. Cumings | 2.50hrs. at 325.00/hr. | 812.50 | B160 |

11/06/19   Receive call from S. Genger regarding R. Satija (.4);

| | | | |
|---|---|---|---|
| Brian T. Cumings | .40hrs. at 325.00/hr. | 130.00 | B190 |

11/06/19   Speak with R. Satija regarding call from J. Ong and aftermath of hearing (.3);

| | | | |
|---|---|---|---|
| Brian T. Cumings | .30hrs. at 325.00/hr. | 97.50 | B410 |

## Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Brian T. Cumings | 210.30 | 325.00 | 68,347.50 |
| Marianne W. Nitsch | 5.00 | 295.00 | 1,475.00 |
| Jennifer L. Thomas | 0.60 | 160.00 | 96.00 |
| Velma Garcia | 0.40 | 160.00 | 64.00 |
| Chris H. Trickey | 5.40 | 420.00 | 2,268.00 |
| Totals | 221.70 | | 72,250.50 |

Total Fees for Professional Services      $     72,250.50

| Task | Initials | Hours | Amount |
|---|---|---|---|
| B130 | BTC | 1.00 | $325.00 |
| B150 | BTC | 33.70 | $10,952.50 |
| B160 | BTC | 5.20 | $1,690.00 |
| B170 | BTC | 1.20 | $390.00 |
| B190 | BTC | 93.60 | $30,420.00 |

| Task | Initials | Hours | Amount |
|------|----------|-------|--------|
| B190 | CHT | 5.40 | $2,268.00 |
| B190 | JLT | 0.60 | $96.00 |
| B190 | MWN | 5.00 | $1,475.00 |
| B190 | VXG | 0.40 | $64.00 |
| B410 | BTC | 75.60 | $24,570.00 |
|  |  | 221.70 | $72,250.50 |

## Reimbursable Costs

11/06/19   Postage Charge                              $        92.65

                         Total Reimbursable Costs          $        92.65

               CURRENT BILLING FOR THIS FILE              $     72,343.15

               PLEASE REMIT TOTAL INVOICE BALANCE DUE     $     72,343.15