

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 10, 2019.**



_____
**TONY M. DAVIS**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**



| | | |
|---|---|---|
| In Re: | § | |
| | § | Case No. 19-10926-tmd |
| **ORLY GENGER,** | § | |
| | § | Chapter 7 |
| Debtor. | § | |

**ORDER GRANTING RETENTION OF GRAVES DOUGHERTY HEARON & MOODY, PC AS COUNSEL FOR THE ESTATE PURSUANT TO 11 U.S.C. §327(a)**

ON THIS DAY, the Court considered the *Application For Retention of Graves Dougherty Hearon & Moody, PC as Counsel for the Estate Pursuant to 11 U.S.C. §327(a)* [Dkt. No. 22] (the "Application"), and the Court, being of the opinion that the Application is well taken, will hereby approve same. It is, therefore,

**ORDERED**, that the employment of Graves Dougherty Hearon & Moody, P.C., as counsel for the Trustee, be, and it is hereby, approved and,

**ORDERED**, that compensation will be paid upon application to this Court only after

3477301.v1

notice and hearing, pursuant to 11 U.S.C. §330 and the requirements of any other applicable law.

# # #

*Order Prepared by Proposed Counsel for Ch. 7 Trustee*

Brian T. Cumings
SBN 24082882
Graves Dougherty Hearon & Moody, P.C.
401 Congress Ave., Suite 2700
Austin, Texas 78701
512.480.5626
512.536.9926 (Fax)
Email: bcumings@gdhm.com