Case No. 19-10926-tmd
Orly Genger, Debtor

## FEE APPLICATION SUMMARY

I. CLIENT - Ron Satija, Chapter 7 Trustee

II. REQUESTING APPLICANT/FIRM - Graves Dougherty Hearon & Moody, P.C., attorneys for trustee

III. TOTAL AMOUNT OF FEES REQUESTED -

   a. Fees: $72,250.50
   b. Expenses: $92.65
   c. Pre-petition retainer, if any: $0;
   d. Time period covered: August 8, 2019 to November 6, 2019.

IV. BREAKOUT OF CURRENT APPLICATION

| NAME/CAPACITY | TOTAL HOURS | RATE | TOTAL |
|---|---|---|---|
| Cumings, Brian T./Attorney | 210.3 | $325.00 | $68,347.50 |
| Trickey, Christopher/Attorney | 5.4 | $420.00 | $2,268.00 |
| Nitsch, Marianne / Attorney | 5.0 | $295.00 | $1,475.00 |
| Thomas, Jennifer / Paralegal | .6 | $160.00 | $96.00 |
| Garcia, Velma / Paralegal | .4 | $160.00 | $64.00 |
| Totals | 221.70 | $325.89 | $72,250.50 |

MINIMUM FEE INCREMENTS - .1 hour

EXPENSES: $92.65

TOTAL FEES AND EXPENSES                                            $72,343.15

AMOUNT ALLOCATED FOR PREPARATION OF THIS FEE APPLICATION: 2.5 hrs.

V. PRIOR APPLICATIONS:
   none

VI. OTHER CO-EQUAL OR ADMINISTRATIVE CLAIMANTS IN THIS CASE:
   The Chapter 7 Trustee will be entitled to his statutory commission.

VII. RESULT OBTAINED - Preparation of multiple pleadings and responsive pleadings, extensive negotiations with various parties in interest, prosecuting of objection to exemptions, assisting Trustee in navigating continuing intra-familial disputes involving Debtor and Estate.

# EXHIBIT "C"