**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | **Case No. 19-10926-tmd** |
| **ORLY GENGER,** | § | |
| | § | **Chapter 7** |
| Debtor. | § | |

**ORDER GRANTING APPLICATION OF GRAVES DOUGHERTY HEARON & MOODY, PC, COUNSEL TO CHAPTER 7 TRUSTEE RON SATIJA, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND <u>REIMBURSEMENT FOR EXPENSES INCURRED</u>**

ON THIS DAY, the Court considered the *Application for Allowance of Compensation for Services Rendered and Reimbursement for Expenses Incurred* (the "<u>Application</u>") [Dkt. No. \_\_], and the Court, being of the opinion that the Application is well taken, will hereby approve same. It is, therefore,

ORDERED, that the total amount of $72,343.15 in fees billed and expenses incurred by Graves Dougherty Hearon & Moody, PC in the representation of the Chapter 7 Trustee from August 8, 2019 to November 6, 2019, is hereby approved.

# # #

*Order Prepared by Counsel for Ch. 7 Trustee*

Brian T. Cumings
SBN 24082882
Graves Dougherty Hearon & Moody, P.C.
401 Congress Ave., Suite 2700
Austin, Texas 78701
512.480.5626
512.536.9926 (Fax)
Email: bcumings@gdhm.com