IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.

Dated: November 15, 2019.



_____
**TONY M. DAVIS**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ORLY GENGER, | § | Case No. 19-10926-TMD |
| *(Debtor)* | § | Chapter 7 |

### ORDER GRANTING EXPEDITED MOTION TO WITHDRAW AS COUNSEL AND FOR STAY OF PENDING DEADLINES

ON THIS DAY came on for consideration the Expedited Motion to Withdraw as Counsel and for Stay of Pending Deadlines ("Motion") filed by Eric J. Taube and the Firm of Waller Lansden Dortch & Davis, LLP. After considering the Motion, the Court finds that the Motion should be GRANTED; it is therefore

ORDERED that Eric J. Taube and the Firm of Waller Lansden Dortch & Davis, LLP be and are hereby allowed to withdraw as counsel and that the deadline for any party to respond to any pending motion or adversary proceeding including, but not limited to:

    1.    Judgment Creditor Sagi Genger's Motion to Dismiss Bankruptcy Case (Docket #32);

    2.    Objection to Exemptions filed by Ron Satija, (Docket # 27);

3.	Objection to Exemptions filed by D&K, GP, LLC (Docket #131);

4.	Joinder to Objection to Exemptions filed by Sagi Genger (Docket #132);

5.	Adversary Proceeding - Michael Oldner, as Trustee for the Orly Genger 1993 Trust v. Orly Genger, Adv. # 19-01075;

6.	Adversary Proceeding - Sagi Genger v. Orly Genger, Adv. # 19-01066; and

7.	Adversary Proceeding - Dalia Genger, D&K GP, LLC v. Orly Genger, Adv. #19-01067 filed in this case, is hereby extended until the later of the date for response required under the Bankruptcy Rules, December 20, 2019, or as may be extended by the Bankruptcy Court.

# # #

Entry requested by:

Eric J. Taube
Waller Lansden Dortch & Davis, LLP
100 Congress Ave., Suite 1800
Austin, Texas  78701
(512) 685-6400
(512) 685-6417 facsimile
Email: eric.taube@wallerlaw.com