**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 15, 2019.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-10926-tmd |
| ORLY GENGER | § | CHAPTER 7 |
|    Debtor. | § | |

## AMENDED ORDER TRANSFERRING CASE

On October 31, 2019, the Court held a hearing on Creditor Sagi Genger's request to transfer this bankruptcy case to the Southern District of New York [ECF NO. 32]. For the reasons stated on the record in its oral ruling on November 5, 2019, the Court found that this case, and the associated adversary proceedings, should be transferred to the Southern District of New York and then entered an order transferring the case [ECF No. 168].

Shortly thereafter, Debtor's counsel filed a motion to withdraw as counsel and asked the Court to stay pending deadlines [ECF No. 169]. The Court set the withdrawal motion for hearing on November 12, 2019. All parties were given notice of the hearing and no one objected to the motion. Therefore, the Court finds that the order transferring the case should amended to make the transfer effective after entry of the order granting withdrawal and staying deadlines.

ACCORDINGLY, IT IS THEREFORE ORDERED that this bankruptcy case, and the associated adversary proceedings, shall be transferred to the Southern District of New York after entry of the order granting the Expedited Motion to Withdraw as Counsel and for Stay of Pending Deadlines [ECF No. 169].

IT IS FURTHER ORDERED that all documents that were filed under seal in this case will be sent to the Southern District of New York upon transfer.

# # #