**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 15, 2019.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ORLY GENGER, | § | Case No. 19-10926-TMD |
| (Debtor) | § | Chapter 7 |

### ORDER GRANTING EXPEDITED MOTION TO WITHDRAW
### AS COUNSEL AND FOR STAY OF PENDING DEADLINES

ON THIS DAY came on for consideration the Expedited Motion to Withdraw as Counsel and for Stay of Pending Deadlines ("Motion") filed by Eric J. Taube and the Firm of Waller Lansden Dortch & Davis, LLP.  After considering the Motion, the Court finds that the Motion should be GRANTED; it is therefore

ORDERED that Eric J. Taube and the Firm of Waller Lansden Dortch & Davis, LLP be and are hereby allowed to withdraw as counsel and that the deadline for any party to respond to any pending motion or adversary proceeding including, but not limited to:

1. Judgment Creditor Sagi Genger's Motion to Dismiss Bankruptcy Case (Docket #32);

2. Objection to Exemptions filed by Ron Satija, (Docket # 27);

3. Objection to Exemptions filed by D&K, GP, LLC (Docket #131);

4. Joinder to Objection to Exemptions filed by Sagi Genger (Docket #132);

5. Adversary Proceeding - Michael Oldner, as Trustee for the Orly Genger 1993 Trust v. Orly Genger, Adv. # 19-01075;

6. Adversary Proceeding - Sagi Genger v. Orly Genger, Adv. # 19-01066; and

7. Adversary Proceeding - Dalia Genger, D&K GP, LLC v. Orly Genger, Adv. #19-01067 filed in this case, is hereby extended until the later of the date for response required under the Bankruptcy Rules, December 20, 2019, or as may be extended by the Bankruptcy Court.

# # #

Entry requested by:

Eric J. Taube
Waller Lansden Dortch & Davis, LLP
100 Congress Ave., Suite 1800
Austin, Texas 78701
(512) 685-6400
(512) 685-6417 facsimile
Email: eric.taube@wallerlaw.com

United States Bankruptcy Court
Western District of Texas

In re:                                                        Case No. 19-10926-tmd
Orly Genger                                                   Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-1      User: turnerb          Page 1 of 2           Date Rcvd: Nov 15, 2019
                       Form ID: pdfapac       Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2019.
```
db             +Orly Genger,   210 Lavaca St.,   Unit 1903,    Austin, TX 78701-4582
aty            +Graves Dougherty Hearon & Moody P.C.,    401 Congress Ave, Suite 2700,    Austin, TX 78701-3736
aty            +John Dellaportas,    Emmet Marvin & Martin LLP,    120 Broadway  32nd FL,
                 New York, NY 10271-3291
aty            +Michael Bowen,    Kasowitz Benson Torres LLP,    1633 Broadway,   New York, NY 10019-6708
intp           +D&K GP LLC,    c/o Jordan Holzer & Ortiz, PC,    500 N. Shoreline Blvd.,   Suite 900,
                 Corpus Christi, TX 78401-0341
intp            Dalia Genger,    c/o Jordan, Holzer & Ortiz,   500 N SHORELINE BLVD,    STE 900,
                 CORPUS CHRISTI, TX   784010341
cr             +SureTec Insurance Company,    Clark Hill Strasburger,    901 Main St #6000,
                 Dallas, TX 75202-3748
cr              TPR Investment Associates, Inc.,    c/o Streusand Landon Ozburn & Lemmon,
                 1801 S. MoPac Expressway,    Suite 300,   Austin, TX 78746
17809177       +Arie Genger,   19111 Collins Ave.,    Apt. 706,   Sunny Isles, FL 33160-2379
17814731       +Eric Herschmann,    c/o Raymond Battaglia,    66 Granburg Circle,   San Antonio TX 78218-3010
17809178       +Eric Herschmann,    210 Lavaca St., Unit 1903,    Austin, TX 78701-4582
17809180       +Kasowitz, Benson, Torres LLP,    c/o Daniel Benson Esq,    1633 Broadway 21st Fl,
                 New York NY 10019-6708
17809181       +Sagi Genger,    c/o John Dellaportas,    Emmt Marvin & Martin LLP,    120 Broadway 32nd Fl,
                 New York NY 10271-3291
17817649        Sagi Genger,    c/o Sabrina Streusand,    Streusand Landon Ozburn & Lemmon LLP,
                 1801 S Mopac Expwy #320,    Austin TX 78746
17844191       +SureTec Insurance Co,    c/o Clark Hill Strasburger,    901 Main St #6000,   Dallas TX 75202-3748
17842213       +The Orly Genger 1993 Trust,    c/o Jay H Ong,    Munsch Hardt Kopf & Harr PC,
                 303 Colorado St #2600,    Austin TX 78701-0021
17809183       +Zeichner Ellman & Krause LLP,    1211 Avenue of the Americas,    40th Floor,
                 New York, NY 10036-6149
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17817589       +E-mail/Text: dwilliamson@coxsmith.com Nov 16 2019 01:05:15      Arie Genger,
                 c/o Deborah D. Williamson,    Dykema Gossett PLLC,    112 East Pecan St #1800,
                 San Antonio, TX 78205-1521
17809179        E-mail/Text: cio.bncmail@irs.gov Nov 16 2019 01:05:54      Internal Revenue Service,
                 P.O. Box 21126,   Philadelphia, PA 19114
17809182       +E-mail/Text: ustpregion07.au.ecf@usdoj.gov Nov 16 2019 01:06:15      United States Trustee,
                 903 San Jacinto, Ste. 230,   Austin, TX 78701-2450
                                                                                              TOTAL: 3
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty*           +Michael Bowen,    Kasowitz Benson Torres LLP,    1633 Broadway,   New York, NY 10019-6708
                                                                                       TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                                                                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2019 at the address(es) listed below:
```
              Aaron Michael Kaufman    on behalf of Creditor Arie  Genger akaufman@dykema.com,
               dandreacchi@dykema.com;pelliott@dykema.com
              Brian Talbot Cumings    on behalf of Attorney    Graves Dougherty Hearon & Moody P.C.
               bcumings@gdhm.com,   ctrickey@gdhm.com
              Brian Talbot Cumings    on behalf of Trustee Ron  Satija bcumings@gdhm.com,   ctrickey@gdhm.com
              Constantine "Dean" Pamphilis    on behalf of Interested Party    Kasowitz Benson Torres LLP
               DPamphilis@kasowitz.com,   courtnotices@kasowitz.com
```

```
District/off: 0542-1           User: turnerb              Page 2 of 2                Date Rcvd: Nov 15, 2019
                               Form ID: pdfapac           Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Danielle Nicole Rushing    on behalf of Creditor Arie  Genger drushing@dykema.com, lvasquez@dykema.com;docketsat@dykema.com
          Deborah D. Williamson    on behalf of Creditor Arie  Genger dwilliamson@dykema.com, mlongoria@dykema.com;docketsat@dykema.com
          Eric J. Taube    on behalf of Debtor Orly  Genger eric.taube@wallerlaw.com, sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com
          Jay  Ong    on behalf of Plaintiff    Michael Oldner, as Trustee of The Orly Genger 1993 Trust jong@munsch.com,  amays@munsch.com
          Jay  Ong    on behalf of Interested Party    The Orly Genger 1993 Trust jong@munsch.com, amays@munsch.com
          Michael Paul Bowen    on behalf of Creditor    Kasowitz Benson Torres LLP mbowen@kasowitz.com, courtnotices@kasowitz.com
          Michael Paul Bowen    on behalf of Interested Party    Kasowitz Benson Torres LLP mbowen@kasowitz.com,  courtnotices@kasowitz.com
          Raymond W. Battaglia    on behalf of Creditor Eric  Herschmann rbattaglialaw@outlook.com
          Ron  Satija    rsatija@satijatrustee.com, ecf@satijatrustee.com;rs135@trustesolutions.com;RS135@trustesolutions.net;rsatija@ecf.inforuptcy.com;laura@satijatrustee.com
          Ryan Brent DeLaune    on behalf of Creditor    SureTec Insurance Company ryan.delaune@clarkhillstrasburger.com,  yvette.squirrell@clarkhillstrasburger.com
          Sabrina L. Streusand    on behalf of Plaintiff Sagi  Genger streusand@slollp.com, prentice@slollp.com
          Sabrina L. Streusand     on behalf of Creditor Sagi  Genger streusand@slollp.com, prentice@slollp.com
          Sabrina L. Streusand    on behalf of Creditor    TPR Investment Associates, Inc. streusand@slollp.com,  prentice@slollp.com
          Sabrina L. Streusand    on behalf of Plaintiff    TPR Investment Associates, Inc. streusand@slollp.com,  prentice@slollp.com
          Shelby A. Jordan    on behalf of Interested Party    D&K GP LLC sjordan@jhwclaw.com, ecf@jhwclaw.com
          Shelby A. Jordan    on behalf of Plaintiff    D&K GP LLC sjordan@jhwclaw.com,  ecf@jhwclaw.com
          Shelby A. Jordan    on behalf of Interested Party Dalia  Genger sjordan@jhwclaw.com, ecf@jhwclaw.com
          Shelby A. Jordan    on behalf of Plaintiff Dalia  Genger sjordan@jhwclaw.com,  ecf@jhwclaw.com
          Thomas A Pitta    on behalf of Creditor Sagi  Genger tpitta@emmetmarvin.com
          United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov

                                                                                                                   TOTAL: 24