**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 15, 2019.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-10926-tmd |
| ORLY GENGER | § | CHAPTER 7 |
| Debtor. | § | |

## AMENDED ORDER TRANSFERRING CASE

On October 31, 2019, the Court held a hearing on Creditor Sagi Genger's request to transfer this bankruptcy case to the Southern District of New York [ECF NO. 32]. For the reasons stated on the record in its oral ruling on November 5, 2019, the Court found that this case, and the associated adversary proceedings, should be transferred to the Southern District of New York and then entered an order transferring the case [ECF No. 168].

Shortly thereafter, Debtor's counsel filed a motion to withdraw as counsel and asked the Court to stay pending deadlines [ECF No. 169]. The Court set the withdrawal motion for hearing on November 12, 2019. All parties were given notice of the hearing and no one objected to the motion. Therefore, the Court finds that the order transferring the case should amended to make the transfer effective after entry of the order granting withdrawal and staying deadlines.

1

ACCORDINGLY, IT IS THEREFORE ORDERED that this bankruptcy case, and the associated adversary proceedings, shall be transferred to the Southern District of New York after entry of the order granting the Expedited Motion to Withdraw as Counsel and for Stay of Pending Deadlines [ECF No. 169].

IT IS FURTHER ORDERED that all documents that were filed under seal in this case will be sent to the Southern District of New York upon transfer.

# # #

United States Bankruptcy Court
Western District of Texas

In re:  
Orly Genger  
    Debtor

Case No. 19-10926-tmd  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0542-1     User: wallacea     Page 1 of 2     Date Rcvd: Nov 15, 2019  
                 Form ID: pdfintp     Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2019.
```
db          +Orly Genger,    210 Lavaca St.,    Unit 1903,    Austin, TX 78701-4582
aty         +Eric J. Taube,    Waller Lansden Dortch & Davis, LLP,    100 Congress Ave, Suite 1800,
              Austin, TX 78701-4042
aty         +Graves Dougherty Hearon & Moody P.C.,    401 Congress Ave, Suite 2700,    Austin, TX 78701-3736
aty         +John Dellaportas,    Emmet Marvin & Martin LLP,    120 Broadway  32nd FL,
              New York, NY 10271-3291
aty         +Michael Bowen,    Kasowitz Benson Torres LLP,    1633 Broadway,    New York, NY 10019-6708
intp        +D&K GP LLC,    c/o Jordan Holzer & Ortiz, PC,    500 N. Shoreline Blvd.,    Suite 900,
              Corpus Christi, TX 78401-0341
intp         Dalia Genger,    c/o Jordan, Holzer & Ortiz,    500 N SHORELINE BLVD,    STE 900,
              CORPUS CHRISTI, TX  784010341
cr          +SureTec Insurance Company,    Clark Hill Strasburger,    901 Main St #6000,
              Dallas, TX 75202-3748
cr           TPR Investment Associates, Inc.,    c/o Streusand Landon Ozburn & Lemmon,
              1801 S. MoPac Expressway,    Suite 320,    Austin, TX  78746
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty*        +Michael Bowen,    Kasowitz Benson Torres LLP,    1633 Broadway,    New York, NY 10019-6708
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2019 at the address(es) listed below:
```
          Aaron Michael Kaufman    on behalf of Creditor Arie  Genger akaufman@dykema.com,
           dandreacchi@dykema.com;pelliott@dykema.com
          Brian Talbot Cumings    on behalf of Attorney    Graves Dougherty Hearon & Moody P.C.
           bcumings@gdhm.com, ctrickey@gdhm.com
          Brian Talbot Cumings    on behalf of Trustee Ron  Satija bcumings@gdhm.com, ctrickey@gdhm.com
          Constantine "Dean" Pamphilis    on behalf of Interested Party    Kasowitz Benson Torres LLP
           DPamphilis@kasowitz.com, courtnotices@kasowitz.com
          Danielle Nicole Rushing    on behalf of Creditor Arie  Genger drushing@dykema.com,
           lvasquez@dykema.com;docketsat@dykema.com
          Deborah D. Williamson    on behalf of Creditor Arie  Genger dwilliamson@dykema.com,
           mlongoria@dykema.com;docketsat@dykema.com
          Eric J. Taube    on behalf of Debtor Orly  Genger eric.taube@wallerlaw.com,
           sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com
          Jay  Ong    on behalf of Plaintiff    Michael Oldner, as Trustee of The Orly Genger 1993 Trust
           jong@munsch.com, amays@munsch.com
          Jay  Ong    on behalf of Interested Party    The Orly Genger 1993 Trust jong@munsch.com,
           amays@munsch.com
          Michael Paul Bowen    on behalf of Creditor    Kasowitz Benson Torres LLP mbowen@kasowitz.com,
           courtnotices@kasowitz.com
          Michael Paul Bowen    on behalf of Interested Party    Kasowitz Benson Torres LLP
           mbowen@kasowitz.com, courtnotices@kasowitz.com
          Raymond W. Battaglia    on behalf of Creditor Eric  Herschmann rbattaglialaw@outlook.com
          Ron  Satija    rsatija@satijatrustee.com,
           ecf@satijatrustee.com;rs135@trustesolutions.com;RS135@trustesolutions.net;rsatija@ecf.inforuptcy.
           com;laura@satijatrustee.com
          Ryan Brent DeLaune    on behalf of Creditor    SureTec Insurance Company
           ryan.delaune@clarkhillstrasburger.com, yvette.squirrell@clarkhillstrasburger.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Sabrina L. Streusand   on behalf of Plaintiff Sagi  Genger streusand@slollp.com, prentice@slollp.com
        Sabrina L. Streusand   on behalf of Creditor Sagi  Genger streusand@slollp.com, prentice@slollp.com
        Sabrina L. Streusand   on behalf of Creditor   TPR Investment Associates, Inc. streusand@slollp.com,  prentice@slollp.com
        Sabrina L. Streusand   on behalf of Plaintiff   TPR Investment Associates, Inc. streusand@slollp.com,  prentice@slollp.com
        Shelby A. Jordan   on behalf of Interested Party   D&K GP LLC sjordan@jhwclaw.com, ecf@jhwclaw.com
        Shelby A. Jordan   on behalf of Plaintiff   D&K GP LLC sjordan@jhwclaw.com,  ecf@jhwclaw.com
        Shelby A. Jordan   on behalf of Interested Party Dalia  Genger sjordan@jhwclaw.com, ecf@jhwclaw.com
        Shelby A. Jordan   on behalf of Plaintiff Dalia  Genger sjordan@jhwclaw.com,  ecf@jhwclaw.com
        Thomas A Pitta   on behalf of Creditor Sagi  Genger tpitta@emmetmarvin.com
        United States Trustee - AU12   ustpregion07.au.ecf@usdoj.gov

                                                                                         TOTAL: 24