# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 19−10926−tmd

Chapter No.: 7

Judge: Tony M. Davis

IN RE: **Orly Genger** , Debtor(s)

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on **11/05/2019** was filed on **12/06/2019**. The following deadlines apply:

The parties have until **December 13, 2019** to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is **December 27, 2019**.

If a request for redaction is filed, the redacted transcript is due **January 6, 2020**.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is **March 5, 2020** unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber **Exceptional Reporting Services, Inc. 361−949−2988**, or you may view the document at the clerk's office public terminal.

Dated:  12/6/19

Barry D. Knight
Clerk, U. S. Bankruptcy Court
BY: Adam Wallace

[Notice of Filing of Transcript and of Deadlines Related to Restriction and Redaction (BK)] [NtcftddlrrBKap] ]

```
In re:                                              Case No. 19-10926-tmd
Orly Genger                                         Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0542-1        User: wallacea        Page 1 of 2        Date Rcvd: Dec 06, 2019
                            Form ID: 260           Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2019.
```
aty          +John Dellaportas,   Emmet Marvin & Martin LLP,   120 Broadway  32nd FL,
              New York, NY 10271-3291
aty          +Michael Bowen,   Kasowitz Benson Torres LLP,   1633 Broadway,   New York, NY 10019-6708
             +ERIC J. TAUBE, ESQ.,   Waller Lansden Dortch & Davis,   100 Congress Ave., Suite 1800,
              Austin, TX 78701-4042
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Michael Bowen,   Kasowitz Benson Torres LLP,   1633 Broadway,   New York, NY 10019-6708
                                                                        TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2019 at the address(es) listed below:
```
        Aaron Michael Kaufman   on behalf of Creditor Arie  Genger akaufman@dykema.com,
         dandreacchi@dykema.com;pelliott@dykema.com
        Brian Talbot Cumings   on behalf of Attorney  Graves Dougherty Hearon & Moody P.C.
         bcumings@gdhm.com,  ctrickey@gdhm.com
        Brian Talbot Cumings   on behalf of Trustee Ron  Satija bcumings@gdhm.com,  ctrickey@gdhm.com
        Constantine "Dean" Pamphilis   on behalf of Interested Party  Kasowitz Benson Torres LLP
         DPamphilis@kasowitz.com,  courtnotices@kasowitz.com
        Danielle Nicole Rushing   on behalf of Creditor Arie  Genger drushing@dykema.com,
         lvasquez@dykema.com;docketsat@dykema.com
        Deborah D. Williamson   on behalf of Creditor Arie  Genger dwilliamson@dykema.com,
         mlongoria@dykema.com;docketsat@dykema.com
        Jay Ong   on behalf of Plaintiff  Michael Oldner, as Trustee of The Orly Genger 1993 Trust
         jong@munsch.com,  amays@munsch.com
        Jay Ong   on behalf of Interested Party  The Orly Genger 1993 Trust jong@munsch.com,
         amays@munsch.com
        Michael Paul Bowen   on behalf of Creditor   Kasowitz Benson Torres LLP mbowen@kasowitz.com,
         courtnotices@kasowitz.com
        Michael Paul Bowen   on behalf of Interested Party  Kasowitz Benson Torres LLP
         mbowen@kasowitz.com,  courtnotices@kasowitz.com
        Raymond W. Battaglia   on behalf of Creditor Eric  Herschmann rbattaglialaw@outlook.com
        Ron Satija   rsatija@satijatrustee.com,
         ecf@satijatrustee.com;rs135@trustesolutions.com;RS135@trustesolutions.net;rsatija@ecf.inforuptcy.
         com;laura@satijatrustee.com
        Ryan Brent Delaune   on behalf of Creditor   SureTec Insurance Company
         ryan.delaune@clarkhillstrasburger.com,  yvette.squirrell@clarkhillstrasburger.com
        Sabrina L. Streusand   on behalf of Creditor Sagi  Genger streusand@slollp.com,
         prentice@slollp.com
        Sabrina L. Streusand   on behalf of Creditor  TPR Investment Associates, Inc.
         streusand@slollp.com,  prentice@slollp.com
        Sabrina L. Streusand   on behalf of Plaintiff  TPR Investment Associates, Inc.
         streusand@slollp.com,  prentice@slollp.com
        Sabrina L. Streusand   on behalf of Plaintiff Sagi  Genger streusand@slollp.com,
         prentice@slollp.com
        Shelby A. Jordan   on behalf of Plaintiff  D&K GP LLC sjordan@jhwclaw.com,  ecf@jhwclaw.com
        Shelby A. Jordan   on behalf of Interested Party Dalia  Genger sjordan@jhwclaw.com,
         ecf@jhwclaw.com
        Shelby A. Jordan   on behalf of Plaintiff Dalia  Genger sjordan@jhwclaw.com,  ecf@jhwclaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Shelby A. Jordan    on behalf of Interested Party    D&K GP LLC sjordan@jhwclaw.com,
            ecf@jhwclaw.com
          Thomas A Pitta    on behalf of Creditor Sagi  Genger tpitta@emmetmarvin.com
          United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
                                                                              TOTAL: 23