# Laurie ▓▓

| | |
|---|---|
| **From:** | Theresa ▓▓ |
| **Sent:** | Tuesday, December 10, 2019 3:40 PM |
| **To:** | Laurie ▓▓ |
| **Subject:** | FW: Transferred case 1:19-bk-10926 has been opened. |

Please enter in the case.

Theresa E. ▓▓
Deputy In Charge
United States Bankruptcy Court
Western District of Texas
512-916-5237 Ext. 2707
Theresa_▓▓@txwb.uscourts.gov

**FILED**

**DEC 11 2019**

U.S. BANKRUPTCY COURT
BY_____ DEPUTY

-----Original Message-----
From: nysbinfo@nysb.uscourts.gov <nysbinfo@nysb.uscourts.gov>
Sent: Tuesday, December 10, 2019 3:06 PM
To: txwb_InterDistrictTransfer <txwb_InterDistrictTransfer@txwb.uscourts.gov>
Subject: Transferred case 1:19-bk-10926 has been opened.

DETAILS: Case transferred from Texas Western has been opened in Southern District of New York as case 19-13895, filed on 07/12/2019.

Edit the original case, 1:19-bk-10926, and save the following statistical case number in the "destination case number" field: 02081191389500t

1