# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 19–10926–tmd
Chapter No.: 7
Judge: Tony M. Davis

IN RE: **Orly Genger**, Debtor(s)

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on **10/31/19** was filed on **12/21/19**. The following deadlines apply:

The parties have until **December 30, 2019** to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is **January 13, 2020**.

If a request for redaction is filed, the redacted transcript is due **January 21, 2020**.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is **March 20, 2020** unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber **Exceptional Reporting Services, Inc 361–949–2988**, or you may view the document at the clerk's office public terminal.

Dated: 12/23/19

Barry D. Knight
Clerk, U. S. Bankruptcy Court
BY: Laurie Boyd

**[Notice of Filing of Transcript and of Deadlines Related to Restriction and Redaction (BK)]** [NtcftddlrrBKap] ]