# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 19–10926–tmd

Chapter No.: 7

Judge: Tony M. Davis

IN RE: **Orly Genger** , Debtor(s)

# NOTICE OF FILING OF TRANSCRIPT
# AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on **10/31/19** was filed on **12/21/19**. The following deadlines apply:

The parties have until **December 30, 2019** to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is **January 13, 2020**.

If a request for redaction is filed, the redacted transcript is due **January 21, 2020**.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is **March 20, 2020** unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber **Exceptional Reporting Services, Inc 361–949–2988**, or you may view the document at the clerk's office public terminal.

Dated:  12/23/19

Barry D. Knight
Clerk, U. S. Bankruptcy Court
BY: Laurie Boyd

**[Notice of Filing of Transcript and of Deadlines Related to Restriction and Redaction (BK)]** [NtcftddlrrBKap] ]

United States Bankruptcy Court
Western District of Texas

In re:                                                              Case No. 19-10926-tmd
Orly Genger                                                         Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0542-1    User: boydl         Page 1 of 2            Date Rcvd: Dec 23, 2019
                        Form ID: 260        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2019.
aty          +John Dellaportas,   Emmet Marvin & Martin LLP,   120 Broadway  32nd FL,
               New York, NY 10271-3291
             +ERIC J. TAUBE, ESQ.,   Waller Lansden Dortch & Davis,   100 Congress Ave., Suite 1800,
               Austin, TX 78701-4042

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2019 at the address(es) listed below:
              Aaron Michael Kaufman    on behalf of Creditor Arie   Genger akaufman@dykema.com,
               dandreacchi@dykema.com;pelliott@dykema.com
              Brian Talbot Cumings    on behalf of Trustee Ron   Satija bcumings@gdhm.com,   ctrickey@gdhm.com
              Brian Talbot Cumings    on behalf of Attorney    Graves Dougherty Hearon & Moody P.C.
               bcumings@gdhm.com,   ctrickey@gdhm.com
              Constantine "Dean" Pamphilis    on behalf of Interested Party    Kasowitz Benson Torres LLP
               DPamphilis@kasowitz.com,   courtnotices@kasowitz.com
              Danielle Nicole Rushing    on behalf of Creditor Arie   Genger drushing@dykema.com,
               lvasquez@dykema.com;docketsat@dykema.com
              Deborah D. Williamson    on behalf of Creditor Arie   Genger dwilliamson@dykema.com,
               mlongoria@dykema.com;docketsat@dykema.com
              Jay   Ong    on behalf of Plaintiff    Michael Oldner, as Trustee of The Orly Genger 1993 Trust
               jong@munsch.com,   amays@munsch.com
              Jay   Ong    on behalf of Interested Party    The Orly Genger 1993 Trust jong@munsch.com,
               amays@munsch.com
              Michael Paul Bowen    on behalf of Creditor    Kasowitz Benson Torres LLP mbowen@kasowitz.com,
               courtnotices@kasowitz.com
              Michael Paul Bowen    on behalf of Interested Party    Kasowitz Benson Torres LLP
               mbowen@kasowitz.com,   courtnotices@kasowitz.com
              Raymond W. Battaglia    on behalf of Creditor Eric   Herschmann rbattaglialaw@outlook.com
              Ron   Satija    rsatija@satijatrustee.com,
               ecf@satijatrustee.com;rs135@trustesolutions.com;RS135@trustesolutions.net;rsatija@ecf.inforuptcy.
               com;laura@satijatrustee.com
              Ryan Brent DeLaune    on behalf of Creditor    SureTec Insurance Company
               ryan.delaune@clarkhillstrasburger.com,   yvette.squirrell@clarkhillstrasburger.com
              Sabrina L. Streusand    on behalf of Creditor Sagi   Genger streusand@slollp.com,
               prentice@slollp.com
              Sabrina L. Streusand    on behalf of Creditor    TPR Investment Associates, Inc.
               streusand@slollp.com,   prentice@slollp.com
              Sabrina L. Streusand    on behalf of Plaintiff    TPR Investment Associates, Inc.
               streusand@slollp.com,   prentice@slollp.com
              Sabrina L. Streusand    on behalf of Plaintiff Sagi   Genger streusand@slollp.com,
               prentice@slollp.com
              Shelby A. Jordan    on behalf of Plaintiff    D&K GP LLC sjordan@jhwclaw.com,   ecf@jhwclaw.com
              Shelby A. Jordan    on behalf of Interested Party Dalia   Genger sjordan@jhwclaw.com,
               ecf@jhwclaw.com
              Shelby A. Jordan    on behalf of Plaintiff Dalia   Genger sjordan@jhwclaw.com,   ecf@jhwclaw.com
              Shelby A. Jordan    on behalf of Interested Party    D&K GP LLC sjordan@jhwclaw.com,
               ecf@jhwclaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Thomas A Pitta    on behalf of Creditor Sagi  Genger tpitta@emmetmarvin.com
          United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
                                                                                                                                                           TOTAL: 23